B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Island One, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**59-2161493** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8680 Commodity Circle**<br>**Orlando, FL**<br>ZIP Code **32819** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Island One, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Island One, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Elizabeth A. Green**
Signature of Attorney for Debtor(s)

**Elizabeth A. Green 0600547**
Printed Name of Attorney for Debtor(s)

**Baker & Hostetler LLP**
Firm Name

**200 South Orange Avenue**
**SunTrust Center, Suite 2300**
**Orlando, FL 32801-3432**
Address

**(407) 649-4000  Fax: (407) 841-0168**
Telephone Number

**September 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Deborah L. Linden**
Signature of Authorized Individual

**Deborah L. Linden**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**September 10, 2010**
Date

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re **Island One, Inc.** Debtor(s)

Case No.
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets $ **0.00**

   b. Total debts (including debts listed in 2.c., below) $ **0.00**

   c. Debt securities held by more than 500 holders:

   | | | | Approximate number of holders: |
   |---|---|---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock  **0**  **0**

   e. Number of shares common stock  **0**  **0**

   Comments, if any:
   **A Florida C Corporation**

3. Brief description of Debtor's business:
   **Timeshare**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Deborah L. Linden 75.434%**
   **Stephen D. Korshak 6.038%**
   **Cary Erfurth 5.500%**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Island One, Inc.**                                                           Case No.
                                    Debtor(s)                                         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABBOTT PRINTING<br>110 ATLANTIC DR<br>SUITE 110<br>MAITLAND, FL 32751 | ABBOTT PRINTING<br>110 ATLANTIC DR<br>SUITE 110<br>MAITLAND, FL 32751 | | | 2,345.56 |
| AMERICAN EXPRESS,INC.<br>PO BOX 360001<br>FT LAUDERDALE, FL 03333-6001 | AMERICAN EXPRESS,INC.<br>PO BOX 360001<br>FT LAUDERDALE, FL 03333-6001 | | | 155,960.21 |
| ARDA FLORIDA<br>1201 15TH ST. NW, STE 400<br>WASHINGTON, DC 20005 | ARDA FLORIDA<br>1201 15TH ST. NW, STE 400<br>WASHINGTON, DC 20005 | | | 4,339.92 |
| BANC OF AMERICA LEASING<br>LEASE ADMINISTRATION CENTER<br>PO BOX 371992<br>PITTSBURGH, PA 15250-7992 | BANC OF AMERICA LEASING<br>LEASE ADMINISTRATION CENTER<br>PO BOX 371992<br>PITTSBURGH, PA 15250-7992 | | | 3,434.42 |
| CIT TECHNOLOGY FIN SERV, INC.<br>21719 NETWORK PLACE<br>CHICAGO, IL 60673-1217 | CIT TECHNOLOGY FIN SERV, INC.<br>21719 NETWORK PLACE<br>CHICAGO, IL 60673-1217 | | | 9,617.29 |
| DEX IMAGING INC<br>5109 W. LEMON STREET<br>TAMPA, FL 33609 | DEX IMAGING INC<br>5109 W. LEMON STREET<br>TAMPA, FL 33609 | | | 13,496.82 |
| E-TECHSERVICES.COM, INC.<br>5220 SW 91ST TERRACE<br>GAINESVILLE, FL 32608 | E-TECHSERVICES.COM, INC.<br>5220 SW 91ST TERRACE<br>GAINESVILLE, FL 32608 | | | 13,799.92 |
| EZREZ SOFTWARE, INC.<br>50 1ST ST, FLOOR 7<br>SAN FRANCISCO, CA 94105 | EZREZ SOFTWARE, INC.<br>50 1ST ST, FLOOR 7<br>SAN FRANCISCO, CA 94105 | | | 5,000.00 |
| FLORIDA POWER CORP.<br>DBA PROGRESS ENERGY FLORIDA<br>PO BOX 33199<br>ST PETERSBURG, FL 33733-8199 | FLORIDA POWER CORP.<br>DBA PROGRESS ENERGY FLORIDA<br>PO BOX 33199<br>ST PETERSBURG, FL 33733-8199 | | | 6,670.19 |

B4 (Official Form 4) (12/07) - Cont.

In re **Island One, Inc.**                                                   Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KIRBY OIL CO., INC.<br>P O BOX 567<br>LAKE CITY, FL 32056 | KIRBY OIL CO., INC.<br>P O BOX 567<br>LAKE CITY, FL 32056 | | | 8,000.00 |
| LCG CAPITAL GROUP,LLC.<br>401 E.JACKSON ST<br>SUITE 2450<br>TAMPA, FL 33602 | LCG CAPITAL GROUP,LLC.<br>401 E.JACKSON ST<br>SUITE 2450<br>TAMPA, FL 33602 | | | 2,653.92 |
| MAGIC MEDIA<br>C/O BORDEN,JONES & MITCHELL,LC<br>P.O. BOX 544<br>CARROLLTON, GA 30112 | MAGIC MEDIA<br>C/O BORDEN,JONES & MITCHELL,LC<br>P.O. BOX 544<br>CARROLLTON, GA 30112 | | | 7,538.00 |
| MICHAEL ALDERMAN SERVICE CENTER<br>428 FERGUSON DR<br>ORLANDO, FL 32805 | MICHAEL ALDERMAN SERVICE CENTER<br>428 FERGUSON DR<br>ORLANDO, FL 32805 | | | 2,443.44 |
| PAETEC<br>PO BOX 1283<br>BUFFALO, NY 14240-1283 | PAETEC<br>PO BOX 1283<br>BUFFALO, NY 14240-1283 | | | 13,728.69 |
| PENINSULA RESORT MANAGEMENT LLC<br>2424 N. ATLANTIC AVE.<br>DAYTONA BEACH, FL 32118 | PENINSULA RESORT MANAGEMENT LLC<br>2424 N. ATLANTIC AVE.<br>DAYTONA BEACH, FL 32118 | | | 15,591.68 |
| PMAT BELLAIR, LLC<br>C/O PROPERTY ONE, INC.<br>4141 VETERANS BLVD, STE 300<br>METAIRIE, LA 70002 | PMAT BELLAIR, LLC<br>C/O PROPERTY ONE, INC.<br>4141 VETERANS BLVD, STE 300<br>METAIRIE, LA 70002 | | | 407,694.81 |
| RIVERPOINT SOLUTIONS GROUP,LLC<br>2200 E DEVON AVE, STE 385<br>DES PLAINS, IL 60018 | RIVERPOINT SOLUTIONS GROUP,LLC<br>2200 E DEVON AVE, STE 385<br>DES PLAINS, IL 60018 | | | 17,450.00 |
| STAPLES ADVANTAGE<br>STAPLES CONTRACT & COMMERCIAL<br>PO BOX 405386<br>ATLANTA, GA 30384-5386 | STAPLES ADVANTAGE<br>STAPLES CONTRACT & COMMERCIAL<br>PO BOX 405386<br>ATLANTA, GA 30384-5386 | | | 3,318.00 |
| US BANK<br>PO BOX 790448<br>ST. LOUIS, MO 63179-0448 | US BANK<br>PO BOX 790448<br>ST. LOUIS, MO 63179-0448 | | | 2,789.24 |
| WESTERN RESERVE PARTNERS, LLC<br>200 PUBLIC SQUARE, STE 3750<br>CLEVELAND, OH 44114 | WESTERN RESERVE PARTNERS, LLC<br>200 PUBLIC SQUARE, STE 3750<br>CLEVELAND, OH 44114 | | | 6,511.94 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Island One, Inc.**                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 10, 2010**                    Signature  **/s/ Deborah L. Linden**
                                                           **Deborah L. Linden**
                                                           **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Middle District of Florida

In re  **Island One, Inc.**                                     ,          Case No. _____

                                    Debtor

                                                                           Chapter                 **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cary Erfurth**<br>**8911 Charles E. Limpus Road**<br>**Orlando, FL 32836** | | **5.500%** | |
| **Deborah L. Linden**<br>**5092 Isleworth Counrty Club Drive**<br>**Windermere, FL 34786** | | **75.434%** | |
| **Estate of Louise M. Kramer**<br>**c/o Rollin Kramer**<br>**703 Midwest Club**<br>**Oak Brook, IL 60523** | | **1.500%** | |
| **John E. Springer**<br>**89 Dallas Drive**<br>**Hendersonville, NC 28739** | | **3.023%** | |
| **Nicholas Stimac**<br>**4813 Randolph Street**<br>**Hillside, IL 60162** | | **2.750%** | |
| **Rollin E. Kramer, Trustee**<br>**703 Midwest Club**<br>**Oak Brook, IL 60523** | | **1.500%** | |
| **Rosalie Stimac, Trustee**<br>**4813 Randolph Street**<br>**Hillside, IL 60162** | | **3.254%** | |
| **Stephen D. Korshak**<br>**201 Colony Springs Lane**<br>**Maitland, FL 32751** | | **6.038%** | |
| **Sulyn Stumbras**<br>**10809 Boca Pointe**<br>**Orlando, FL 32836** | | **1.000%** | |

  **0**     continuation sheets attached to List of Equity Security Holders

In re    **Island One, Inc.**                                                ,    Case No. _____
                                        Debtor

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 10, 2010**                    Signature    **/s/ Deborah L. Linden**
                                                                              **Deborah L. Linden**
                                                                              **CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                             18 U.S.C §§  152 and 3571.

Island One, Inc.
8680 Commodity Circle
Orlando, FL 32819

Elizabeth A. Green
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

ABBOTT PRINTING
110 ATLANTIC DR
SUITE 110
MAITLAND, FL 32751

AMERICAN EXPRESS,INC.
PO BOX 360001
FT LAUDERDALE, FL 03333-6001

ARDA FLORIDA
1201 15TH ST. NW, STE 400
WASHINGTON, DC 20005

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AUTOMATED MECHANICAL SERVICES, INC.
17440 MAGNOLIA ISLAND BLVD
CLERMONT, FL 34711

AVID HOME TECHNOLOGIES
1970 E OSCEOLA PKY STE 3320
KISSIMMEE, FL 34743

AXIS, INC.
6851 TPC DRIVE
ORLANDO, FL 32822

BANC OF AMERICA LEASING
LEASE ADMINISTRATION CENTER
PO BOX 371992
PITTSBURGH, PA 15250-7992

BB&T ACQUIRED ASSET GROUP
2000 Interstate Park Drive
Montgomery, AL 36109

BB&T Acquired Asset Group
c/o Frank P. Terzo
Gray Robinson, P.A.
1221 Brickell Avenue, #1600
Miami, FL 33131

Campbell, Ken
8400 Darlene Drive
Orlando, FL 32836

CDW DIRECT, LLC
P.O.BOX 75723
CHICAGO, IL 60675-5723

CIT TECHNOLOGY FIN SERV, INC.
21719 NETWORK PLACE
CHICAGO, IL 60673-1217

Collier County Appraiser's Office
3950 Radio Road
Naples, FL 34104

Collier County Atty Office
Collier County Government
3301 E. Tamiami Trail
Naples, FL 34112

Collier County Tax Collector
3301 E. Tamiami Trail
Building C-1
Naples, FL 34112

Comfeld, Robert
3850 Hollywood Blvd.
Suite 1400
Hollywood, FL 33021

COMMUNICATION BROKERS & CONSULTANTS, INC DBA: DIAL 4
23939 VENTURA BLVD.
CALABASAS, CA 91302

COMPASS GROUP
HIGHLAND EST COFFEE TRADER
DIV OF CANTEEN, PO BOX 91337
CHICAGO, IL 60693-1337

DADE PAPER
P.O. BOX 593829
ORLANDO, FL 32859

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118
ATLANTA, GA 30353-4118

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609

DIGITAL CONNECTIONS, INC.
P.O. BOX 277995
ATLANTA, GA 30384-7995

E-TECHSERVICES.COM, INC.
5220 SW 91ST TERRACE
GAINESVILLE, FL 32608

Erfurth, Cary
8911 Charles E. Limpus Road
Orlando, FL 32836

| | | |
|---|---|---|
| EZREZ SOFTWARE, INC.<br>50 1ST ST, FLOOR 7<br>SAN FRANCISCO, CA 94105 | H.J.C. FLORIDIAN CORP.<br>8911 Charles E. Limpus Road<br>Orlando, FL 32836 | KIRBY OIL CO., INC.<br>P O BOX 567<br>LAKE CITY, FL 32056 |
| Fey, Larry<br>655 N. LaGrange Road<br>Suite 202<br>Frankfort, IL 60423 | HERITAGE OPERATING, LP<br>HERITAGE PROPANE<br>9307 BACHMAN RD<br>ORLANDO, FL 32824 | KISSIMMEE UTILITY AUTHORITY<br>PO BOX 850001<br>ORLANDO, FL 32885-0096 |
| Florida Dept. of Revenue<br>Attn: Executive Director<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399 | HOME TEAM PEST DEFENSE<br>765 W. STATE RD. 434 SUITE H<br>LONGWOOD, FL 32750 | Kramer, Rollin<br>703 Midwest Club<br>Oak Brook, IL 60523 |
| FLORIDA POWER AND LIGHT<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 | HOSPITALITY CAREERS ONLINE INC<br>C/O COMERCIA BANK<br>P.O. BOX 673682<br>DETROIT MI 48267-3682, WA 98111 | LCG CAPITAL GROUP,LLC.<br>401 E.JACKSON ST<br>SUITE 2450<br>TAMPA, FL 33602 |
| FLORIDA POWER CORP.<br>DBA PROGRESS ENERGY FLORIDA<br>PO BOX 33199<br>ST PETERSBURG, FL 33733-8199 | INTEGRATED FIRE & SAFETY<br>SERVICES, INC.<br>1730 DIPLOMACY ROW, STE B<br>ORLANDO, FL 32809 | LEXISNEXIS RISK DATA MGMT<br>ACCURINT ACCOUNT #1046600<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 |
| FLORIDA SUPPLY & CLEANING INC<br>1710 INDUSTRIAL ST<br>EDGEWATER, FL 32132-3561 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | LIBERTY BANK<br>315 Main Street<br>Middletown, CT 06457 |
| FOCALITY INTERACTIVE<br>490 WILFRED DR<br>PETERBOROUGH, ON K9K2H1 | Internal Revenue Service<br>850 Trafalgar Court<br>Suite 200<br>Maitland, FL 32751 | Liberty Bank<br>c/o R. Jeffrey Smith<br>Bingham McCutchen, LLP<br>One State Street, Suite 1400<br>Hartford, CT 06103 |
| GETAGADGET, INC.<br>2101 E SAINT ELMO RD., STE 101<br>AUSTIN, TX 78744 | INTERVAL INTERNATIONAL INC<br>ATTN: ACCOUNTING DEPARTMENT<br>6262 SUNSET DRIVE<br>MIAMI, FL 33143-0960 | MAGIC MEDIA<br>C/O BORDEN,JONES & MITCHELL<br>P.O. BOX 544<br>CARROLLTON, GA 30112 |
| Gibellina, Ronald<br>4513 Grove<br>Brookfield, IL 60513 | J & R DONUTS, INC<br>3501 W VINE ST<br>KISSIMMEE, FL 34741 | MASSEY SERVICES INC.<br>315 GROVELAND ST<br>ORLANDO, FL 32804 |

MICHAEL ALDERMAN SERVICE
CENTER
428 FERGUSON DR
ORLANDO, FL 32805

MUZAK,LLC
P.O. BOX 71070
CHARLOTTE, NC 28272-1070

NOBLE SYSTEMS CORPORATION
4151 ASHFORD DUNWOODY DR
STE 600
ATLANTA, GA 30319

ORANGE BULB,INC.
LIGHT BULBS UNLIMITED
6203-B W.SAND LAKE ROAD
ORLANDO, FL 32819

Orange County Atty. Office
Division, Admin. Bldg. 3rd F
201 S. Rosalind Avenue
Orlando, FL 32802

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801

Orange County Property
Appraiser
200 S. Orange Avenue
17th Floor
Orlando, FL 32801

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-2551

ORLANDOJOBS.COM, LLC
43 E PINE ST
ORLANDO, FL 32801

Osceola County Atty
Administration Building
1 Courthouse Square
Suite 4200
Kissimmee, FL 34741

Osceola Property Appraiser
2505 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744

Osceola Tax Collector
2501 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744

PAETEC
PO BOX 1283
BUFFALO, NY 14240-1283

PENINSULA RESORT MANAGEMENT
LLC
2424 N. ATLANTIC AVE.
DAYTONA BEACH, FL 32118

PLATINUM TRANSPORTATION
PO BOX 470552
CELEBRATION, FL 34747

PMAT BELLAIR, LLC
C/O PROPERTY ONE, INC.
4141 VETERANS BLVD, STE 300
METAIRIE, LA 70002

PRECISION MEDIA, INC.
4320 MIDDLEBROOK RD
ORLANDO, FL 32811

PREMIERE GLOBAL SERVICES
P.O. BOX 404351
ATLANTA, GA 30384-4351

R.E. MICHEL COMPANY, INC.
HOSIER REFRIGERATION SUPPLY
P.O. BOX 2318
BALTIMORE, MD 21203

RIVERPOINT SOLUTIONS GROUP
2200 E DEVON AVE, STE 385
DES PLAINS, IL 60018

ROYAL CUP, INC.
P.O BOX 170971
BIRMINGHAM, AL 35217

Springer, John
89 Dallas Drive
Hendersonville, NC 28739

Springer, Jr., John
P.O. Box 1718
Avon, CO 81620

Springer, Roberta
2731 Kenora Court
Orlando, FL 32837

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMER
PO BOX 405386
ATLANTA, GA 30384-5386

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMER
PO BOX 95708
CHICAGO, IL 60694-5708

STARR ASSOCIATES,LLP.
245 FIFTH AVENUE
SUITE 1102
NEW YORK, NY 10016

STERLING INFOSYSTEMS,INC.
NEWARK POST OFFICE
P.O. BOX 35626
NEWARK, NJ 07193-5626

US BANK
PO BOX 790448
ST. LOUIS, MO 63179-0448

Stimac, Nicholas
4813 Randolph Street
Hillside, IL 60162

Volusia County Atty/
County Manager
Thomas C. Kelly Adm. Center
123 W. Indiana
Deland, FL 32720

Stimac, Rosalie
4813 Randolph Street
Hillside, IL 60162

Volusia County Tax Collector
123 W. Indiana Avenue
Room 103
Deland, FL 32720

TEXTRON FINANCIAL CORP.
40 Westminster Street
Providence, RI 02940

WAGEWATCH, INC.
P.O. BOX 15851
PHOENIX, AZ 85060

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177

WESTERN RESERVE PARTNERS, LLC
200 PUBLIC SQUARE, STE 3750
CLEVELAND, OH 44114

THE BEST PEST CONTROL COMPANY
PO BOX 677546
ORLANDO,, FL 32867-7546

Williams, Judith
124 Oolenoy Court
Pickens, SC 29671

THE CITY OF DAYTONA BEACH
UTILITY BILL
PO BOX 2455
DAYTONA BEACH, FL 32115

THE DOC SIGNERS, INC.
PO BOX 71457
PHOENIX, AZ 85050-1457

THOMKAT STAMP & SIGNS, INC
DBA ACME STAMP & SIGN CO
822 N MILLS AVE
ORLANDO, FL 32779