UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                              CASE NO.: 6:10-16177-BKC-KSJ

ISLAND ONE, INC.,                          CHAPTER 11

       Debtor.
_____/

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Frank P. Terzo of the firm of GrayRobinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, FL 33131, files this Notice of Appearance as counsel of record in this case for BB&T Acquired Asset Group ("BB&T").

Pursuant to 2002(a), (b), (c), and (i) and 3017(a), F.R.B.P., the undersigned hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further request that the Clerk add them to the matrix in this case.

By filing this Notice of Appearance, BB&T neither consents to nor waives (as applicable) any of the following: (i) any objection it may have as to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) any objection it may have concerning whether any specific adversary proceeding or contested matter is a core proceeding within

the meaning of 28 U.S.C. §157; (iii) any objection it may have concerning whether the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) any objection it may have concerning whether the Bankruptcy Court may conduct any jury trial to which BB&T may otherwise be entitled.

I HEREBY CERTIFY that a true copy hereof has been furnished via U.S. Mail this 10th day of September, 2010 to all parties in interest per the attached service list.

> GRAYROBINSON, P.A.
> 1221 Brickell Avenue, Suite 1600
> Miami, Florida 33131
> Tel: 305-416-6880
> Fax: 305-416-6887
>
> By: /s/ Frank P. Terzo
>   Frank P. Terzo, Esquire
>   Florida Bar No.: 906263