# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

**ISLAND ONE, INC., a Florida corporation,** *et al.*

Debtors.

_____/

CASE NO. 6:10-bk-16177-KSJ

CHAPTER 11

Jointly Administered with Case Nos. 6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ, 6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ, 6:10-bk-16189-KSJ

## SUMMARY OF CASE

ISLAND ONE, INC., a Florida corporation ( "IOI"), and its affiliates as debtors and debtors- in- possession, hereby files its Summary of Case and states as follows:

### I.  Background

1.      On September 10, 2010 ( the "Petition Date") the Debtor filed a voluntary petition for relief Under Chapter 11 of Title 11 of the United States Code ("Code"); no trustee has been appointed.  In addition, on the petition date, five affiliated or related entities: IOI FUNDING I, LLC; ST. CROIX ONE, LLC; CRESCENT ONE, LLC; ISLAND ONE RESORTS MANAGEMENT CORPORATION and NAVIGO VACATION CLUB, INC. ( collectively referred to as "Debtors") also filed petitions for relief under Chapter 11.  The Debtors have filed motions requesting that the bankruptcy cases be jointly administered with this case as the lead case.  The Debtors continue to operate their businesses and manage their properties as debtors in possession under §§ 1107  and 1108 of the Code.

2.      On September 10, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code");

no trustee has been appointed. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under §§ 1101(a), 1107 and 1108 of the Bankruptcy Code.

3.      By separate application submitted to the Court, the Debtors have sought entry of an order authorizing the joint administration of the Debtors respective bankruptcy cases with this case as the lead case and permission to use a consolidated case caption.

4.      The Debtors have been in the time share industry in Central Florida for over twenty five years.  In 1981, the Debtors began development of their first timeshare resort, and initiated their first sales of time shares in 1983.  Since 1981, the Debtors have engaged in the development and/or management of time share resorts in Florida and the U.S. Virgin Islands.  In addition, through Navigo Vacation Club, Inc., the Debtors have developed a timeshare network that extends throughout the United States, Latin America,  the Caribbean and Europe. Throughout its history, the company has progressively evolved its vacation product offerings to meet, and exceed, consumer desires and expectation.  Vacation products have progressed from static offerings to dynamic points based club products.  Vacation owners also receive value added additional products and services for cruises, travel services, and a rewards loyalty program.  The company's every product development has focused upon the betterment of every family's vacation experience.

5.      Through its management arm, Island One Resorts Management Corporation, a Florida corporation ( "IORMC"), the Debtors manage nine (9) resorts owned or developed by the Debtors (the "Resorts").

6.      IORMC has the exclusive right to manage the Resorts by virtue of contracts between IORMC and the resort associations.   In connection with its management duties, IORMC provides on-site employees to manage the Resorts' day to day operations and provides employees to operate the Resorts' reservation system.

7.      In addition to owning unsold inventory at a number of resorts,  IOI also provides all sales and marketing functions for the Resorts and provides developer accounting operations for the resort system.

8.      Each of the Resorts consists of varying numbers of one or two bedroom furnished units and various pool features, playgrounds, activity decks, restaurants and other recreational amenities.  Examples of the amenities include a water park, water slides, hot tubs,  a 1,500 gallon salt water aquarium, volley ball courts, tennis courts, and club houses.  A list of resorts is attached hereto and made a part hereof as **Exhibit "A".**

## II.  Location of the Debtors' Operations and Whether Leased or Owned

9.      The  resorts are located in Central Florida, Florida; Ormond Beach, Florida; Naples, Florida; South Beach Miami, Florida and the U.S. Virgin Islands.  The unsold inventory at the resorts and the unsold personal property is owned by the entities set forth  on the chart attached as **Exhibit "A".**

## III.  Reasons For Filing the Chapter 11

10.     The fall of the real estate markets in Florida and throughout the United States and the general downturn in the economy have significantly impacted the resort development and hospitality industries.

11.     As the Debtors experienced higher default rates from its members, the Debtors' lenders increased restrictions on future advances secured by the Debtors' consumer paper.  These restrictions dramatically decreased the Debtors' pool of potential purchasers, which in turn decreased the Debtors' sales.  The Debtors' unit sales and resort revenues were further reduced as consumers generally took steps to limit spending on vacations and other discretionary items.

12.     The reduction of the Debtors' sales caused a significant drop in the Debtors' cash availability under loans with Textron Financial Corporation ("TFC") and Liberty Bank, N.A.

("Liberty"), and ultimately led to a default under the Debtors' loans with TFC, Liberty, and BB&T Acquired Assets Group ("BB&T").

13.     Notwithstanding the Debtors' defaults, the Debtors, TFC, Liberty, and BB&T entered into multiple forbearance agreements between May 2010 and September 2010 which continued advances to the Debtors under that certain Receivables Loan Agreement dated October 30, 2009 executed by IOI in favor of Liberty and TFC ("Liberty Loan") and for  a forbearance period against collection against the Debtors ("Forbearance Period").

14.     During the Forbearance Period, TFC, Liberty, BB&T, and the Debtors have had ongoing discussions with Bay Harbour Management ("Bay Harbour") in connection with a potential purchase of equity  of the Debtors by Bay Harbour.

15.     As the negotiations between TFC, Liberty, BB&T and Bay Harbour progressed, the Debtors ongoing cash needs increased above the Debtors' availability under the New Liberty Loan Agreement.  Without immediate access to additional cash the Debtors feared that they may have to reduce or even cease certain operations, which would have a detrimental affect on the value of the Debtors assets and continued interest from Bay Harbour or other potential purchasers.

16.     Bay Harbour has informed the Debtors that its interested in entering into immediate negotiations for purchase of the equity.

17.     Consequently, in order to preserve the going concern value of the Debtors' business for all stakeholders, the Debtors determined that they had no choice, but to seek relief under Chapter 11 of the Bankruptcy Code in order to finalize a sale of the company.

### IV.  List of Officers and Directors (revised list provided earlier)

18.     Deborah L. Linden is the CEO each of the Debtors, and is President of IOI, Crescent One, LLC, IOI Funding I, LLC, and St. Croix One, LLC. The other officers of the

Debtors are:   IOI, Karen S. Holbrook, Vice President, Treasurer and Assistant Secretary; IORMC, Sulyn Stumbras, President, Karen S. Holbrook, Treasurer and Secretary; Navigo Vacation Club, Inc., Sulyn Stumbras, President, Karen S. Holbrook, Treasurer; Crescent One, LLC, Karen S. Holbrook, Vice President; IOI Funding I, LLC, Karen S. Holbrook, Secretary/President; St. Croix One, LLC, Karen S. Holbrook Treasurer / Secretary.

### V.  Debtors' Annual Gross Revenues (none of these numbers have been confirmed)

19.    The Debtors' Gross Revenues for 2009 was approximately $50,614,428.00

### VI.  Amounts Owed to Various Classes of Creditors

20.    As of the Petition Date, the Debtors were indebted to various  secured Lenders for the approximate amounts:

| | | |
|---|---|---|
| TFC | Receivables, limited inventory | $99,081,668.61 |
| Liberty Bank | Receivables | $7,877,832.80 |
| BB & T | Inventory/ Real Estate | $39,092,213.09 |
| Old Florida Bank | Real Estate | $747,313.00 |

A detail of the various loans is set forth on the attached **Exhibit "B"**.

21.    The Debtors have approximately $1,600,000.00 in unsecured  trade debt.

### VII.  Obligations Owed to Priority Creditors

22.    None.

### VIII.  General Description and Approximate Value of the Debtors' Assets

23.    The Debtors' assets consist of unsold time share inventory and  notes receivable. The Debtors are uncertain as to the value of the TFC/Liberty assets.  The value of the BB&T assets as of May 2009 is $46,800,00.00

### IX.  Number of Employees and Wages Owed as of Petition Date

24.     As of the Petition Date. the Debtors have a total of approximately 700 employees. Most of the employees are located in Orange County, Florida.  IORMC employs 443 employees, IOI employees 257 employees and St. Croix One, LLC employs 12 employees.  Employees are owed employee benefits including insurance and 401(k) contributions and reimbursement of business expenses. Most of the employees are hourly, and a number of employees are paid commission only.  The Debtors intend to file a Motion to Pay Prepetition Wages in the IOI, IORMC, and St. Croix cases seeking approval to pay prepetition wages and compensation for the period September 6, 2010 through September 10, 2010.  The compensation is due to be paid on September 17, 2010.  The total pre-petition compensation owed is approximately $433,193.00. This amounts includes wages paid to IORMC Employees that will be reimbursed to the Debtors by the homeowners associations at each of the properties during the week of September 13, 2010.  The amount to be reimbursed is $135,173.00.

### X.  Anticipated Emergency Relief to be Requested with 14 days of the Petition Date.

25.     The Debtors will file the following motions seeking emergency relief: Motion to Use Cash Collateral, Motion for Authority to Pay Prepetition Wages, Motion to Maintain Prepetition Bank Accounts and Cash Management System, Motion to Compensate Officer/Insider; and a Motion for Joint Administration. The Debtors also anticipate filing a Utilities Motion on an expedited basis.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2010, a true and correct copy of the Summary of Case was furnished via electronic transmission to all CM/ECF participants requesting electronic notice and via U.S. Postage Prepaid Mail to the following: Deborah L. Linden, CEO, Island One, Inc., 8680 Commodity Circle, Orlando, FL 32819; all creditors and

parties-in-interest on the matrix attached to the original of this Summary and filed with the Court; and the Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801.

**DATED:** September 12, 2010.

/s/Elizabeth A. Green
Elizabeth A. Green, Esq.

**In re:  ISLAND ONE, INC.**
**CASE NO.:  6:10-bk-16177-KSJ**


**EXHIBIT "A"**

| **Island One, Inc.** | **Declared Units** | **Undeclared Units** |
|---|---|---|
| Barefoot'n in the Keys, Kissimmee Florida | 24 | 42 |
| Bryan's Spanish Cove , Orlando , Florida | 44 | |
| Liki Tiki Village , Orlando , Florida | 608 | 30 |
| Orbit One Vacation Villas, Orlando Florida | 116 | |
| Parkway International Resort , Orlando Florida | 144 | |
| Charter Club, Naples Florida 33 | 33 | |
| The Cove on Ormond Beach Florida | 112 | |
| | | |
| **Cresent One** | | |
| The Cresent Resort on South Beach | 26 | 1 |
| | | |
| **St Croix** | | |
| Chenay Bay Resort | 16 | 34 |



EXHIBIT

A

**In re:  ISLAND ONE, INC.**
**CASE NO.:  6:10-bk-16177-KSJ**

**EXHIBIT "B"**

## ISLAND ONE, INC.
## SECURED CREDITORS

| Lender | Loan | Outstanding Balance as of 9/10/10 | Date of Closing | Eligible Collateral |
|---|---|---|---|---|
| Textron Financial Corporation | Receivables Loan | $   67,731,954.46 | 3/15/01 | Mortgage Receivables |
| 40 Westminster Street | Accrued interest | 21,166.24 | Amended | |
| Providence, RI 02940 | Deferred interest | 2,626,263.79 | 10/30/09 | |
| Stephen Wolford, SVP | | 70,379,384.49 | | |
| Tel. (623) 934-0445 | | | | |
| Fax (623) 934-9849 | Cove II Inventory Loan | | 7/12/2004 | 1st mortgage on timeshare inventory |
| | (acquired from Colonial) | 3,704,550.00 | 12/28/2006 | |
| | Accrued interest | 4,661.06 | Amended | |
| | Deferred interest | 138,863.34 | 10/30/09 | |
| | | $    3,848,074.40 | | |
| | | | | |
| Total Textron payable | | $  74,227,458.89 | | |
| | | | | |
| Liberty Bank | Receivables Loan | $    6,515,197.25 | 10/30/09 | Mortgage Receivables |
| 315 Main Street | Accrued interest | 12,376.01 | | |
| Middletown, CT 06457 | Legal Fees Loan | 1,293,748.64 | | |
| Donald S. Peruta, VP | Accrued interest | 2,515.62 | | |
| Tel. (860) 638-2916 | Deferred interest | 53,995.28 | | |
| Fax (860) 344-9217 | | | | |
| Total Liberty payable | | $    7,877,832.80 | | |
| | | | | |
| BB&T Acquired Asset Group | Consolidated Inventory Loan | $   11,555,424.61 | 2/20/01 | 1st & 2nd mortgages of |
| 2000 Interstate Park Drive | Accrued interest - estimated | 16,104.76 | 12/18/06 | Bali II bldgs. and future |
| Montgomery, AL 36109 | | | 11/30/07 | development sites. |
| John Beasley, SVP | | | 3/19/08 | |
| Tel. (334) 676-5116 | | | 12/30/08 | |
| Fax (334) 676-5069 | | | 10/30/09 | |
| | | | | |
| | LTV III Land Loan and Site Work | $    4,747,988.88 | 5/25/05 | 1st mortgage on land on |
| | (Expansion Loan) | | 12/12/06 | Bali Blvd. |
| | Accrued interest | 20,442.64 | 9/11/2007 | |
| | | | 3/19/08 | |
| | | | 10/30/09 | |
| | | | | |
| | LTV III Outparcel and Site Work | $    1,822,762.00 | 5/25/05 | 1st mortgage on land on |
| | (Welcome Center Loan) | | 12/12/06 | Bali Blvd. & Improvements |
| | Accrued interest - Out Parcel | 4,205.63 | 9/11/2007 | |
| | Accrued interest - Site Work | 178.56 | 3/19/08 | |
| | | | 10/30/09 | |
| | | | | |
| | Sales Center Loan | $    4,750,804.94 | 9/11/07 | 1st mortgage on land on |
| | Accrued interest | 29,692.53 | 10/30/09 | Bali Blvd. & Improvements |
| | | | | |
| | Barefoot'n  Loans | $   11,500,000.00 | 2/1/06 | 1st & 2nd mortgage on land & |
| | Land and Construction Loans | | 1/28/08 | 1st mortgage on Building Improvements |
| | Accrued interest - Land | 3,611.10 | 3/19/08 | |
| | Accrued interest - Building | 66,749.94 | 10/30/09 | |
| | | | | |
| | Revolving Line of Credit | $        55,023.05 | | Equipment and capital improvements |
| | Accrued interest  - # 9 | 41.60 | 5/29/2008 | |
| | Accrued interest  - # 10 | 102.68 | 7/23/2008 | |
| | | | | |
| | Auto Loan | $        19,088.69 | 10/30/09 | 2008 Dodge Ram 3500 Truck |
| | Accrued interest | 87.60 | 10/30/09 | |
| | | | | |
| Total BB&T/Colonial Bank payable | | $   34,592,309.20 | | |
| | | | | |
| H.J.C.  Floridian Corp. | Plantation Cove | $       277,145.00 | 3/30/99 | 2nd mortgage on land at Ormond Beach |
| (Insider, controlled by a shareholder) | Acquisition Investor Loan | | 10/30/09 | |
| Cary Erfurth | Accrued interest | 659.76 | | |
| 8911 Charles E. Limpus Road | | $       277,804.76 | | |
| Orlando, FL 32836 | | | | |
| | | | | |
| TOTAL SECURED CREDITORS | | $ 116,975,405.65 | | |


EXHIBIT
B

## IOI FUNDING I, LLC
## SECURED CREDITORS

| Lender | Loan | Outstanding Balance as of 9/10/10 | Date of Closing | Eligible Collateral |
|---|---|---|---|---|
| Textron Financial Corporation | Securitization | | | Mortgage Receivables |
| 40 Westminster Street | First Advance | 409,608.08 | 9/27/02 | |
| Providence, RI 02940 | Second Advance | 1,181,862.39 | 8/27/03 | |
| Stephen Wolford, SVP | Third Advance | 1,287,487.97 | 9/14/04 | |
| Tel. (623) 934-0445 | Fourth Advance | 1,213,513.79 | 10/31/05 | |
| Fax (623) 934-9849 | Total Principal | 4,092,472.23 | | |
| | Est. Accrued Interest | 31,158.68 | | |
| | Total Payable | $4,123,630.91 | | |

## ST. CROIX ONE, LLC
## SECURED CREDITORS

| Lender | Loan | Outstanding Balance as of 9/10/10 | Date of Closing | Eligible Collateral |
|---|---|---|---|---|
| BB&T Acquired Asset Group 2000 Interstate Park Drive Montgomery, AL 36109 John Beasley, SVP Tel. (334) 676-5116 Fax (334) 676-5069 | Acquisition Loan & Construction Line Accrued Interest | $ 4,428,952.35 9,226.98 | 7/27/2006 | 1st mortgage on real property. |
| | Truck Installment Loan Accrued Interest | 2,850.55 11.66 | 2/23/07 | 2007 Dodge Ram 1500 |
| | Jeep Installment Loan Accrued Interest | 6,464.87 7.54 | 12/5/07 | 2008 Jeep Patriot |
| Total payable | | 4,447,513.96 | | |
| Virgin Islands Design Build Group, LLC 5031 Estate Cotton Valley, 55 H&C Christiansted, St. Croix, USVI 00820 Peter Locke Tel. (340) 718-8091 Fax N/A | Acquisition Note (non-interest bearing) | $ 812,500.00 | 1/31/07 | 2nd Mortgage on Plot 57 of Estate Green Cay, East End Quarter "A", St. Croix, U.S. Virgin Islands |
| Maple Leaf, LLC 4521 Sharon Road, Suite 420 Charlotte, NC 28211 Stephen Rosenburgh Tel. (704) 576-0022 Fax N/A | Acquisition Note (non-interest bearing) | $ 362,500.00 | 1/31/07 | 2nd Mortgage on Plot 57 of Estate Green Cay, East End Quarter "A", St. Croix, U.S. Virgin Islands |
| | | $ 5,622,513.96 | | |

## CRESCENT ONE, LLC
## SECURED CREDITORS

| Lender | Loan | Outstanding Balance as of 9/10/10 | Date of Closing | Eligible Collateral |
|---|---|---|---|---|
| Textron Financial Corporation | Development Loans | | 3/31/04 | 1st Mortgage on all real & personal property |
| 40 Westminster Street | Loan 1 | $    406,261.64 | Amended | of Crescent Resort On South Beach |
| Providence, RI 02940 | Loan 2 | 3,730,315.30 | 10/30/09 | |
| Stephen Wolford, SVP | Loan 3 | 764,687.18 | | |
| Tel. (623) 934-0445 | | 4,901,264.12 | | |
| Fax (623) 934-9849 | Accrued Interest | 11,232.06 | | |
| | | 4,912,496.18 | | |
| | | | | |
| | Receivables Loan | 6,523,205.68 | 12/28/04 | Mortgage Receivables |
| | Accrued Interest | 2,310.30 | Amended | |
| | Deferred Interest | 242,533.77 | 10/30/09 | |
| | | 6,768,049.75 | | |
| | | | | |
| Total payable | | $ 11,680,545.93 | | |

## ISLAND ONE RESORTS MANAGEMENT CORPORATION
## SECURED CREDITORS

| Lender | Loan | Outstanding Balance as of 9/10/10 | Date of Closing | Eligible Collateral |
|---|---|---|---|---|
| Textron Financial Corporation 40 Westminster Street Providence, RI 02940 Stephen Wolford, SVP Tel. (623) 934-0445 Fax (623) 934-9849 | Management Company Loan Accrued interest Deferred interest Total payable | $ 8,732,518.34 10,915.60 306,599.04 9,050,032.98 | 12/20/07 Amended 10/30/09 | Management agreements, Club dues and other assets. |
| Old Florida National Bank 60 North Court Avenue Orlando, FL 32801 Ed Davis, Executive VP Tel. (407) 650-9800 Fax (407) 650-9841 | Warehouse Loan Accrued interest Total payable | $ 741,313.34 2,882.89 $ 744,196.23 | 10/21/2008 | Warehouse at LTV |
| | | $ 9,794,229.21 | | |

Label Matrix for local noticing
113A-6
Case 6:10-bk-16177-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:54:36 EDT 2010

ARDA FLORIDA
1201 15TH ST. NW, STE 400
WASHINGTON, DC 20005-2842

AVID HOME TECHNOLOGIES
1970 E OSCEOLA PKY STE 3320
KISSIMMEE, FL 34743-8629

BB&T ACQUIRED ASSET GROUP
2000 Interstate Park Drive
Montgomery, AL 36109-5421

CDW DIRECT, LLC
P.O.BOX 75723
CHICAGO, IL 60675-5723

COMPASS GROUP
HIGHLAND EST COFFEE TRADERS-A
DIV OF CANTEEN, PO BOX 91337
CHICAGO, IL 60693-1337

Collier County Atty Office
Collier County Government
3301 E. Tamiami Trail
Naples, FL 34112-4987

DADE PAPER
P.O. BOX 593829
ORLANDO, FL 32859-3829

DIGITAL CONNECTIONS, INC.
P.O. BOX 277995
ATLANTA, GA 30384-7995

Erfurth, Cary
8911 Charles E. Limpus Road
Orlando, FL 32836-5829

ABBOTT PRINTING
110 ATLANTIC DR
SUITE 110
MAITLAND, FL 32751-3300

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AXIS, INC.
6851 TPC DRIVE
ORLANDO, FL 32822-5142

BB&T Acquired Asset Group
c/o Frank P. Terzo, Esq
GrayRobinson, PA
1221 Brickell Ave
Suite 1600
Miami, FL 33131-3247

CIT TECHNOLOGY FIN SERV, INC.
21719 NETWORK PLACE
CHICAGO, IL 60673-0001

Campbell, Ken
8400 Darlene Drive
Orlando, FL 32836-5902

Collier County Tax Collector
3301 E. Tamiami Trail
Building C-1
Naples, FL 34112-4997

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118
ATLANTA, GA 30353-4118

E-TECHSERVICES.COM, INC.
5220 SW 91ST TERRACE
GAINESVILLE, FL 32608-7124

FLORIDA POWER AND LIGHT
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

AMERICAN EXPRESS,INC.
PO BOX 360001
FT LAUDERDALE, FL 03333-6001

AUTOMATED MECHANICAL SERVICES,
INC.
17440 MAGNOLIA ISLAND BLVD
CLERMONT, FL 34711-8001

BANC OF AMERICA LEASING
LEASE ADMINISTRATION CENTER
PO BOX 371992
PITTSBURGH, PA 15250-7992

BB&T Acquired Asset Group
c/o Frank P. Terzo
Gray Robinson, P.A.
1221 Brickell Avenue, #1600
Miami, FL 33131-3247

COMMUNICATION BROKERS &
CONSULTANTS, INC DBA: DIAL 411
23939 VENTURA BLVD.
CALABASAS, CA 91302-1445

Collier County Appraiser's
Office
3950 Radio Road
Naples, FL 34104-3750

Comfeld, Robert
3850 Hollywood Blvd.
Suite 1400
Hollywood, FL 33021-6748

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

EZREZ SOFTWARE, INC.
50 1ST ST, FLOOR 7
SAN FRANCISCO, CA 94105-2405

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

FLORIDA SUPPLY & CLEANING INC
1710 INDUSTRIAL ST
EDGEWATER, FL 32132-3561

FOCALITY INTERACTIVE
490 WILFRED DR
PETERBOROUGH, ON K9K2H1

(c)FEY, LARRY
20855 S LA GRANGE RD STE 202
FRANKPORT IL 60423-2042


Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

GETAGADGET, INC.
2101 E SAINT ELMO RD., STE 101
AUSTIN, TX 78744-1864


Gibellina, Ronald
4513 Grove
Brookfield, IL 60513-2556

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

H.J.C. FLORIDIAN CORP.
8911 Charles E. Limpus Road
Orlando, FL 32836-5829


HERITAGE OPERATING, LP
HERITAGE PROPANE
9307 BACHMAN RD
ORLANDO, FL 32824-8061

HOME TEAM PEST DEFENSE
765 W. STATE RD. 434 SUITE H
LONGWOOD, FL 32750-4936

HOSPITALITY CAREERS ONLINE INC
C/O COMERCIA BANK
P.O. BOX 673682
DETROIT MI 48267-3682, WA 98111


INTEGRATED FIRE & SAFETY
SERVICES, INC.
1730 DIPLOMACY ROW, STE B
ORLANDO, FL 32809-5761

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Island One, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

J & R DONUTS, INC
3501 W VINE ST
KISSIMMEE, FL 34741-4643


KIRBY OIL CO., INC.
P O BOX 567
LAKE CITY, FL 32056-0567

KISSIMMEE UTILITY AUTHORITY
PO BOX 850001
ORLANDO, FL 32885-0096

Kramer, Rollin
703 Midwest Club
Oak Brook, IL 60523-2531


LCG CAPITAL GROUP,LLC.
401 E.JACKSON ST
SUITE 2450
TAMPA, FL 33602-5215

LEXISNEXIS RISK DATA MGMT
ACCURINT ACCOUNT #1046600
PO BOX 7247-6157
PHILADELPHIA, PA 19170-0001

LIBERTY BANK
315 Main Street
Middletown, CT 06457-3338


Liberty Bank
c/o R. Jeffrey Smith
Bingham McCutchen, LLP
One State Street, Suite 1400
Hartford, CT 06103-3100

MAGIC MEDIA
C/O BORDEN,JONES & MITCHELL,LC
P.O. BOX 544
CARROLLTON, GA 30112-0010

MASSEY SERVICES INC.
315 GROVELAND ST
ORLANDO, FL 32804-4052


MICHAEL ALDERMAN SERVICE
CENTER
428 FERGUSON DR
ORLANDO, FL 32805-1010

MUZAK,LLC
P.O. BOX 71070
CHARLOTTE, NC 28272-1070

NOBLE SYSTEMS CORPORATION
4151 ASHFORD DUNWOODY DR
STE 600
ATLANTA, GA 30319-1452

ORANGE BULB,INC.
LIGHT BULBS UNLIMITED
6203-B W.SAND LAKE ROAD
ORLANDO, FL 32819-8912

ORLANDOJOBS.COM, LLC
43 E PINE ST
ORLANDO, FL 32801-2607

Orange County Atty. Office
Division, Admin. Bldg. 3rd F
201 S. Rosalind Avenue
Orlando, FL 32801-3527

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Property
Appraiser
200 S. Orange Avenue
17th Floor
Orlando, FL 32801-3438

Orange County Tax Collector
Attn:  Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Osceola County Atty
Administration Building
1 Courthouse Square
Suite 4200
Kissimmee, FL 34741-5440

Osceola Property Appraiser
2505 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744-4909

Osceola Tax Collector
2501 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744-4909

PAETEC
PO BOX 1283
BUFFALO, NY 14240-1283

PENINSULA RESORT MANAGEMENT
LLC
2424 N. ATLANTIC AVE.
DAYTONA BEACH, FL 32118-3245

PLATINUM TRANSPORTATION
PO BOX 470552
CELEBRATION, FL 34747-0552

PMAT BELLAIR, LLC
C/O PROPERTY ONE, INC.
4141 VETERANS BLVD, STE 300
METAIRIE, LA 70002

PRECISION MEDIA, INC.
4320 MIDDLEBROOK RD
ORLANDO, FL 32811-3087

PREMIERE GLOBAL SERVICES
P.O. BOX 404351
ATLANTA, GA 30384-4351

R.E. MICHEL COMPANY, INC.
HOSIER REFRIGERATION SUPPLY
P.O. BOX 2318
BALTIMORE, MD 21203-2318

RIVERPOINT SOLUTIONS GROUP,LLC
2200 E DEVON AVE, STE 385
DES PLAINS, IL 60018-4590

ROYAL CUP, INC.
P.O BOX 170971
BIRMINGHAM, AL 35217-0971

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 405386
ATLANTA, GA 30384-5386

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 95708
CHICAGO, IL 60694-5708

STARR ASSOCIATES,LLP.
245 FIFTH AVENUE
SUITE 1102
NEW YORK, NY 10016-8717

STERLING INFOSYSTEMS,INC.
NEWARK POST OFFICE
P.O. BOX 35626
NEWARK, NJ 07193-5626

Springer, John
89 Dallas Drive
Hendersonville, NC 28739-8733

Springer, Jr., John
P.O. Box 1718
Avon, CO 81620-1718

Springer, Roberta
2731 Kenora Court
Orlando, FL 32837-7727

Stimac, Nicholas
4813 Randolph Street
Hillside, IL 60162-1018

Stimac, Rosalie
4813 Randolph Street
Hillside, IL 60162-1018

TEXTRON FINANCIAL CORP.
40 Westminster Street
Providence, RI 02903-2503

THE BEST PEST CONTROL COMPANY
PO BOX 677546
ORLANDO,, FL 32867-7546

THE CITY OF DAYTONA BEACH
UTILITY BILL
PO BOX 2455
DAYTONA BEACH, FL 32115-2455

THE DOC SIGNERS, INC.
PO BOX 71457
PHOENIX, AZ 85050-1008

THOMKAT STAMP & SIGNS, INC
DBA ACME STAMP & SIGN CO
822 N MILLS AVE
ORLANDO, FL 32803-4097


Frank P Terzo
GrayRobinson
1221 Brickell Avenue
Suite 1650
Miami, FL 33131-3259

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

US BANK
PO BOX 790448
ST. LOUIS, MO 63179-0448


United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Volusia County Atty/
County Manager
Thomas C. Kelly Adm. Center
123 W. Indiana
Deland, FL 32720-4615

Volusia County Tax Collector
123 W. Indiana Avenue
Room 103
Deland, FL 32720-4615


WAGEWATCH, INC.
P.O. BOX 15851
PHOENIX, AZ 85060-5851

WESTERN RESERVE PARTNERS, LLC
200 PUBLIC SQUARE, STE 3750
CLEVELAND, OH 44114-2321

Williams, Judith
124 Oolenoy Court
Pickens, SC 29671-7306


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Fey, Larry
655 N. LaGrange Road
Suite 202
Frankfort, IL 60423


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients   101
Bypassed recipients     1
Total                 102

Label Matrix for local noticing
113A-6
Case 6:10-bk-16179-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:55:57 EDT 2010

Crescent One, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

Dade County Tax Collection
140 W. Flagler Street
Suite 1407
Miami, FL 33130-1561

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Miami-Dade County
Office of the Property
Appraiser
111 NW 1st St., Suite 710
Miami, FL 33128-1984

Miami-Dade County Attorneys
Office - Risk Management
111 NW 1st Street
Suite 2810
Miami, FL 33128-1930

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

The New York Law Publishing
Company Daily Business Rev.
P.O. Box 862882
Orlando, FL 32886-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17

Label Matrix for local noticing
113A-6
Case 6:10-bk-16180-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:56:26 EDT 2010

ANTILLES GAS CORPORATION
PO BOX 5435
SUNNY ISLE, ST. CROIX    00823-5435

BB&T Acquired Asset Group
2000 Interstate Park Drive
Montgomery, AL 36109-5421

BB&T Acquired Asset Group
c/o Frank P. Terzo
Gray Robinson, P.A.
1221 Brickell Avenue, #1600
Miami, FL 33131-3247

BELLOWS INTERNATIONAL
PO BOX 302695
ST. THOMAS, VI 00803-2695

(c)CARIBBEAN INDUSTRIAL PRODUCTS
2187 COMPANY ST
CHRISTIANSTED VI  00820-4952

FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094-4515

FIRST NATIONAL BANK OF OMAHA
P.O. BOX 2818
OMAHA, NE 68103-2818

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Government of the U.S.
Virgin Islands Bureau of
Internal Revenue
9601 Estate Thomas
St. Thomas, VI 00802-2689

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

HENNEMANN ICE PLANT COMPANY
PO BOX 1429
254 RICHMOND
CHRISTIANSTED, VI 00821-1429

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

MARIO'S VIRGIN CRYSTAL,LLC
P.O. BOX 25775
CHRISTIANSTED, VI 00824-1775

MERCHANTS MARKET- ST. CROIX
4000 ESTATE DIAMONE
ST CROIX, VI 00820-5215

Maple Leaf, LLC
4521 Sharon Road
Suite 420
Charlotte, NC 28211-3627

NEVCO MARKETING ENTERPRISES
PO BOX 6351
CHRISTIANSTED, VI 00823-6351

NICHOLS NEWMAN LOGAN & GREY PC
1131 KING STREET,SUITE 204
CHRISTIANSTED, VI 00820-4974

PREMIER WINES & SPIRITS LTD.
132 SUNDIAL PARK
PO BOX 922
ST CROIX,, VI 00821-0922

QUALITY FOODS
96-97 CASTLE COAKLEY
CHRISTIANSTED, VI 00820

SURVEY SERVICES CO., LLC
27-28 KING CROSS ST
CHRISTIANSTED, VI 00820

St. Croix One, LLC
5000 Estate Chenay Bay
Route 82, East End Quarter
Christiansted, VI 00820-4512

THE SCOTT PARTNERSHIP
ARCHITECTURE, INC.
429 S.KELLER RD.SUITE 200
ORLANDO, FL 32810-7187

TRAVELCLICK
2193 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

VIRGIN ISLANDS DESIGN BUILD GROUP, LLC
5031 COTTON VALLEY 55 H&C
CHRISTIANSTED, ST.CROIX, VI 00820

Virgin Islands Design Build
Group, LLC
5031 Estate Cotton Valley
55 H&C
Christiansted, St. Croix, VI 00820

WEST INDIES CORPORATION
PO BOX 250
ST. THOMAS, VI 00804-0250

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

CARIBBEAN INDUSTRIAL PRODUCTS
27 PRINCE STREET
CHRISTIANSTED, VI 00820

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann                    End of Label Matrix
Orlando                                  Mailable recipients     28
                                         Bypassed recipients      1
                                         Total                   29

Label Matrix for local noticing
113A-6
Case 6:10-bk-16182-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:57:48 EDT 2010

AGR FABRICATORS, INC
4879 CLYDO RD. S.
JACKSONVILLE, FL 32207-1708

ALWAYS MOBILE GOLF CARS
4998 E. HINSON AVENUE
HAINES CITY, FL 33844-9153

AMERIGAS - ORLANDO
P.O. BOX 371473
PITTSBURGH, PA 15250-7473

CINTAS CORPORATION #073
P.O. BOX 360910
CINCINNATI, OH 45263-0910

CINTAS FIRST AID AND SAFETY
LOCATION F48
P.O. BOX 2409
BRANDON, FL 33509-2409

COMMERCIAL LAWN EQUIPMENT
SALES & SERVICE INC
781 E CARROLL STREET
KISSIMMEE, FL 34744-1467

DADE PAPER
P.O. BOX 593829
ORLANDO, FL 32859-3829

DAVID A. WILSON
SERVICE FIRST UNIFORM SALES
4518 CURRY FORD RD.
ORLANDO, FLORIDA 32812-2711

DEX
PO BOX 660834
DALLAS, TX 75266-0834

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

GALAXY AVIATION OF ORLANDO,INC
9245 TRADEPORT DRIVE
ORLANDO, FL 32827-5305

GLAZER GIFTS INC
ATTN: ALI STEINBACH
8091 OAKLAND PLACE
ORLANDO, FL 32819-3248

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Island One Resorts Management Corporation
8680 Commodity Circle
Orlando, FL 32819-9000

JEFF ELLIS & ASSOCIATES, INC.
508 GOLDENMOSS LOOP
OCOEE, FL 34761-4783

Old Florida National Bank
60 North Court Avenue
Orlando, FL 32801-2409

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

PEOPLE MISTERS INT'L, LLC
3603 NORTH PALAFOX STREET
PENSACOLA, FL 32505-5234

RDS OF FLORIDA
DBA DATA SYSTEM INC.
13170 92nd Street  Suite 303
LARGO,, FL 33773-1319

ROBERT'S POOL SERVICE
19315 LAKE PICKETT ROAD
ORLANDO, FL 32820-1608

S & S WORLDWIDE, INC.
ACCOUNTS RECEIVABLE
PO BOX 210
HARTFORD, CT 06141-0210

SPIES POOL, INC.
801 SAWDUST TRAIL
KISSIMMEE, FL 34744-1417

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 95708
CHICAGO, IL 60694-5708

SUN LOVERS OF AMERICA
P.O. BOX 593801
ORLANDO, FL 32859-3801

T.L.SAVAGE,INC.
DBA:MONOGRAMS OF DISTINCTION
115 KISSEWAUG ROAD
MIDDLEBURY, CT 06762-3230

THE ORLANDO SENTINEL
P.O. BOX 100608
ATLANTA, GA 30384-0608

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

WILLIAMS SCOTSMAN,INC.
PO BOX 91975
CHICAGO, IL 60693-1975

YELLOW BOOK USA
P.O. BOX 3162
CEDAR RAPIDS, IA 52406-3162

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39

Label Matrix for local noticing
113A-6
Case 6:10-bk-16183-KSJ
Middle District of Florida
Orlando
Sun Sep 12 18:00:24 EDT 2010

Abbott Printing
110 Atlantic Drive
Suite 110
Maitland, FL 32751-3300

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Navigo Vacation Club, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients     14
Bypassed recipients      1
Total                   15

Label Matrix for local noticing
113A-6
Case 6:10-bk-16189-KSJ
Middle District of Florida
Orlando
Sun Sep 12 18:01:00 EDT 2010

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

IOI Funding I, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13