UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ISLAND ONE, INC., a Florida
corporation, *et al.*

Debtors.

_____/

CASE NO. 6:10-bk-16177-KSJ

CHAPTER 11

Jointly Administered with Case Nos.
6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ,
6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ,
6:10-bk-16189-KSJ

EMERGENCY RELIEF REQUESTED
BY 3:00 P.M. ON TUESDAY,
SEPTEMBER 14, 2010

EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION,
PURSUANT TO SECTIONS 105(a), 363(b), 507(a)(4), 507(a)(5) AND 541(d) OF
THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM AND FINAL ORDERS
AUTHORIZING THE DEBTORS TO PAY AFFILIATE OFFICER'S SALARY

Island One, Inc., a Florida corporation, and its affiliated debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors [1]" or "IOI"), the debtors and debtors in possession in the above-captioned Chapter 11 cases (the "Cases"), hereby move pursuant to sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Administrative Order Establishing Initial Procedures in Chapter 11 Cases ORL-2005-1 (the "Administrative Order"), for the entry of interim and final orders authorizing the Debtors to pay the salary of an affiliate officer (the "Motion"), and in support thereof, states as follows:

_____

The Debtors include: Island One, Inc.,. IOI Funding I, LLC, Crescent One, LLC, St. Croix One, LLC, Island One Resorts Management Corporation, and Navigo Vacation Club, Inc.

## JURISDICTION

1.    The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory predicates for the relief requested herein are sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6003.

## BACKGROUND

4.    On September 10, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. In addition, on the petition date five (5) affiliated or related entities also filed petitions for relief under Chapter 11. No trustee has been appointed. The Debtors have filed motions requesting that the bankruptcy cases be jointly administered with this case as the lead case. The Debtors continue to operate their businesses and manage their properties as debtors in possession under §§ 1107 and 1108 of the Code.

5.    The Debtors have been in the time share industry in Central Florida for over twenty-five (25) years. In 1981, the Debtors began development of their first timeshare resort, and initiated their first sales of time shares in 1983. Since 1981, the Debtors have developed, are developing, and manage time share resorts in Florida and the U.S. Virgin Islands. In addition, through Navigo Vacation Club, Inc., the Debtors have developed a timeshare network that extends throughout the United States, Latin America, the Caribbean and Europe. Throughout its history, the company has progressively evolved its vacation product offerings to meet, and exceed, consumer desires and expectation. Vacation products have progressed from static offerings to dynamic points based club products. Vacation owners also receive value added additional products and services for cruises, travel services, and a rewards loyalty

program. The company's every product development has focused upon the betterment of every family's vacation experience.

6.     Through its management arm, Island One Resorts Management Corporation (IORMC"), the Debtors manage nine (9) resorts owned or developed by the Debtors. IORMC has the exclusive right to manage the resorts owned or developed by IOI and the affiliated Debtors by virtue of contracts between IORMC and the resort associations. In connection with its management duties  IORMC provides the employees that manage the day to day operations of the resorts and provides the reservation system at the resorts.

7.     In addition to owning unsold inventory at a number of resorts,  IOI also provides all sales and marketing functions for the resorts and provides developer accounting operations for the resort system.

8.     Each of the resorts owned or developed by the Debtors consists of one or two bedroom furnished units and various pool features, playgrounds, activity decks, restaurants and other recreational amenities.   Examples of the amenities include a water park, water slides, hot tubs,  a 1,500 gallon salt water aquarium, volley ball courts, tennis courts, and club houses. The  resorts are located in Orlando, Florida; Ormond Beach, Florida; Naples, Florida; South Beach Miami, Florida and the U.S. Virgin Islands.

## REASONS FOR FILING CHAPTER 11

9.     The fall of the real estate markets in Florida and throughout the United States and the general downturn in the economy have significantly impacted the resort development and hospitality industries.

10.     As the Debtors experienced higher default rates from its members, the Debtors' lenders increased restrictions on future advances secured by the Debtors' consumer paper.

These restrictions dramatically decreased the Debtors' pool of potential purchasers, which in turn decreased the Debtors' sales. The Debtors' unit sales and resort revenues were further reduced as consumers generally took steps to limit spending on vacations and other discretionary items.

11.     The reduction of the Debtors' sales caused a significant drop in the Debtors' cash availability under loans with TFC Financial Corporation ("TFC") and Liberty Bank, N.A. ("Liberty"), and ultimately led to a default under the Debtors' loans with TFC, Liberty, and BB&T Acquired Assets Group ("BB&T").

12.     Notwithstanding the Debtors' defaults, the Debtors, TFC, Liberty, and BB&T entered into multiple forbearance agreements between May 2010 and September 2010 which continued advances to the Debtors under that certain Receivables Loan Agreement dated October 30, 2009 executed by IOI in favor of Liberty and TFC ("Liberty Loan") and for a forbearance period against collection against the Debtors ("Forbearance Period").

13.     During the Forbearance Period, TFC, Liberty, BB&T, and the Debtors have had ongoing discussions with Bay Harbour Management ("Bay Harbour") in connection with a potential purchase of of equity of the Debtors by Bay Harbour.

14.     As the negotiations between TFC, Liberty, BB&T and Bay Harbour progressed, the Debtors ongoing cash needs increased above the Debtors' availability under the New Liberty Loan Agreement. Without immediate access to additional cash the Debtors feared that they may have to reduce or even cease certain operations, which would have a detrimental affect on the value of the Debtors assets and continued interest from Bay Harbour or other potential purchasers.

15.     Bay Harbour has informed the Debtors that its interested in entering into immediate negotiations for purchase of the equity.

16.     Consequently, in order to preserve the going concern value of the Debtors' business for all stakeholders, the Debtors determined that they had no choice, but to seek relief under Chapter 11 of the Bankruptcy Code in order to finalize a sale of the company.

## RELIEF REQUESTED

17.     By this Motion, the Debtors seek the entry of an order, pursuant to sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d) of the Bankruptcy Code, Bankruptcy Rule 6003 and the Administrative Order, (a) authorizing the Debtors, in accordance with their stated policies (as such policies may be modified from time to time) and in the Debtors' sole discretion, to pay:     (i) certain prepetition wages, salaries, overtime pay, incentive pay, contractual compensation, sick pay, vacation pay, holiday pay and other accrued compensation (collectively, the "Prepetition Compensation") to an Affiliate Officer (as such term is defined below); (ii) prepetition business expenses, including travel, lodging and other reimbursable business expenses (collectively, the "Prepetition Business Expenses") to an Affiliate Officer; (iii) prepetition contributions to, and benefits under, the Affiliate Officer's benefit plans; (iv) pre-petition payroll deductions and withholdings with respect to the Affiliate Officers; and (v) all costs and expenses incident to the foregoing payments and contributions (including payroll-related taxes and processing costs); and (b) granting certain related relief.

## FACTS RELEVANT TO THIS MOTION

18.     Deborah L. Linden ("Ms. Linden" or the "Affiliate Officer") is the Chief Executive Officer of all of the Debtors and President of IOI, Crescent One, LLC, IOI Funding I, LLC and St. Croix One, LLC.  In her capacity as President and Chief Executive Officer of

IOI and the related Debtors, Ms. Linden is responsible, *inter alia*, for overseeing all of the operations of the Debtors.

19.     Ms. Linden also owns, controls or holds more than twenty percent (20%) of the voting securities of IOI and IORMC.  Accordingly, Ms. Linden is an officer of certain of the Debtors and qualifies as an "affiliate" of the Debtors under section 101(2) of the Bankruptcy Code.

20.     During past twelve (12) months prior to the Petition Date, Ms. Linden was paid $375,647.38 for services provided to the Debtors.

21.     Ms. Linden's annual base salary as of the Petition Date is $375,000.00. Ms. Linden is not a party to an employment agreement with the Debtors.  Ms. Linden does not have any other source of income.

22.     The Debtors propose to continue to pay Ms. Linden the same salary and benefits that she earned before the Petition Date.  Ms. Linden's current salary is reasonable and adequately compensates her for the services she provides to the Debtors.    Ms. Linden is in need of the requested salary to meet personal and family requirements.  It is essential to the continued operation of the Debtors' businesses that Ms. Linden be retained at the salary rate requested and that she be paid for her prepetition arrearages.  Ms. Linden has served in her position for twenty-nine years (29) and has acquired substantial knowledge regarding the Debtors' infrastructure, business systems and particularized needs.  At this critical juncture, replacing Ms. Linden would be difficult and prohibitively expensive.

23.     As of the Petition Date, the Debtors have obligations with respect to certain Prepetition Compensation for deductions from Ms. Linden's paycheck used to make payments on Ms. Linden's behalf for or with respect to, among other things:  (a) 401(k) savings plans,

loan supplemental life insurance plan, health and vision plan, long-term disability insurance, short-term disability insurance and life and disability insurance and other similar programs on account of which the Debtors deduct a sum of money from Ms. Linden's paycheck and pay that amount to a third party (collectively, the "Deductions"); and (b) withholdings from Ms. Linden's paychecks on account of various federal, state and local income, FICA, Medicare and other taxes for remittance to the appropriate federal, state and local taxing authority (collectively, the "Withholdings").

24.     Ms. Linden was last paid on September 3, 2010. The Debtors estimate that as of the Petition Date, the Debtors owe Ms. Linden approximately $7,223.97 for Prepetition Compensation, approximately $68.51 for 401(k) in Deductions accrued but unpaid. No outstanding amounts are owed for Prepetition Business Expenses. In addition, the Debtors estimate that the amount of Withholdings attributable to compensation earned by Ms. Linden prior to the Petition Date but not yet remitted to the applicable taxing authorities is approximately $1,535.94 in the aggregate. The Debtors estimate that similar amounts will be withheld from Ms. Linden's paychecks postpetition in the ordinary course of the Debtors' businesses.

25.     In addition, Ms. Linden participates in a number of the Debtors' employee benefit programs, including, but not limited to: (a) 401(k) savings plans, loan repayments, employee rent, flexible spending and dependent care accounts, supplemental life insurance plan, health and vision plan, long-term disability insurance and short-term disability insurance and life and disability insurance; and (b) other similar programs (collectively, the "Benefit Programs"). The contributions to or benefits paid by the Debtors to Ms. Linden under the various Benefit Programs are referred to herein collectively as the "Benefits."

26.     The Debtors seek authority to pay all Benefits that, as of the Petition Date, had accrued but remained unpaid to Ms. Linden.  The Benefits that the Debtors seek authority to pay include, but are not limited to, those owing to Ms. Linden under: (a) certain insured benefit plans under which the Debtors contribute to the payment of premiums for insurance or other coverage provided by third parties, including (i) supplemental life insurance plan; (ii) health and vision plan; (iii) long-term disability insurance; (iv) short-term disability insurance; and (v) life and disability insurance, and (b) certain other benefit programs under which the Debtors and Ms. Linden make contributions, including 401(k) savings plans; (ii) loan repayments; (iii) employee rent; and (iv) flexible spending and dependent care accounts.  Based on historical levels for premiums and participation levels, the Debtors estimate that Ms. Linden is not currently owed any amounts for Benefits.

## BASIS FOR RELIEF REQUESTED

27.     Contemporaneously with the filing of the instant Motion, the Debtors are filing the *Motion of Debtors and Debtors-in-Possession, Pursuant to Sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d) of the Bankruptcy Code, for Entry of an Order (I) Authorizing Them to Pay:  (A) Prepetition Employee and Independent Contractor Wages, Salaries and Related Items; (B) Prepetition Employee and Independent Contractor Business Expenses; (C) Prepetition Contributions to and Benefits Under Employee Benefit Plans; (D) Prepetition Employee Payroll Deductions and Withholdings; and (E) All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Granting Certain Related Relief* (the "Employee Wage Motion").  The legal and equitable basis for paying the Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits owed to Ms. Linden is substantially the same as the legal and equitable basis set forth in the Employee Wage Motion for paying similar amounts owed the Debtors' employees and independent

contractors. Accordingly, in the interest of judicial economy, the Debtors hereby fully incorporate the legal arguments asserted in the Employee Wage Motion.

28.     Additionally, by this Motion, the Debtors have included the information required by Section C.6. of the Administrative Order[2] concerning Ms. Linden's position, salary and relationship to the Debtors. In light of the foregoing, the Debtors respectfully submit that the payment of the Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits is essential for the Debtors' reorganization, represents an exercise of the Debtors' sound business judgment, is in the best interests of the Debtors' estates and creditors and is necessary to avoid immediate and irreparable harm to the Debtors' estates.

## CERTIFICATE OF NECESSITY OF
## REQUEST FOR EMERGENCY PRELIMINARY HEARING

29.     Operation of the Debtors' business requires the incurring of expenses on a daily basis.

---

[2]     Section C.6. of the Administrative Order provides:

*Motion for Authority to Pay Affiliate Officer Salaries*. A motion to pay, on an interim basis, the salary of any officer, manager, or employee, who also qualifies as an affiliate under 11 U.S.C. § 101(2)(A) shall include:

    a.    The name of the Affiliate Officer, the officer's position and job responsibilities;

    b.    The nature of the Affiliate Officer's relationship to the debtor;

    c.    The salary received by the Affiliate Officer during the 12 months prior to the filing of the debtor's Chapter 11 petition, including a description of any prepetition employment agreement;

    d.    A description of any services performed for any third party or compensation received or which will be received by the Affiliate Officer from any source other than the debtor-in-possession after the date of the petition;

    e.    The salary proposed to be paid to the Affiliate Officer, including all benefits; and

    f.    The amount to be withheld from such salary of the Affiliate Officer, including all applicable payroll taxes and related benefits.

An interim order to authorize the payment of salaries to Affiliate Officers is subject to review or reconsideration at any time upon the motion of a party in interest or by the Court *sua sponte*.

30.     The Debtors will be without funds to operate and meet expenses if an emergency preliminary hearing is not granted.

31.     Customers, employees, and vendors have been at risk since the Petition Date and will continue to be at risk until a determination by this Court of the right to use Cash Collateral.

32.     The Debtors estimate that approximately 15 minutes will be necessary for a hearing on this Motion and that a similar amount of time may be required for a final hearing.

33.     A copy of this Motion was served on TFC, Liberty, and BB&T, all other secured creditors, and on the twenty largest unsecured creditors.  Notice of a hearing on this matter will be provided to the same entities.

34.     The Debtors and counsel are prepared to appear on two hours' notice at a hearing to demonstrate that the request for an emergency hearing is not the result of the Debtors' or counsel's procrastination or lack of attention.

## CONCLUSION

WHEREFORE, the Debtors respectfully request entry of an interim order, substantially

in the form attached hereto as <u>Exhibit A</u>, granting the relief requested herein and granting such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 12th day of September, 2010.

<div style="margin-left: 40%;">

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
Tiffany D. Payne, Esq.
Florida Bar No.: 0421448
tpayne@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Tel: (407) 649-4000
Fax: (407) 841-0168
*Attorney for Debtors*

</div>

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:10-bk-16177-KSJ

ISLAND ONE, INC., a Florida                     CHAPTER 11
corporation, *et al.*

                                                Jointly Administered with Case Nos.
                                                6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ,
                                                6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ,
                                                6:10-bk-16189-KSJ

                                                EMERGENCY RELIEF REQUESTED
                    Debtors.                    BY 3:00 P.M. ON TUESDAY,
                                                SEPTEMBER 14, 2010

_____/


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of **EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION, PURSUANT TO SECTIONS 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d) OF THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO PAY AFFILIATE OFFICER'S SALARY**, together with all exhibits, has been furnished either electronically or by U.S. First Class, postage prepaid mail to: Island One Resorts Management Corporation, 8680 Commodity Circle, Orlando, FL 32819 (Debtor); Frank Terzo, Esq., GrayRobinson, P.A., 1221 Brickell Ave, Suite 1600, Miami 33131 (a/f BB&T); Steven Fox, Esq., Epstein, Becker & Green, 250 Park Ave., New York, NY 10177; R. Jeffrey Smith, Esq., 1 State Street, 1400 Hartford, CT 06103 (a/f Liberty Bank); All Creditors and Parties-In-Interest; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this <u>12th</u> day of September 2010.

                                        /s/ Elizabeth A. Green
                                        Elizabeth A. Green, Esq.

EXHIBIT A

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**ISLAND ONE, INC., a Florida**
**corporation,** *et al.*


                            **Debtors.**

_____/

**CASE NO. 6:10-bk-16177-KSJ**

**CHAPTER 11**

**Jointly Administered with Case Nos.**
**6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ,**
**6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ,**
**6:10-bk-16189-KSJ**

**EMERGENCY RELIEF REQUESTED**
**BY 3:00 P.M. ON TUESDAY,**
**SEPTEMBER 14, 2010**

**INTERIM AND PROPOSED FINAL ORDER, PURSUANT TO SECTIONS**
**105(a), 363(b), 507(a)(4), 507(a)(5) AND 541(d) OF THE BANKRUPTCY CODE,**
**AUTHORIZING THE DEBTORS TO PAY AFFILIATE OFFICER'S SALARY**

This matter coming before the Court on the *Motion of Debtors and Debtors in Possession, Pursuant to Sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d) of the Bankruptcy Code, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Affiliate Officer's Salary* (the "**Motion**"),[1] filed by the debtors and debtors in possession in the above-captioned cases (the "**Debtors**"); the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein at a hearing before the Court (the "**Hearing**"); and the Court having found and concluded that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding, (iii) notice of the

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Motion was sufficient under the circumstances, (iv) the payment of the Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits owed to Ms. Linden on the terms and conditions set forth below is necessary and appropriate to avoid irreparable harm to the Debtors' estates and prevent serious disruptions to the Debtors' reorganization efforts, will serve to protect and preserve the Debtors' estates for the benefit of all stakeholders and will facilitate the reorganization of the Debtors' businesses, and (v) the legal and factual bases set forth in the Motion, and at the Hearing establish just cause for the relief granted herein; and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED on an interim basis.

2.      The Debtors are authorized, in accordance with their stated policies (as such policies may be modified from time to time) and in the Debtors' sole discretion, to pay: (a) Prepetition Compensation; (b) Prepetition Business Expenses; (c) Deductions; (d) Withholdings; and (e) Benefits that accrued but remained unpaid as of the Petition Date to or for the benefit of Ms. Linden.

3.      The Debtors are further authorized, in accordance with their stated policies (as such policies may be modified from time to time) and in the Debtors' sole discretion, to continue to pay Ms. Linden's annual salary and related Benefits under the Benefit Programs.

4.      Nothing in the Motion or this Order, nor the Debtors' payment of claims pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtors' right to dispute any claim on any grounds; (c) a

promise to pay any claim; (d) an implication or admission that any particular claim is a claim for Prepetition Compensation, Prepetition Business Expenses or Benefits; or (e) a request to assume any executory contract or unexpired lease, pursuant to section 365 of the Bankruptcy Code.

5.      Notwithstanding the possible applicability of Bankruptcy Rules 6003, 6004, 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

DONE and ORDERED on _____ __, 2010.

_____
HONORABLE KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies provided to:

Debtor: Island One, Inc., et al., 8680 Commodity Circle, Orlando, FL 32819

Debtor's Counsel: Elizabeth A. Green, Esq., Baker & Hostetler LLP, 200 S. Orange Ave., SunTrust Center, Suite 2300, Orlando, FL 32801-3432;

Attorney for BB & T: Frank Terzo, Esq., GrayRobinson, P.A., 1221 Brickell Ave, Suite 1600, Miami 33131;

Steven Fox, Esq., Epstein, Becker & Green, 250 Park Ave., New York, NY 10177;

Attorney for Liberty Bank: R. Jeffrey Smith, Esq., 1 State Street, 1400 Hartford, CT 06103;

United States Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and

All Creditors and Parties-In-Interest

Label Matrix for local noticing
113A-6
Case 6:10-bk-16177-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:54:36 EDT 2010

ARDA FLORIDA
1201 15TH ST. NW, STE 400
WASHINGTON, DC 20005-2842

ABBOTT PRINTING
110 ATLANTIC DR
SUITE 110
MAITLAND, FL 32751-3300

AMERICAN EXPRESS,INC.
PO BOX 360001
FT LAUDERDALE, FL 03333-6001

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AUTOMATED MECHANICAL SERVICES,
INC.
17440 MAGNOLIA ISLAND BLVD
CLERMONT, FL 34711-8001

AVID HOME TECHNOLOGIES
1970 E OSCEOLA PKY STE 3320
KISSIMMEE, FL 34743-8629

AXIS, INC.
6851 TPC DRIVE
ORLANDO, FL 32822-5142

BANC OF AMERICA LEASING
LEASE ADMINISTRATION CENTER
PO BOX 371992
PITTSBURGH, PA 15250-7992

BB&T ACQUIRED ASSET GROUP
2000 Interstate Park Drive
Montgomery, AL 36109-5421

BB&T Acquired Asset Group
c/o Frank P. Terzo, Esq
GrayRobinson, PA
1221 Brickell Ave
Suite 1600
Miami, FL 33131-3247

BB&T Acquired Asset Group
c/o Frank P. Terzo
Gray Robinson, P.A.
1221 Brickell Avenue, #1600
Miami, FL 33131-3247

CDW DIRECT, LLC
P.O.BOX 75723
CHICAGO, IL 60675-5723

CIT TECHNOLOGY FIN SERV, INC.
21719 NETWORK PLACE
CHICAGO, IL 60673-0001

COMMUNICATION BROKERS &
CONSULTANTS, INC DBA: DIAL 411
23939 VENTURA BLVD.
CALABASAS, CA 91302-1445

COMPASS GROUP
HIGHLAND EST COFFEE TRADERS-A
DIV OF CANTEEN, PO BOX 91337
CHICAGO, IL 60693-1337

Campbell, Ken
8400 Darlene Drive
Orlando, FL 32836-5902

Collier County Appraiser's
Office
3950 Radio Road
Naples, FL 34104-3750

Collier County Atty Office
Collier County Government
3301 E. Tamiami Trail
Naples, FL 34112-4987

Collier County Tax Collector
3301 E. Tamiami Trail
Building C-1
Naples, FL 34112-4997

Comfeld, Robert
3850 Hollywood Blvd.
Suite 1400
Hollywood, FL 33021-6748

DADE PAPER
P.O. BOX 593829
ORLANDO, FL 32859-3829

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118
ATLANTA, GA 30353-4118

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

DIGITAL CONNECTIONS, INC.
P.O. BOX 277995
ATLANTA, GA 30384-7995

E-TECHSERVICES.COM, INC.
5220 SW 91ST TERRACE
GAINESVILLE, FL 32608-7124

EZREZ SOFTWARE, INC.
50 1ST ST, FLOOR 7
SAN FRANCISCO, CA 94105-2405

Erfurth, Cary
8911 Charles E. Limpus Road
Orlando, FL 32836-5829

FLORIDA POWER AND LIGHT
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

FLORIDA SUPPLY & CLEANING INC
1710 INDUSTRIAL ST
EDGEWATER, FL 32132-3561

FOCALITY INTERACTIVE
490 WILFRED DR
PETERBOROUGH, ON K9K2H1

(c)FEY, LARRY
20855 S LA GRANGE RD STE 202
FRANKFORT IL  60423-2042

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

GETAGADGET, INC.
2101 E SAINT ELMO RD., STE 101
AUSTIN, TX 78744-1864

Gibellina, Ronald
4513 Grove
Brookfield, IL 60513-2556

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

H.J.C. FLORIDIAN CORP.
8911 Charles E. Limpus Road
Orlando, FL 32836-5829

HERITAGE OPERATING, LP
HERITAGE PROPANE
9307 BACHMAN RD
ORLANDO, FL 32824-8061

HOME TEAM PEST DEFENSE
765 W. STATE RD. 434 SUITE H
LONGWOOD, FL 32750-4936

HOSPITALITY CAREERS ONLINE INC
C/O COMERCIA BANK
P.O. BOX 673682
DETROIT MI 48267-3682, WA 98111

INTEGRATED FIRE & SAFETY
SERVICES, INC.
1730 DIPLOMACY ROW, STE B
ORLANDO, FL 32809-5761

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Island One, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

J & R DONUTS, INC
3501 W VINE ST
KISSIMMEE, FL 34741-4643

KIRBY OIL CO., INC.
P O BOX 567
LAKE CITY, FL 32056-0567

KISSIMMEE UTILITY AUTHORITY
PO BOX  850001
ORLANDO, FL 32885-0096

Kramer, Rollin
703 Midwest Club
Oak Brook, IL 60523-2531

LCG CAPITAL GROUP,LLC.
401 E.JACKSON ST
SUITE 2450
TAMPA, FL 33602-5215

LEXISNEXIS RISK DATA MGMT
ACCURINT ACCOUNT #1046600
PO BOX 7247-6157
PHILADELPHIA, PA 19170-0001

LIBERTY BANK
315 Main Street
Middletown, CT 06457-3338

Liberty Bank
c/o R. Jeffrey Smith
Bingham McCutchen, LLP
One State Street, Suite 1400
Hartford, CT 06103-3100

MAGIC MEDIA
C/O BORDEN,JONES & MITCHELL,LC
P.O. BOX 544
CARROLLTON, GA 30112-0010

MASSEY SERVICES INC.
315 GROVELAND ST
ORLANDO, FL 32804-4052

MICHAEL ALDERMAN SERVICE
CENTER
428 FERGUSON DR
ORLANDO, FL 32805-1010

MUZAK,LLC
P.O. BOX 71070
CHARLOTTE, NC 28272-1070

NOBLE SYSTEMS CORPORATION
4151 ASHFORD DUNWOODY DR
STE 600
ATLANTA, GA 30319-1452

ORANGE BULB,INC.
LIGHT BULBS UNLIMITED
6203-B W.SAND LAKE ROAD
ORLANDO, FL 32819-8912

ORLANDOJOBS.COM, LLC
43 E PINE ST
ORLANDO, FL 32801-2607

Orange County Atty. Office
Division, Admin. Bldg. 3rd F
201 S. Rosalind Avenue
Orlando, FL 32801-3527

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Property
Appraiser
200 S. Orange Avenue
17th Floor
Orlando, FL 32801-3438

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Osceola County Atty
Administration Building
1 Courthouse Square
Suite 4200
Kissimmee, FL 34741-5440

Osceola Property Appraiser
2505 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744-4909

Osceola Tax Collector
2501 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744-4909

PAETEC
PO BOX 1283
BUFFALO, NY 14240-1283

PENINSULA RESORT MANAGEMENT
LLC
2424 N. ATLANTIC AVE.
DAYTONA BEACH, FL 32118-3245

PLATINUM TRANSPORTATION
PO BOX 470552
CELEBRATION, FL 34747-0552

PMAT BELLAIR, LLC
C/O PROPERTY ONE, INC.
4141 VETERANS BLVD, STE 300
METAIRIE, LA 70002

PRECISION MEDIA, INC.
4320 MIDDLEBROOK RD
ORLANDO, FL 32811-3087

PREMIERE GLOBAL SERVICES
P.O. BOX 404351
ATLANTA, GA 30384-4351

R.E. MICHEL COMPANY, INC.
HOSIER REFRIGERATION SUPPLY
P.O. BOX 2318
BALTIMORE, MD 21203-2318

RIVERPOINT SOLUTIONS GROUP,LLC
2200 E DEVON AVE, STE 385
DES PLAINS, IL 60018-4590

ROYAL CUP, INC.
P.O BOX 170971
BIRMINGHAM, AL 35217-0971

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 405386
ATLANTA, GA 30384-5386

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 95708
CHICAGO, IL 60694-5708

STARR ASSOCIATES,LLP.
245 FIFTH AVENUE
SUITE 1102
NEW YORK, NY 10016-8717

STERLING INFOSYSTEMS,INC.
NEWARK POST OFFICE
P.O. BOX 35626
NEWARK, NJ 07193-5626

Springer, John
89 Dallas Drive
Hendersonville, NC 28739-8733

Springer, Jr., John
P.O. Box 1718
Avon, CO 81620-1718

Springer, Roberta
2731 Kenora Court
Orlando, FL 32837-7727

Stimac, Nicholas
4813 Randolph Street
Hillside, IL 60162-1018

Stimac, Rosalie
4813 Randolph Street
Hillside, IL 60162-1018

TEXTRON FINANCIAL CORP.
40 Westminster Street
Providence, RI 02903-2503

THE BEST PEST CONTROL COMPANY
PO BOX 677546
ORLANDO,, FL 32867-7546

THE CITY OF DAYTONA BEACH
UTILITY BILL
PO BOX 2455
DAYTONA BEACH, FL 32115-2455

THE DOC SIGNERS, INC.
PO BOX 71457
PHOENIX, AZ 85050-1008

THOMKAT STAMP & SIGNS, INC
DBA ACME STAMP & SIGN CO
822 N MILLS AVE
ORLANDO, FL 32803-4097

Frank P Terzo
GrayRobinson
1221 Brickell Avenue
Suite 1650
Miami, FL 33131-3259

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

US BANK
PO BOX 790448
ST. LOUIS, MO 63179-0448

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Volusia County Atty/
County Manager
Thomas C. Kelly Adm. Center
123 W. Indiana
Deland, FL 32720-4615

Volusia County Tax Collector
123 W. Indiana Avenue
Room 103
Deland, FL 32720-4615

WAGEWATCH, INC.
P.O. BOX 15851
PHOENIX, AZ 85060-5851

WESTERN RESERVE PARTNERS, LLC
200 PUBLIC SQUARE, STE 3750
CLEVELAND, OH 44114-2321

Williams, Judith
124 Oolenoy Court
Pickens, SC 29671-7306

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Fey, Larry
655 N. LaGrange Road
Suite 202
Frankfort, IL 60423

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    101
Bypassed recipients      1
Total                  102

Label Matrix for local noticing
113A-6
Case 6:10-bk-16179-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:55:57 EDT 2010

Crescent One, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

Dade County Tax Collection
140 W. Flagler Street
Suite 1407
Miami, FL 33130-1561

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Miami-Dade County
Office of the Property
Appraiser
111 NW 1st St., Suite 710
Miami, FL 33128-1984

Miami-Dade County Attorneys
Office - Risk Management
111 NW 1st Street
Suite 2810
Miami, FL 33128-1930

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

The New York Law Publishing
Company Daily Business Rev.
P.O. Box 862882
Orlando, FL 32886-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17

Label Matrix for local noticing
113A-6
Case 6:10-bk-16180-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:56:26 EDT 2010

ANTILLES GAS CORPORATION
PO BOX 5435
SUNNY ISLE, ST. CROIX     00823-5435

BB&T Acquired Asset Group
2000 Interstate Park Drive
Montgomery, AL 36109-5421

BB&T Acquired Asset Group
c/o Frank P. Terzo
Gray Robinson, P.A.
1221 Brickell Avenue, #1600
Miami, FL 33131-3247

BELLOWS INTERNATIONAL
PO BOX 302695
ST. THOMAS, VI 00803-2695

(c)CARIBBEAN INDUSTRIAL PRODUCTS
2187 COMPANY ST
CHRISTIANSTED VI 00820-4952

FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094-4515

FIRST NATIONAL BANK OF OMAHA
P.O. BOX 2818
OMAHA, NE 68103-2818

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Government of the U.S.
Virgin Islands Bureau of
Internal Revenue
9601 Estate Thomas
St. Thomas, VI 00802-2689

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

HENNEMANN ICE PLANT COMPANY
PO BOX 1429
254 RICHMOND
CHRISTIANSTED, VI 00821-1429

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

MARIO'S VIRGIN CRYSTAL,LLC
P.O. BOX 25775
CHRISTIANSTED, VI 00824-1775

MERCHANTS MARKET- ST. CROIX
4000 ESTATE DIAMONE
ST CROIX, VI 00820-5215

Maple Leaf, LLC
4521 Sharon Road
Suite 420
Charlotte, NC 28211-3627

NEVCO MARKETING ENTERPRISES
PO BOX 6351
CHRISTIANSTED, VI 00823-6351

NICHOLS NEWMAN LOGAN & GREY PC
1131 KING STREET,SUITE 204
CHRISTIANSTED, VI 00820-4974

PREMIER WINES & SPIRITS LTD.
132 SUNDIAL PARK
PO BOX 922
ST CROIX,, VI 00821-0922

QUALITY FOODS
96-97 CASTLE COAKLEY
CHRISTIANSTED, VI 00820

SURVEY SERVICES CO., LLC
27-28 KING CROSS ST
CHRISTIANSTED, VI 00820

St. Croix One, LLC
5000 Estate Chenay Bay
Route 82, East End Quarter
Christiansted, VI 00820-4512

THE SCOTT PARTNERSHIP
ARCHITECTURE, INC.
429 S.KELLER RD.SUITE 200
ORLANDO, FL 32810-7187

TRAVELCLICK
2193 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

VIRGIN ISLANDS DESIGN BUILD GROUP, LLC
5031 COTTON VALLEY 55 H&C
CHRISTIANSTED, ST.CROIX, VI 00820

Virgin Islands Design Build
Group, LLC
5031 Estate Cotton Valley
55 H&C
Christiansted, St. Croix, VI 00820

WEST INDIES CORPORATION
PO BOX 250
ST. THOMAS, VI 00804-0250

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

CARIBBEAN INDUSTRIAL PRODUCTS
27 PRINCE STREET
CHRISTIANSTED, VI 00820

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann          End of Label Matrix
Orlando                        Mailable recipients     28
                               Bypassed recipients      1
                               Total                   29

Label Matrix for local noticing
113A-6
Case 6:10-bk-16182-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:57:48 EDT 2010

AGR FABRICATORS, INC
4879 CLYDO RD. S.
JACKSONVILLE, FL 32207-1708

ALWAYS MOBILE GOLF CARS
4998 E. HINSON AVENUE
HAINES CITY, FL 33844-9153

AMERIGAS - ORLANDO
P.O. BOX 371473
PITTSBURGH, PA 15250-7473

CINTAS CORPORATION #073
P.O. BOX 360910
CINCINNATI, OH 45263-0910

CINTAS FIRST AID AND SAFETY
LOCATION F48
P.O. BOX 2409
BRANDON, FL 33509-2409

COMMERCIAL LAWN EQUIPMENT
SALES & SERVICE INC
781 E CARROLL STREET
KISSIMMEE, FL 34744-1467

DADE PAPER
P.O. BOX 593829
ORLANDO, FL 32859-3829

DAVID A. WILSON
SERVICE FIRST UNIFORM SALES
4518 CURRY FORD RD.
ORLANDO, FLORIDA 32812-2711

DEX
PO BOX 660834
DALLAS, TX 75266-0834

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

GALAXY AVIATION OF ORLANDO,INC
9245 TRADEPORT DRIVE
ORLANDO, FL 32827-5305

GLAZER GIFTS INC
ATTN: ALI STEINBACH
8091 OAKLAND PLACE
ORLANDO, FL 32819-3248

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Island One Resorts Management Corporation
8680 Commodity Circle
Orlando, FL 32819-9000

JEFF ELLIS & ASSOCIATES, INC.
508 GOLDENMOSS LOOP
OCOEE, FL 34761-4783

Old Florida National Bank
60 North Court Avenue
Orlando, FL 32801-2409

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

PEOPLE MISTERS INT'L, LLC
3603 NORTH PALAFOX STREET
PENSACOLA, FL 32505-5234

RDS OF FLORIDA
DBA DATA SYSTEM INC.
13170 92nd Street  Suite 303
LARGO,, FL 33773-1319

ROBERT'S POOL SERVICE
19315 LAKE PICKETT ROAD
ORLANDO, FL 32820-1608

S & S WORLDWIDE, INC.
ACCOUNTS RECEIVABLE
PO BOX 210
HARTFORD, CT 06141-0210

SPIES POOL, INC.
801 SAWDUST TRAIL
KISSIMMEE, FL 34744-1417

```
STAPLES ADVANTAGE                    SUN LOVERS OF AMERICA              T.L.SAVAGE,INC.
STAPLES CONTRACT & COMMERCIAL        P.O. BOX 593801                   DBA:MONOGRAMS OF DISTINCTION
PO BOX 95708                         ORLANDO, FL 32859-3801            115 KISSEWAUG ROAD
CHICAGO, IL 60694-5708                                                 MIDDLEBURY, CT 06762-3230


THE ORLANDO SENTINEL                 Textron Financial Corp.           Textron Financial Corp.
P.O. BOX 100608                      40 Westminster Street             c/o Steven E. Fox
ATLANTA, GA 30384-0608               Providence, RI 02903-2503         EpsteinBeckerGreen
                                                                       250 Park Avenue
                                                                       New York, NY 10177-1211


United States Trustee - ORL          WILLIAMS SCOTSMAN,INC.            YELLOW BOOK USA
135 W. Central Blvd., Suite 620      PO BOX 91975                      P.O. BOX 3162
Orlando, FL 32801-2440               CHICAGO, IL 60693-1975            CEDAR RAPIDS, IA 52406-3162
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service             (d)Internal Revenue Service
Centralized Insolvency Ops           Post Office Box 21126
PO Box 21126                         Philadelphia PA 19114
Philadelphia, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann               End of Label Matrix
Orlando                             Mailable recipients    38
                                    Bypassed recipients     1
                                    Total                  39
```

Label Matrix for local noticing
113A-6
Case 6:10-bk-16183-KSJ
Middle District of Florida
Orlando
Sun Sep 12 18:00:24 EDT 2010

Abbott Printing
110 Atlantic Drive
Suite 110
Maitland, FL 32751-3300

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Navigo Vacation Club, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15

Label Matrix for local noticing
113A-6
Case 6:10-bk-16189-KSJ
Middle District of Florida
Orlando
Sun Sep 12 18:01:00 EDT 2010

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

IOI Funding I, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13