# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re**

**ISLAND ONE RESORTS, INC., et al.,**

            **Debtors.**

_____/

**Chapter 11**

Case No. 6:10-bk-16117-KSJ; 6:10-bk-16179-KSJ; 6:10-bk-16180-KSJ; 6:10-bk-16182-KSJ; 6:10-bk-16183-KSJ; and 6:10-bk-16189-KSJ

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Textron Financial Corporation ("TFC"), a creditor and party-in-interest in the above-captioned case, hereby appears by its counsel, Epstein Becker & Green, P.C., and such counsel enters its appearance pursuant to section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

Steven E. Fox, Esq.
Wendy G. Marcari, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177-1211
Telephone: (212) 351-4500
Fax: (212) 661-0989
Email: sfox@ebglaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes,

NY:4545019v1

without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) TFC's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which TFC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments TFC expressly reserves.

Dated: New York, NY
      September 13, 2010

                                          Respectfully Submitted,

                                          EPSTEIN BECKER & GREEN, P.C.
                                          Counsel For Textron Financial Corporation

                                          By:   /s/ *Steven E. Fox*
                                                    Steven E. Fox, Esq.
                                                    Wendy G. Marcari, Esq.
                                                    250 Park Avenue
                                                    New York, NY  10177-1211
                                                    Telephone: (212) 351-4500