**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**ISLAND ONE, INC., et al.,**   **CHAPTER 11**

   **CASE NO.: 6:10-bk-16177-KSJ**

   Debtors.   Jointly Administered with Case Nos.:
   6:10-bk-16179-KSJ; 6:10-bk-16180-KSJ;
   6:10-bk-16182-KSJ; 6:10-bk-16183-KSJ
_____/   and 6:10-bk-16189-KSJ


**RESPONSE BY OLD FLORIDA NATIONAL BANK
TO THE EMERGENCY MOTION OF THE DEBTOR-IN-POSSESSION
FOR AUTHORITY TO USE CASH COLLATERAL**

**AND**

**MOTION TO CONDITION DEBTOR'S CONTINUED USE OF CASH COLLATERAL
TO PROVIDE ADEQUATE PROTECTION TO OLD FLORIDA NATIONAL BANK**

**OLD FLORIDA NATIONAL BANK ("OFNB"),** by and through its undersigned counsel, pursuant to Section 363(e) of the United States Bankruptcy Code and Rules 4001 and 9014, F.R.B.P., files its response to the Emergency Motion of the Debtor-In-Possession for Authority to Use Cash Collateral (the "Motion," Doc. No. 6) and moves the Court to condition Debtor's continued use of cash collateral to provide adequate protection to OFNB, and states:

1. On or about October 21, 2008, **ISLAND ONE RESORTS MANAGEMENT CORPORATION** ("Debtor") executed a Promissory Note (the "Note") in favor of Orlando National Bank in the principal amount of $800,000.00. A true and authentic copy of the Note is attached hereto as **Exhibit A** and is incorporated by reference.

1

2. The Note is secured by a mortgage on real property owned by Debtor which is located in Orange County, Florida (the "Property").

3. As additional security for the Note, Debtor executed an Assignment of Leases and Rents (the "Assignment") pursuant to which Debtor granted Orlando National Bank a security interest in all rents, issues, profits, revenues, and any other income generated in connection with the Property. A true and authentic copy of the Assignment is attached hereto as **Exhibit B** and is incorporated by reference.

4. OFNB is the successor in interest to Orlando National Bank and, therefore, is the owner and holder of the Note and the Assignment.

5. The Motion does not address OFNB's interest in Debtor's cash collateral or propose any adequate protection to OFNB.

6. However, as set forth above, OFNB has a secured interest in the income generated from the Property which constitutes cash collateral pursuant to Section 363(a) of the Bankruptcy Code.

7. As such, the Court should condition Debtor's continued use of OFNB's cash collateral as necessary to provide adequate protection of OFNB's secured interest in same.

**WHEREFORE,** OFNB requests that this Court enter an Order conditioning Debtor's continued use of cash collateral and granting adequate protection to OFNB.

/s/ Jennifer L. Morando
Jennifer L. Morando
Florida Bar No. 0059363
**The Rosenthal Law Firm, P.A.**
4798 New Broad Street, Suite 310
Orlando, Florida 32814
Telephone: 407-488-1220
Facsimile: 407-488-1228
Attorneys for OFNB

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF on October 7, 2010, and that an electronic copy will be furnished to **Debtor's Attorney**, Elizabeth A. Green, Baker & Hostetler, LLP, Suntrust Center, 200 S. Orange Ave., Suite 2300, Orlando, FL 32801, and **Trustee,** Miriam G. Suarez, United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, and a copy by U.S. Mail will be furnished to **Debtors,** Island One, Inc., et. al., 8680 Commodity Circle, Orlando, Florida 32819, and the attached mailing matrix.

/s/ Jennifer L. Morando
Jennifer L. Morando