UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Chapter 11

ISLAND ONE, INC, *et al.*  Case No.: 6:10-bk-16177-KSJ

**Jointly Administered with Case Nos.:**
Debtors.  **6:10-bk-16179-KSJ; 6:10-bk-16180-KSJ**
**6:10-bk-16182-KSJ; 6:10-bk-16183-KSJ**
_____/  **and 6:10-bk-16189-KSJ**

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**APPLICATION TO EMPLOY BUSH ROSS, P.A. AS GENERAL COUNSEL**

The Official Committee of Unsecured Creditors (the "**Committee**") files this Application to Employ Bush Ross, P.A. as General Counsel (the "**Application**") and respectfully represents:

1. Island One, Inc., Crescent One, LLC, St. Croix One, LLC, Island One Resorts Management Corporation, Navigo Vacation Club, Inc., and IOI Funding I, LLC (collectively, the "**Debtors**") filed voluntary petitions for relief under Chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") on September 10, 2010.

2. The United States Trustee appointed the Committee on September 30, 2010.

3. By this Application, the Committee seeks authorization pursuant to Section 1103 of the Bankruptcy Code to retain and employ Bush Ross, P.A. ("**Bush Ross**") and Adam Lawton Alpert, Esquire, a shareholder of Bush Ross who is duly admitted to practice in this Court, as its general counsel.

4. The Committee has determined that, because of the nature and complexity of this case, the proper exercise of the Committee's powers and performance of the Committee's duties requires legal services and advice.

5. The Committee requests this Court to enter an Order authorizing the Committee to retain and employ Bush Ross *nunc pro tunc* to October 19, 2010, to provide legal services and render

legal advice to the Committee as described herein and in the affidavit of Adam Lawton Alpert, Esquire filed concurrently herewith (the "**Affidavit-in-Support**").

6. The Committee selected Bush Ross as general counsel based upon its considerable experience and expertise in insolvency and bankruptcy related matters. The Committee believes that the attorneys of Bush Ross are well qualified to represent it as general counsel in this case.

7. The professional services to be rendered by Bush Ross as general counsel include the following:

> a. To give the Committee legal advice with respect to its powers and duties;
>
> b. To consult with the Committee and the Debtor regarding the administration of the bankruptcy case;
>
> c. To investigate the acts, conduct, assets, liabilities, and financial condition of the Debtor, the operation of the Debtor's business, and any other matter relevant to the case or to the formulation of a plan;
>
> d. To participate in the formulation of any plan and advise the Committee members as to the Committee's determinations as to any plan formulated; and
>
> e. To perform such other legal services that are in the interest of the Committee and its members.

8. To the best of the Committee's knowledge, Bush Ross and Adam Lawton Alpert, Esquire, do not represent any other entity having an adverse interest in connection with this case, other than as set forth in the accompanying Affidavit-in-Support.

9. The employment of Bush Ross and Adam Lawton Alpert, Esquire, as general counsel would be in the best interest of the Committee and its members.

10. No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, the Committee respectfully requests that the Court enter an order authorizing the Committee to retain and employ Bush Ross effective *nunc pro tunc* to October 19, 2010, and for such other and further relief as may be just and proper under the circumstances.

Dated: October 20, 2010

          **OFFICIAL COMMITTEE OF UNSECURED**
          **CREDITORS OF ISLAND ONE, INC.,** *et al.*

          BY: ITS CHAIRPERSON

          PENINSULA RESORT MANAGEMENT, LLC

          */s/ Marsha G. Madorsky*
          Marsha G. Madorsky

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2010, I electronically filed a true and correct copy of the Official Committee of Unsecured Creditors' Application to Employ Bush Ross, P.A. as General Counsel with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

                                              /s/ Adam Lawton Alpert
                                                     ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

Assistant United States Trustee
Stewart Cohen, Esq.
Denise D. Dell-Powell, Esq.
Steven E. Fox, Esq.
Elizabeth A. Green, Esq.
Roger A. Kelly, Esq.
Kevin E. Mangum, Esq.
Kathleen S. McLeroy, Esq.
Jimmy D. Parrish, Esq.
Tiffany D. Payne, Esq.
Jason A. Rosenthal, Esq.
R. Scott Shuker, Esq.
Steven J. Solomon, Esq.
Frank P. Terzo, Esq.
Melinda S. Thornton, Esq.
United States Trustee
Edmund S. Whitson, Esq.

**Via first class United States Mail, postage prepaid, to:**

All parties listed on the attached L.B.R. 1007-2 Parties in Interest Lists

Label Matrix for local noticing
113A-6
Case 6:10-bk-16177-KSJ
Middle District of Florida
Orlando
Wed Oct 20 14:59:31 EDT 2010

AMERICAN EXPRESS,INC.
PO BOX 360001
FT LAUDERDALE, FL 03333-6001

(c)AUTOMATED MERCHANT SYSTEMS, INC.
C/O KEVIN E. MANGUM, ESQ.
101 SUNNYTOWN RD STE 300
CASSELBERRY FL 32707-3862

CIT TECHNOLOGY FIN SERV, INC.
21719 NETWORK PLACE
CHICAGO, IL 60673-0001

Campbell, Ken
8400 Darlene Drive
Orlando, FL 32836-5902

Comfeld, Robert
3850 Hollywood Blvd.
Suite 1400
Hollywood, FL 33021-6748

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

E-TECHSERVICES.COM, INC.
5220 SW 91ST TERRACE
GAINESVILLE, FL 32608-7124

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

Fey, Larry
Kolodziej Eisen and Fey
10061 West Lincoln Highway
Farnfort IL 60423-1272

Gibellina, Ronald
4513 Grove
Brookfield, IL 60513-2556

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Island One, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

Jaguar Credit
c/o Roger A. Kelly
PO Box 3146
Orlando, FL 32802-3146

John J Rapisardi
One World Financial Center
New York NY 10281-1003

KIRBY OIL CO., INC.
P O BOX 567
LAKE CITY, FL 32056-0567

Liberty Bank
c/o R. Jeffrey Smith
Bingham McCutchen, LLP
One State Street, Suite 1400
Hartford, CT 06103-3100

Liberty Bank, N.A.
c/o Kathleen S. McLeroy
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

MAGIC MEDIA
C/O BORDEN,JONES & MITCHELL,LC
P.O. BOX 544
CARROLLTON, GA 30112-0010

Miami-Dade County Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street,Suite 1403
Miami, FL 33130-1561

Miami-Dade County Tax Collector
c/o Melinda S. Thornton, Esq.
Stephen P. Clark Center
111 N. W. 1st Street, Suite 2810
Miami, FL 33128-1930

Old Florida National Bank
60 North Court Avenue
Orlando, FL 32801-2409

Old Florida National Bank
c/o Jason A. Rosenthal
4798 New Broad Street, Suite 310
Orlando, FL 32814-6436

PAETEC
PO BOX 1283
BUFFALO, NY 14240-1283

PENINSULA RESORT MANAGEMENT
LLC
2424 N. ATLANTIC AVE.
DAYTONA BEACH, FL 32118-3245

PMAT BELLAIR, LLC
C/O PROPERTY ONE, INC.
4141 VETERANS BLVD, STE 300
METAIRIE, LA 70002

Jimmy D Parrish
Baker & Hostetler LLP
200 S Orange Avenue
SunTrust Center - Suite 2300
Orlando, FL 32801-3410

Tiffany D Payne
Baker Hostetler
PO Box 112
Orlando, FL 32802-0112

RIVERPOINT SOLUTIONS GROUP,LLC
2200 E DEVON AVE, STE 385
DES PLAINS, IL 60018-4590

| | | |
|---|---|---|
| SURVEY SERVICES CO., LLC<br>27-28 KING CROSS ST<br>CHRISTIANSTED, VI 00820 | Sysco Central Florida Inc f/k/a Sysco Food S<br>c/o Stewart Cohen, Esq.<br>1510 E. Colonial Drive, Suite 305<br>Orlando, FL 32803-4734 | THE SCOTT PARTNERSHIP<br>ARCHITECTURE, INC.<br>429 S.KELLER RD.SUITE 200<br>ORLANDO, FL 32810-7187 |
| United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | VIRGIN ISLANDS DESIGN BUILD GROUP, LLC<br>5031 COTTON VALLEY 55 H&C<br>CHRISTIANSTED, ST.CROIX, VI 00820 | WESTERN RESERVE PARTNERS, LLC<br>200 PUBLIC SQUARE, STE 3750<br>CLEVELAND, OH 44114-2321 |
| Zachary H Smith<br>One World Financial Center<br>New York NY 10281-1003 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Automated Merchant Systems, Inc.
c/o Kevin E. Mangum, Esq.
5100 Hwy 17-92, Suite 300
Casselberry, FL 32707

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36

Label Matrix for local noticing
113A-6
Case 6:10-bk-16179-KSJ
Middle District of Florida
Orlando
Wed Oct 20 15:00:04 EDT 2010

Crescent One, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Textron Financial Corporation
c/o Steven E. Fox
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211

The New York Law Publishing
Company Daily Business Rev.
P.O. Box 862882
Orlando, FL 32886-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5

```
Label Matrix for local noticing        ANTILLES GAS CORPORATION              BELLOWS INTERNATIONAL
113A-6                                 PO BOX 5435                           PO BOX 302695
Case 6:10-bk-16180-KSJ                 SUNNY ISLE, ST. CROIX    00823-5435   ST. THOMAS, VI 00803-2695
Middle District of Florida
Orlando
Wed Oct 20 15:00:26 EDT 2010

(c)CARIBBEAN INDUSTRIAL PRODUCTS       FEDERAL EXPRESS                       FIRST NATIONAL BANK OF OMAHA
2187 COMPANY ST                        P.O. BOX 94515                        P.O. BOX 2818
CHRISTIANSTED VI  00820-4952           PALATINE, IL 60094-4515               OMAHA, NE 68103-2818


Elizabeth A Green                      HENNEMANN ICE PLANT COMPANY           MARIO'S VIRGIN CRYSTAL,LLC
Baker & Hostetler LLP                  PO BOX 1429                           P.O. BOX 25775
200 S Orange Ave                       254 RICHMOND                          CHRISTIANSTED, VI 00824-1775
Suntrust Center, Suite 2300            CHRISTIANSTED, VI 00821-1429
Orlando, FL 32801-3410

MERCHANTS MARKET- ST. CROIX            NEVCO MARKETING ENTERPRISES           NICHOLS NEWMAN LOGAN & GREY PC
4000 ESTATE DIAMONE                    PO BOX 6351                           1131 KING STREET,SUITE 204
ST CROIX, VI 00820-5215                CHRISTIANSTED, VI 00823-6351          CHRISTIANSTED, VI 00820-4974


PREMIER WINES & SPIRITS LTD.           QUALITY FOODS                         SURVEY SERVICES CO., LLC
132 SUNDIAL PARK                       96-97 CASTLE COAKLEY                  27-28 KING CROSS ST
PO BOX 922                             CHRISTIANSTED, VI 00820               CHRISTIANSTED, VI 00820
ST CROIX,, VI 00821-0922


St. Croix One, LLC                     THE SCOTT PARTNERSHIP                 TRAVELCLICK
5000 Estate Chenay Bay                 ARCHITECTURE, INC.                    2193 PAYSPHERE CIRCLE
Route 82, East End Quarter             429 S.KELLER RD.SUITE 200             CHICAGO, IL 60674-0001
Christiansted, VI 00820-4512           ORLANDO, FL 32810-7187


Textron Financial Corporation          United States Trustee - ORL           VIRGIN ISLANDS DESIGN BUILD GROUP, LLC
c/o Steven E. Fox                      135 W. Central Blvd., Suite 620       5031 COTTON VALLEY 55 H&C
Epstein Becker & Green, P.C.           Orlando, FL 32801-2440                CHRISTIANSTED, ST.CROIX, VI 00820
250 Park Avenue
New York, NY 10177-1211

WEST INDIES CORPORATION
PO BOX 250
ST. THOMAS, VI 00804-0250
```

                    Addresses marked (c) above for the following entity/entities were corrected
                         as required by the USPS Locatable Address Conversion System (LACS).


```
CARIBBEAN INDUSTRIAL PRODUCTS          End of Label Matrix
27 PRINCE STREET                       Mailable recipients    21
CHRISTIANSTED, VI 00820                Bypassed recipients     0
                                       Total                  21
```

```
Label Matrix for local noticing      AGR FABRICATORS, INC                 ALWAYS MOBILE GOLF CARS
113A-6                               4879 CLYDO RD. S.                    4998 E. HINSON AVENUE
Case 6:10-bk-16182-KSJ               JACKSONVILLE, FL 32207-1708          HAINES CITY, FL 33844-9153
Middle District of Florida
Orlando
Wed Oct 20 15:00:49 EDT 2010

CINTAS FIRST AID AND SAFETY          COMMERCIAL LAWN EQUIPMENT            DADE PAPER
LOCATION F48                         SALES & SERVICE INC                  P.O. BOX 593829
P.O. BOX 2409                        781 E CARROLL STREET                 ORLANDO, FL 32859-3829
BRANDON, FL 33509-2409               KISSIMMEE, FL 34744-1467


DAVID A. WILSON                      DEX                                  FLORIDA POWER CORP.
SERVICE FIRST UNIFORM SALES          PO BOX 660834                        DBA PROGRESS ENERGY FLORIDA
4518 CURRY FORD RD.                  DALLAS, TX 75266-0834                PO BOX 33199
ORLANDO, FLORIDA 32812-2711                                               ST PETERSBURG, FL 33733-8199


GALAXY AVIATION OF ORLANDO,INC       Elizabeth A Green                    Island One Resorts Management Corporation
9245 TRADEPORT DRIVE                 Baker & Hostetler LLP                8680 Commodity Circle
ORLANDO, FL 32827-5305               200 S Orange Ave                     Orlando, FL 32819-9000
                                     Suntrust Center, Suite 2300
                                     Orlando, FL 32801-3410


JEFF ELLIS & ASSOCIATES, INC.        PEOPLE MISTERS INT'L, LLC            RDS OF FLORIDA
508 GOLDENMOSS LOOP                  3603 NORTH PALAFOX STREET            DBA DATA SYSTEM INC.
OCOEE, FL 34761-4783                 PENSACOLA, FL 32505-5234             13170 92nd Street  Suite 303
                                                                          LARGO,, FL 33773-1319


ROBERT'S POOL SERVICE                S & S WORLDWIDE, INC.                SPIES POOL, INC.
19315 LAKE PICKETT ROAD              ACCOUNTS RECEIVABLE                  801 SAWDUST TRAIL
ORLANDO, FL 32820-1608               PO BOX 210                           KISSIMMEE, FL 34744-1417
                                     HARTFORD, CT 06141-0210


STAPLES ADVANTAGE                    SUN LOVERS OF AMERICA                THE ORLANDO SENTINEL
STAPLES CONTRACT & COMMERCIAL        P.O. BOX 593801                      P.O. BOX 100608
PO BOX 95708                         ORLANDO, FL 32859-3801               ATLANTA, GA 30384-0608
CHICAGO, IL 60694-5708


Textron Financial Corporation        United States Trustee - ORL          WILLIAMS SCOTSMAN,INC.
c/o Steven E. Fox                    135 W. Central Blvd., Suite 620      PO BOX 91975
Epstein Becker & Green, P.C.         Orlando, FL 32801-2440               CHICAGO, IL 60693-1975
250 Park Avenue
New York, NY 10177-1211


YELLOW BOOK USA                      End of Label Matrix
P.O. BOX 3162                        Mailable recipients    24
CEDAR RAPIDS, IA 52406-3162          Bypassed recipients     0
                                     Total                  24
```

```
Label Matrix for local noticing         Abbott Printing                    Elizabeth A Green
113A-6                                  110 Atlantic Drive                 Baker & Hostetler LLP
Case 6:10-bk-16183-KSJ                  Suite 110                          200 S Orange Ave
Middle District of Florida              Maitland, FL 32751-3300            Suntrust Center, Suite 2300
Orlando                                                                    Orlando, FL 32801-3410
Wed Oct 20 15:01:12 EDT 2010

INTERVAL INTERNATIONAL INC              Navigo Vacation Club, Inc.         Textron Financial Corporation
ATTN: ACCOUNTING DEPARTMENT             8680 Commodity Circle              c/o Steven E. Fox
6262 SUNSET DRIVE                       Orlando, FL 32819-9000             Epstein Becker & Green, P.C.
MIAMI, FL 33143-4843                                                       250 Park Avenue
                                                                           New York, NY 10177-1211


United States Trustee - ORL             End of Label Matrix
135 W. Central Blvd., Suite 620         Mailable recipients    6
Orlando, FL 32801-2440                  Bypassed recipients    0
                                        Total                  6
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-16189-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Oct 20 15:01:31 EDT 2010 | Elizabeth A Green<br>Baker & Hostetler LLP<br>200 S Orange Ave<br>Suntrust Center, Suite 2300<br>Orlando, FL 32801-3410 | IOI Funding I, LLC<br>8680 Commodity Circle<br>Orlando, FL 32819-9000 |
| Textron Financial Corp.<br>c/o Steven E. Fox<br>EpsteinBeckerGreen<br>250 Park Avenue<br>New York, NY 10177-1211 | Textron Financial Corporation<br>c/o Steven E. Fox<br>Epstein Becker & Green, P.C.<br>250 Park Avenue<br>New York, NY 10177-1211 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5