# BALLOT COVER SHEET

PLEASE NOTE:  BALLOTS ARE ATTACHED AND APPEAR IN THE
ORDER IN WHICH THEY WERE FILED WITH THE COURT.

**Debtor:  ISLAND ONE, INC.,** *et al.*        **Case Number: 6:10-bk-18177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** __*I*__ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *1.29.+ (?)*

**(Check one box)    ( ✓ ) ACCEPTS    ( ) REJECTS**    the Plan of Reorganization of the debtor.

Dated: *11/20/10*

Name of Creditor: *PETER CREIGHTON*

Creditor's Signature: *Peter C Ut*

By:_____
                (If Appropriate)

As:_____
                (If Appropriate)

Address: *121 BEACON LN*

*COLUMBIA, SC  29229*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

**********************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*****************************************
*
* Ballot No. _____ Creditor Class_____
*
* Claim No._____ Claim $_____
*
* Claim Amount per Schedule $_____
*
*****************************************

F I L E D

NOV 2 4 2010

CLERK, U.S. BANKRUPTCY
ORLAND ~~~ ~~SION~~

**Debtor: ISLAND ONE, INC., et al.** **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$400.00 ,

**(Check one box)** (✓) **ACCEPTS** ( ) **REJECTS** the Plan of Reorganization of the debtor.

Dated: 11-22-10

Name of Creditor: Best Pest Control Co., Inc.

Creditor's Signature: _Michael Renford_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: 1914 N. Forsyth Road Orlando, FL. 32807
P.O. Box 677546 Orlando FL. 32867

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

# FILED

## NOV 2 4 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIV SIGN

**Debtor: ISLAND ONE, INC.,** *et al.* **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS 13 CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 2,130.00 ,

    **(Check one box) (X) ACCEPTS ( ) REJECTS** the Plan of Reorganization of the debtor.

Dated: 11/19/10

    Name of Creditor: Bowling Forest Products, Inc

    Creditor's Signature: Michael P Mueller

    By: Michael P Mueller
               (If Appropriate)

    As: President
               (If Appropriate)

    Address: 1705 EE Williamson Rd
                  Longwood, FL 32779

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

******************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
\*                                   \*
\* Ballot No. _____ Creditor Class_____  \*
\*                                   \*
\* Claim No._____ Claim $_____      \*
\*                                   \*
\* Claim Amount per Schedule $_____   \*
\*                                   \*
*************************************************

**Debtor: ISLAND ONE, INC.,** *et al.*

**Case Number:** 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS __A__ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 3500.00 .

**(Check one box)** (✓) **ACCEPTS** ( ) **REJECTS** the Plan of Reorganization of the debtor.

Dated: __11/20/10__

Name of Creditor: __GORDON SCHAAF__

Creditor's Signature: _____

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _____

**Gordon Schaaf**
23 Romar Dr.
Annapolis, MD 21403-1319

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

*****************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
**************************************************
* *
* Ballot No. _____ Creditor Class _____ *
* *
* Claim No. _____ Claim $ _____ *
* *
* Claim Amount per Schedule $ _____ *
* *
**************************************************

**F I L E D**

NOV 2 4 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor: **ISLAND ONE, INC.,** *et al.*                **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** 13 **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 2443.44 .

        **(Check one box)** ☒ **ACCEPTS**        ( ) **REJECTS**        the Plan of Reorganization of the debtor.

Dated: 11-22-10

                Name of Creditor: Michael Alderman

                Creditor's Signature: Mike Alderman

                By: _____
                            (If Appropriate)

                As: _____
                            (If Appropriate)

                Address: 428 Ferguson Dr
                            Orlando, FL 32805

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
•••••••••••••••••••••••••••••••••••••••••••

* Ballot No. _____ Creditor Class_____
*
* Claim No._____ Claim $_____
*
* Claim Amount per Schedule $_____
•••••••••••••••••••••••••••••••••••••••••••

**Debtor: ISLAND ONE, INC., _et al._**

F I L E D

NOV 2 4 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** _12_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _500._

(Check one box)  _✓_ ) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: _11/21/10_

Name of Creditor: _Dolores Davis Paylor_

Creditor's Signature: _Dolores Davis Paylor_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _2 Vestrial Ln._
_Durham, NC 27703_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

# FILED

NOV 2 4 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al* **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____,

     **(Check one box)**  ( ✓ ) **ACCEPTS**  ( ) **REJECTS**  the Plan of Reorganization of the debtor.

Dated:  *11-20-10*

    Name of Creditor:  *Patty Melton*

    Creditor's Signature:  *Patty Melton*

    By: _____
              (If Appropriate)               *Phone #*

    As: _____         *931-864-6736*
              (If Appropriate)

    Address:  *140 Taylors Rd*
               *Byrdstown, Tn. 38549*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\* Ballot No. _____ Creditor Class _____
\*
\* Claim No. _____ Claim $ _____
\*
\* Claim Amount per Schedule $ _____
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC., *et al.***

FILED

NOV 2 6 2010 Case Number: 6:10-bk-16177-KSJ

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _26_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _400=_

(Check one box)  ☑ **ACCEPTS**  ( ) **REJECTS**  the Plan of Reorganization of the debtor.

Dated: _11-23-10_

Name of Creditor: _Chicken Charlie's Road House_

Creditor's Signature: _____

By: _Jack M. Hamilton_
(If Appropriate)

As: _Pres._ _J. Chaik_
(If Appropriate)

Address: _18762 E. Brandywine Rd_ _500 Est. Cockley Bay #C-6_
_Gables, Mich. 4985_ _C'sted, V.I. 00820_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
************************************************
* 
* Ballot No. _____ Creditor Class _____
*
* Claim No. _____ Claim $ _____
*
* Claim Amount per Schedule $ _____
*
************************************************

# FILED

## NOV 2 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al*.   **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _250.00_ ,

**(Check one box)    (✓) ACCEPTS    ( ) REJECTS**    the Plan of Reorganization of the debtor.

Dated: _11/22/2010_

Name of Creditor: _Sylvia Gay Freeman_

Creditor's Signature: _Sylvia Freeman_

By: _____
                (If Appropriate)

As: _____
                (If Appropriate)

Address: _94 Morton Rd_
_South Chatham MA 02659_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____    Creditor Class _____
* Claim No. _____    Claim $ _____
* Claim Amount per Schedule $ _____

F I L E D

NOV 2 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

The undersigned, a CLASS <u>2 6</u> CREDITOR of the above-named debtor in the unpaid principal amount of

$ <u>400.00</u> ,

(Check one box) [X] ACCEPTS ( ) REJECTS the Plan of Reorganization of the debtor.

Dated: <u>11-23-10</u>

Name of Creditor: <u>Jack Hamilton</u>

Creditor's Signature: _____

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: <u>18762 E. Brandywine Dr</u>
<u>Gobles, Mich. 49055</u>

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**Debtor: ISLAND ONE, INC., *et al.*** F I L E D  Case Number: 6:10-bk-16177-KSJ

NOV 2 6 2010

CLERK, U.S. BANKRUPTCY
 ..SION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 1,038 .

(Check one box)   (X) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: Nov 18, 2010

Name of Creditor: Nina & Ferrante

Creditor's Signature: Dr. Nina S. Ferrante

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: 363 Lakeove Dr. W

Columbus, MS 39702

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*                                                        \*
\* Ballot No. _____ Creditor Class _____              \*
\*                                                        \*
\* Claim No. _____ Claim $ _____                      \*
\*                                                        \*
\* Claim Amount per Schedule $ _____                    \*
\*                                                        \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC., *et al*** ~~FILED~~ **Case Number: 6:10-bk-16177-KSJ**

NOV 2 6 2010

U.S. BANKRUPTCY

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS __13__ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ __1047.45__ ,

   **(Check one box)**   ( ) **ACCEPTS**    ( ) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: __11-23-10__

Name of Creditor: __DATIS Payroll Processing, Inc.__

Creditor's Signature: _____

By: __Tammy Dorado__
   (If Appropriate)

As: _____
   (If Appropriate)

Address: __1111 N. Westshore Blvd., Suite 416__

   __Tampa FL 33607-4715__

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

*******************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
* Ballot No. _____ Creditor Class _____ *
* Claim No. _____ Claim $ _____ *
* Claim Amount per Schedule $ _____ *
*************************************************

**Debtor: ISLAND ONE, INC.,** *et al.* F I L E D Case Number: 6:10-bk-16177-KSJ

NOV 2 6 2010

U.S. BANKRUPTCY

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

(Check one box) (X) **ACCEPTS** ( ) **REJECTS** the Plan of Reorganization of the debtor.

Dated: *Nov. 22, 2010*

Name of Creditor: *Robert L. Hall*

Creditor's Signature: *Robert L. Hall*

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: *1207 Hemingway Lane*
*St. Charles, Mo. 63304*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

**********************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
* *
* Ballot No. _____ Creditor Class _____ *
* *
* Claim No._____ Claim $_____ *
* *
* Claim Amount per Schedule $_____ *
* *
*************************************************

**Debtor: ISLAND ONE, INC.,** *et al.* **F I L E D** **Case Number: 6:10-bk-16177-KSJ**

NOV 2 6 2010

CLERK, U.S. BANKRUPTCY.
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.     *Liki Tiki and The Cove*

*Time Share Condo Owner*

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _*0.0*_ ,

      **(Check one box)**   ( ) **ACCEPTS**  (✓) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _*11-24-10*_

        Name of Creditor: _*Henry M. Veal*_

        Creditor's Signature: _____

        By:_____
                (If Appropriate)

        As:_____
                (If Appropriate)

        Address: _*2233 Longleaf Cir*_

              _*Lakeland, FL 33810*_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <ins>WEDNESDAY, DECEMBER 8, 2010</ins><<

**********************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
**************************************************
*                                *
* Ballot No. _____ Creditor Class_____ *
*                                *
* Claim No._____ Claim $_____ *
*                                *
* Claim Amount per Schedule $_____ *
*                                *
**************************************************

**Debtor: ISLAND ONE, INC.,** *et al.*     Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** 13 **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 471.00 .

(Check one box)   (X) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: 11/24/10

Name of Creditor: Stephanie Mann

Creditor's Signature: Stephanie Mann

By:_____
          (If Appropriate)

As:_____
          (If Appropriate)

Address: 136 Ramos Pointe Dr

Chatham Il 62629

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

# FILED

## NOV 2 9 2010

### CLERK, U.S. BANKRUPTCY
### ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** ___3/___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _13410.81_ ,

          **(Check one box)**  ( ✓ ) **ACCEPTS**  ( ) **REJECTS**  the Plan of Reorganization of the debtor.

Dated: ___11/24/10___

          Name of Creditor: __Marjorie Rawls Roberts. P.C__

          Creditor's Signature: __Morgan Do Rohret__

          By:_____
                              (If Appropriate)

          As:_____
                              (If Appropriate)

          Address:_____PO BOX 6347_____
                    _____St. Thomas VI 00804_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
****************************************************
*                                                  *
* Ballot No. _____ Creditor Class_____     *
*                                                  *
* Claim No._____ Claim $_____             *
*                                                  *
* Claim Amount per Schedule $_____           *
*                                                  *
****************************************************

# FILED

NOV 29 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**     **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS 22 CREDITOR** of the above-named debtor in the unpaid principal amount of $ 249.00 Club Navigo .

**(Check one box)     (✓ ACCEPTS     ( ) REJECTS     the Plan of Reorganization of the debtor.**

Dated: 11/17/10

Name of Creditor: Robin G Knouse

Creditor's Signature: Robin G Knouse

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: 6218 Epaulet CF
Moseley VA 23120

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____



**RECEIVED**

**NOV 2 9 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO, FL

**Debtor: ISLAND ONE, INC.,** *et al.*     **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of $ 139 —_____.

     (Check one box)   (x) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: 11-22-10

     Name of Creditor: DAVid G. WhiTed   (Sharon)

     Creditor's Signature: Jauthwhite   Sharon a. Whited

     By: _____
             (If Appropriate)

     As: _____
             (If Appropriate)

     Address: 3212 woodhams

          PoRTAge mi 49002

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*****************************************
*                                       *
* Ballot No. _____ Creditor Class_____  *
*                                       *
* Claim No._____ Claim $_____   *
*                                       *
* Claim Amount per Schedule $_____  *
*                                       *
*****************************************

# FILED

## NOV 29 2010

### CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.***          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *525 68* .

          **(Check one box)**    ( ) ACCEPTS    (X) REJECTS    the Plan of Reorganization of the debtor.

Dated: *11-22-10*

          Name of Creditor: *CHARLOTTE PETERS*

          Creditor's Signature: *Charlotte Peters*

          By: _____
                    (If Appropriate)

          As: _____
                    (If Appropriate)

          Address: *15 Downing H*
                    *Hamilton Sq NJ 08650*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

F I L E D

NOV 2 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of
$ _____,   *We own Unit 8/4F Week 11 of dale of Bali II*
*and paid in full $10,500.00 on 01-09-2006.*

(Check one box)   ☒ ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: *11 - 25 - 10*

Name of Creditor: *Terry L Smith   Anita M Smith*

Creditor's Signature: *Terry L Smith   Anita M Smith*

By: _____
              (If Appropriate)

As: _____
              (If Appropriate)

Address: *24517 Hwy T*
              *Milan Mo 63556*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
*
* Ballot No. _____ Creditor Class _____
*
* Claim No. _____ Claim $ _____
*
* Claim Amount per Schedule $ _____
*
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Debtor: ISLAND ONE, INC.,** *et al.*    Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _22_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _199.00_

   **(Check one box)    ( ✓ ) ACCEPTS    ( ) REJECTS**    the Plan of Reorganization of the debtor.

Dated: _11/24/10_

   Name of Creditor: _MARILYN L. YOUNG    RUTH L. JAMISON_

   Creditor's Signature: _Marilyn L Young    Ruth L Jamison_

   By: _____
      (If Appropriate)

   As: _____
      (If Appropriate)

   Address: _760 LANNERTON RD_
      _BALTIMORE, MD 21220_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____



# FILED

## NOV 2 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** $\underline{13}$ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ $\underline{5036.99}$,

          **(Check one box)   ( ✓ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.**

Dated: $\underline{11 \cdot 22 \cdot 10}$

          Name of Creditor: $\underline{Cheney\ Brothers\ Inc}$

          Creditor's Signature: $\underline{Karen\ Morgenhagen}$

          By: _____
                              (If Appropriate)

          As: _____
                              (If Appropriate)

          Address: $\underline{2801\ W.\ Silver\ Springs\ Blvd.}$
                    $\underline{Ocala,\ Fl\ 34475-5655}$

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

*******************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
***************************************************

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

***************************************************

# FILED

## NOV 29 2010

CLERK, U.S. BANKRUPTCY
ORLANDO, DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*      **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _24_ CREDITOR** of the above-named debtor in the unpaid principal amount of
$ _325.00_ ,

(Check one box)    ( ✓ **ACCEPTS**    ( ) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: _11/24/2010_

Name of Creditor: _Robert S. TAYLOR_

Creditor's Signature: _Robert S. Taylor_

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: _5015 White Ibis Dr._
_North Port, FL 34287_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

**************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
**************************************************
* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____
**************************************************

**Debtor: ISLAND ONE, INC.,** *et al.*

F I L E D

NOV 3 0 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *963.18* ,

**(Check one box)**    (✓) **ACCEPTS**    ( ) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: *11/28/10*

Name of Creditor: *PAUL 6-DE VRIES*

Creditor's Signature: *Paul V. de Vries*

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: *2532 VALARIE DR*
*Zeeland MI 49464*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

**FILED**

**NOV 30 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*    **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _1_ CREDITOR** of the above-named debtor in the unpaid principal amount of $ _20,153. or whatever amount is appropriate?_

**(Check one box)**   ( ) **ACCEPTS**   ( ) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor: _EARL SARI_

Creditor's Signature: _Earl Sari_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _727 E. Street, Apt # 702_
_San Diego, California, (92101)_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

**********************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

*************************************************

**Debtor: ISLAND ONE, INC.,** *et al.*                    **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __13__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ __17,093.80.__  (TOP TWENTY Largest creditors)

(Check one box)    ( ) ACCEPTS    (X) REJECTS    the Plan of Reorganization of the debtor.

Dated: __29 NOV. 10__

Name of Creditor: __THE SLOT PARTNERSHIP ARCHITECTURE, INC__

Creditor's Signature: __[signature]__

By: __RAYMOND L. SLOT__
   (If Appropriate)

As: _____
   (If Appropriate)

Address: __429 S. KELLER RD #200__

__ORLANDO, FL 32810__

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor:  ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**


### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS __1__ CREDITOR** of the above-named debtor in the unpaid principal amount of
$ _268,00_ _(⁵⁶ initial + $100. deposit)_

      **(Check one box)    ( ✓ ) ACCEPTS    ( ) REJECTS**    the Plan of Reorganization of the debtor.

Dated: _11/28/10_

          Name of Creditor: _MARY S. WILSON_

          Creditor's Signature: _Mary S. Wilson_

          By: _____
                        (If Appropriate)

          As: _____
                        (If Appropriate)

          Address: _522 E. Virginia Avenue_
                       _CREWE   VA  23930_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

**********************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
**********************************************
* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____
**********************************************

**Debtor: ISLAND ONE, INC., *et al.***          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _unknown_

**(Check one box)**     ( ) ACCEPTS     (X) **REJECTS**     the Plan of Reorganization of the debtor.

Dated: _11/25/10_

Name of Creditor: _Jarvis Martin_

Creditor's Signature: _Jarvis Martin_

By: _____
          (If Appropriate)

As: _____
          (If Appropriate)

Address: _3608 Mossdale Ave_
_Durham, NC 27707_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., et al.**    **Case Number:** 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _18,320.00_

(Check one box)    ( ) ACCEPTS    ( X REJECTS    the Plan of Reorganization of the debtor.

Dated: _11/30/2010_

Name of Creditor: _Thomas Greenlee_

Creditor's Signature: _____

By: _____
                    (If Appropriate)

As: _____
                    (If Appropriate)

Address: _158 Salem Ridge Dr_
_McDonough, GA 30253_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

**Mail Ballots to:**

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

—For Ballot Tabulation Only—

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.*        **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

(Check one box)    ( ) ACCEPTS    (✓) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: __11-29-10__

Name of Creditor: __Maurice Himes__

Creditor's Signature: __maurice Himes__

By:_____
             (If Appropriate)

As:_____
             (If Appropriate)

Address:_____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

*************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
*
* Ballot No. _____ Creditor Class_____
*
* Claim No._____ Claim $_____
*
* Claim Amount per Schedule $_____
*
*************************************************

# FILED

## DEC 0 2 2010

**Debtor: ISLAND ONE, INC., et al.**          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __A__ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ __168.00__,

**(Check one box)** ( ) **ACCEPTS** (X) **REJECTS** the Plan of Reorganization of the debtor.

Dated: __11/29/10__

Name of Creditor: __Alberto Gonzalez__

Creditor's Signature: __Alberto Gonzalez__

By: _____
                    (If Appropriate)

As: _____
                    (If Appropriate)

Address: __10 West 219th Place Carson CA 90745__

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**Debtor:   ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _500_____,

        **(Check one box)   ( ) ACCEPTS   (✓) REJECTS**   the Plan of Reorganization of the debtor.

Dated: _____

                Name of Creditor: _Island One_

                Creditor's Signature: _Patrick Sular_

                By: _____
                                (If Appropriate)

                As: _____
                                (If Appropriate)

                Address: _3908   Poinciana   Blvd_
                          _Jax   Beach   FL   32250_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
### ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., *et al.***

**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS __22__ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ __350.00__ ,

(**Check one box**)  (✓) **ACCEPTS**  ( ) **REJECTS**  the Plan of Reorganization of the debtor.

Dated: __26 Nov. 2010__

Name of Creditor: __JANE HAMMAN__

Creditor's Signature: __Jane Hamman__

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: __P. O. Box 164__
__Clancy, MT 59634-0164__

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No._____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

FILED

DEC 0 2 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*   **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** ___>2___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _345,000_ .

     **(Check one box)**  ( ) **ACCEPTS**  ☒ **REJECTS**  the Plan of Reorganization of the debtor.

Dated: _11/30/2010_

       Name of Creditor:___ MAPLE LEAF LLC ___

       Creditor's Signature:_____

       By:_____
               (If Appropriate)

       As:___ CFO ___
               (If Appropriate)

       Address:_4604 Colony Rd #150_

            _Charlotte NC 28211_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

**************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*                                   \*
\* Ballot No. _____ Creditor Class_____ \*
\*                                   \*
\* Claim No._____ Claim $_____ \*
\*                                   \*
\* Claim Amount per Schedule $_____ \*
\*                                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _G_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _4140_ ,

        **(Check one box)**  ( ) ACCEPTS  (X) REJECTS  the Plan of Reorganization of the debtor.

Dated: _11-27-10_

      Name of Creditor: _Francois Eloi_

      Creditor's Signature: _____

      By: _____
               (If Appropriate)

      As: _____
               (If Appropriate)

      Address: _1422 Kew Gardens Ave_
              _North Port, FL 34286_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
* Ballot No. _____ Creditor Class _____
*
* Claim No. _____ Claim $ _____
*
* Claim Amount per Schedule $ _____
*
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Debtor: ISLAND ONE, INC., *et al.***   **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __12__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ __640.71__,

(Check one box)   (✓) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: __NOV 24/2010__

Name of Creditor: __CLIFF H. JEFFREY__

Creditor's Signature: _____

By: _____
               (If Appropriate)

As: _____
               (If Appropriate)

Address: __153 Cty Rd 27 KR #3__
__Consecon Ont Canada KOK 1T0__

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

FILED

DEC 0 2 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.***      **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of
$ _250.00_

   **(Check one box)   ( ) ACCEPTS   ( ✓ REJECTS   the Plan of Reorganization of the debtor.**

Dated: _11/30/2010_

            Name of Creditor: _Latisha Tah_

            Creditor's Signature: _Latisha Jah_

            By: _____
                        (If Appropriate)

            As: _____
                        (If Appropriate)

            Address: _3715 Appling Way_
                        _Durham, NC 27783_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
### ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____



**Debtor: ISLAND ONE, INC., *et al***          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____,

　　　　**(Check one box)**　　( ) **ACCEPTS**　　( ) **REJECTS**　　the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor: _Dale　A.　Collins_

Creditor's Signature: _Dale a. Collins_

By: _____
　　　　　　　　　　　(If Appropriate)

As: _____
　　　　　　　　　　　(If Appropriate)

Address: _N49W25136 Seven Stones Dr_

　　　　　_Pewaukee, wi 53072_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

\* Ballot No. _____ Creditor Class _____

\* Claim No. _____ Claim $ _____

\* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.*

F I L E D

DEC 0 3 2010

CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

      **(Check one box)**   ( ) **ACCEPTS**   (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: 10-29-10

Name of Creditor: DONNA J. Wiles

Creditor's Signature: Donna J. Wiles

By:_____
          (If Appropriate)

As:_____
          (If Appropriate)

Address: 135 EMS C29 LANE

WARSAW IN 46582

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., *et al.***    ~~FILED DEC 03 2010 CLERK U.S. BANKRUPTCY ORLANDO DIVISION~~ Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a CLASS ___1___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 1,000.⁰⁰ (+ -)

**(Check one box)  (X) ACCEPTS  ( ) REJECTS**   the Plan of Reorganization of the debtor.

Dated: Nov. 29, 2010

Name of Creditor: _Michael A. LeCompte_

Creditor's Signature: _Michael A. LeCompte_

By:_____
       (If Appropriate)

As:_____
       (If Appropriate)

Address:_____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
*
* Ballot No. _____  Creditor Class_____
*
* Claim No._____  Claim $_____
*
* Claim Amount per Schedule $_____
*
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Debtor: ISLAND ONE, INC., _et al._** 

FILED

DEC 03 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

_To have your vote count, you must complete and return this ballot._

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 6,700 .

      **(Check one box)**   ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: Nov. 30, 2010

      Name of Creditor: GARY B. NEWTON

      Creditor's Signature: Gary B. Newton

      By: _____
               **(If Appropriate)**

      As: _____
               **(If Appropriate)**

      Address: 116 Pauline Drive

                   Elgin, IL 60123

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\* Ballot No. _____ Creditor Class_____
\*
\* Claim No._____ Claim $_____
\*
\* Claim Amount per Schedule $_____
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC.,** *et al.*



Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _199.00_ .

**(Check one box)** ( ) **ACCEPTS** (✓ **REJECTS** the Plan of Reorganization of the debtor.

Dated: _11/29/10_

Name of Creditor: _Katherine M Smith_

Creditor's Signature: _Katherine M Smith_

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: _5659 Wellington_
_Cleveland, OH 44124-3017_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No._____ Claim $ _____

* Claim Amount per Schedule $_____

**Debtor: ISLAND ONE, INC.,** *et al.*

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of $ _10,000_ 

(Check one box) ( ) ACCEPTS ( ✓ REJECTS the Plan of Reorganization of the debtor.

Dated: _11/27/10_

Name of Creditor: _Janis D. Troell_

Creditor's Signature: _Janis D. Troell_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _428 Winton Rd N_
_Rochester NY 14610_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

—For Ballot Tabulation Only—

Ballot No. _____ Creditor Class _____
Claim No. _____ Claim $ _____
Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.*

FILED
DEC 03 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS **UNSECURED** CREDITOR of the above-named debtor in the unpaid principal amount of

$ 1335 <u>81</u> .

**(Check one box)** ( ) ACCEPTS (✓) REJECTS    the Plan of Reorganization of the debtor.

Dated: NOV 30 2010

Name of Creditor: MARGARET BLAKESLEE

Creditor's Signature: *Margaret Blakeslee*

By:_____
        (If Appropriate)

As:_____
        (If Appropriate)

Address: 33235 N. DEER CREEK LANE

PEPPER PIKE OHIO 44124

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FILED**

**DEC 03 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.*** Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS ___1___ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _6600.85_ _as of_ _9-15-2010_

(Check one box) ( ) ACCEPTS (X) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _NOV 28, 2010_

Name of Creditor: _PAUL & LINDA LEIDECKER_

Creditor's Signature _Paul Leidecker_ _Linda D. Leidecker_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _12200 W. TANFORAN AVENUE_
_MORRISON, CO 80465_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\* Ballot No. _____ Creditor Class_____
\*
\* Claim No._____ Claim $_____
\*
\* Claim Amount per Schedule $_____
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC., _et al._**

F I L E D

DEC 03 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _UNSECURED_ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _8,278.00_ .

   (Check one box)   ( ) ACCEPTS   (✓) REJECTS   the Plan of Reorganization of the debtor.

Dated: _Nov 30, 2010_

Name of Creditor: _ROBERT GRIFFIN_

Creditor's Signature: _Robert Griffin_

By:_____
        (If Appropriate)

As:_____
        (If Appropriate)

Address: _202 7th Ave._
_ATCO, NJ 08004_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

Debtor: **ISLAND ONE, INC.,** *et al.*          Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *99.00* ,

    **(Check one box)**   ( ) **ACCEPTS**   (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: *11/29/2010*

         Name of Creditor: *Cynthia Reed*

         Creditor's Signature: *Cynthia Reed*

         By:_____
                     (If Appropriate)

         As:_____
                     (If Appropriate)

         Address: *14513 55th pl west*

                *Edmonds, WA 98026*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

*****************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
********************************************
\*
\* Ballot No. _____ Creditor Class_____
\*
\* Claim No._____ Claim $_____
\*
\* Claim Amount per Schedule $_____
\*
********************************************

# FILED

## DEC 03 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.* **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _Unsecured_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _430⁵³_ .

     **(Check one box)**    ( ) **ACCEPTS**    (X) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: _11/30/10_

       Name of Creditor: _James McLellan_

       Creditor's Signature: _James M Lill_

       By: _____
                   (If Appropriate)

       As: _____
                   (If Appropriate)

       Address: _123 South Castlegreen Crcle_
                _The Woodlands, TX 77381_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

****************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
*                                      *
* Ballot No. _____ Creditor Class _____ *
*                                        *
* Claim No._____ Claim $_____ *
*                                        *
* Claim Amount per Schedule $_____ *
*                                        *
*************************************************

**FILED**

**DEC 0 3 2010**

CLERK, U~~S BANKRUPTCY~~
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*     ~~Case Number~~: **6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _4,000.00_ → UNSECURED CLAIMS
                  CLASS 12

(Check one box)  (X) **ACCEPTS**   ( ) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor: _MICHAEL YAVROM_

Creditor's Signature: _Michael Ofaunca_

By: _____
           (If Appropriate)

As: _____
           (If Appropriate)

Address: _18530 RANCHO LASIMAS_

_SARATOGA, CA, 95070 - 6231_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Ballot No. _____ Creditor Class _____
\* Claim No._____ Claim $ _____
\* Claim Amount per Schedule $ _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC., *et al.***        **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 259.00

(Check one box)    ( ) ACCEPTS    (✓) REJECTS    the Plan of Reorganization of the debtor.

Dated: Nov 30, 2010

Name of Creditor: Jacqueline Gonzalez

Creditor's Signature: _____

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: 6 Barkley Place
Palm Coast FL 32137

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

*******************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
```
*****************************************************
*                                                   *
* Ballot No. _____ Creditor Class _____   *
*                                                   *
* Claim No. _____ Claim $ _____           *
*                                                   *
* Claim Amount per Schedule $ _____            *
*                                                   *
*****************************************************
```

F I L E D

DEC 0 3 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** 12 **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 120,153.42,

    **(Check one box)** ( ) **ACCEPTS** (X) **REJECTS** the Plan of Reorganization of the debtor.

Dated: 11/29/10

    Name of Creditor: Larry Fey

    Creditor's Signature: _____

    By: _____
             (If Appropriate)

    As: _____
             (If Appropriate)

    Address: 10061 W Lincoln Highway

             Frankfort, IL 60423

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Ballot No. _____ Creditor Class_____  \*
\* Claim No._____ Claim $_____  \*
\* Claim Amount per Schedule $_____  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

attached "12/1/10 - date rec'd

**Debtor:  ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _Unknown_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _10,000.00_

          **(Check one box)**   ( ) ACCEPTS   (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _Nov. 30, 2010_

          Name of Creditor: _BETTY H. ADAMS_

          Creditor's Signature: _Betty H. adams_

          By: _____
                              (If Appropriate)

          As: _____
                              (If Appropriate)

          Address: _160 Horseshoe Lane_
                        _Westfield, NC 27053_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.*     **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _3,500_ ,

   **(Check one box)** ( ) **ACCEPTS** (X) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _11/29/10_

Name of Creditor: _Darlene Reed + Day L Thal_

Creditor's Signature: _Darlene R. Reed + Day L Thal_

By: _____
            (If Appropriate)

As: _____
            (If Appropriate)

Address: _____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**F I L E D**

**DEC 0 3 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC., *et al.***          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS   A   CREDITOR** of the above-named debtor in the unpaid principal amount of

$   35000   ,

(Check one box)    ( ) ACCEPTS    (X) REJECTS    the Plan of Reorganization of the debtor.

Dated:   30 Nov 2010

Name of Creditor:   Gordon Schaaf

Creditor's Signature:   _Surd Schaaf_

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address:_____

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**F I L E D**

DEC 0 3 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _unsecured_ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _199.00_ ,

(Check one box)     ( ) ACCEPTS     (X) REJECTS     the Plan of Reorganization of the debtor.

Dated: _Nov. 30, 2010_

Name of Creditor: _Robert J. Kestell_

Creditor's Signature: _____

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
•••••••••••••••••••••••••••••••••••••••••••••••
* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____
•••••••••••••••••••••••••••••••••••••••••••••••

**FILED**

**DEC 0 3 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor:  **ISLAND ONE, INC., *et al.***          Case Number: **6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____,

       **(Check one box)**    ( ) **ACCEPTS**    (✓) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: *Nov. 29, 2010*

Name of Creditor: *MARIA SOBCZAK*

Creditor's Signature: *Maria Sobczak*

By: _____
                        (If Appropriate)

As: _____
                        (If Appropriate)

Address: *609 Charleston Dr.*
                 *Victoria, Texas 77904*

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

F I L E D

DEC 0 3 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*           **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____ _____.

**(Check one box)**   ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: **11 - 30 - 2010**

Name of Creditor: _CHARLIE HARRIS_

Creditor's Signature: _____

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _P.O Box # 551625_

_OPA-LOCKA, FL 33055 - 0625_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

********************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
**************************************************
*                                                *
* Ballot No. _____ Creditor Class_____  *
*                                                *
* Claim No._____ Claim $_____ _____  *
*                                                *
* Claim Amount per Schedule $_____ _____  *
*                                                *
**************************************************

**FILED**

**DEC 0 3 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor:  **ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ ? **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 249.00 ,

          **(Check one box)   (  ) ACCEPTS   ( ✓ REJECTS**   the Plan of Reorganization of the debtor.

Dated:  *11-30-10*

          Name of Creditor: Marge Gruel + Robert Gruel
          Creditor's Signature: Marge Gruel + Robert Gruel

          By: _____
                    (If Appropriate)

          As: _____
                    (If Appropriate)

          Address: 9346 Marengo Road
                      Garden Prairie, IL. 61038

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor:  ISLAND ONE, INC.,** *et al.*    FILED    **Case Number: 6:10-bk-16177-KSJ**

NOV 2 6 2010

CLERK, U.S. BANKRUPTCY.

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____.

   **(Check one box)**   (x) **ACCEPTS**   ( ) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: *11-22-10*

            Name of Creditor: *Cora Green*

            Creditor's Signature: *Cora Green*

            By: _____
                          (If Appropriate)

            As: _____
                          (If Appropriate)

            Address: _____

            _____

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

# FILED

**Debtor: ISLAND ONE, INC.,** *et al.* CLERK, U.S. BANKRUPTCY **Number: 6:10-bk-16177-KSJ**
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____ ,

**(Check one box)** ( ✓ **ACCEPTS** ( ) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _11/20/10_

Name of Creditor: _Elizabeth Graham_

Creditor's Signature: _Elizabeth Graham_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _33 Homestead Ave._
_Rehoboth, MA 02769_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.* F I L E D **Case Number: 6:10-bk-16177-KSJ**

NOV 2 6 2010

U.S. BANKRUPTCY
DIVISION
ORLAND?

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _/99_ ,

       **(Check one box)** ( ) **ACCEPTS** ( ) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _// - 22 - 2010_

       Name of Creditor: _Lowell Edwards_

       Creditor's Signature: _Lowell Edwards_

       By:_____
               (If Appropriate)

       As:_____
               (If Appropriate)

       Address: _629 Harriswood Drive_

              _Webster NY 14580_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*                                  \*
\* Ballot No. _____ Creditor Class_____  \*
\*                                  \*
\* Claim No._____ Claim $_____    \*
\*                                  \*
\* Claim Amount per Schedule $_____  \*
\*                                  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC.,** *et al.*

*F I L E D*

*DEC 03 2010*

*U.S. BANKRUPTCY*
*ORLANDO DIVISION*

**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

_Liki Tiki_
_The Cove_

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _Time Share Owner_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _0. 0_ .

**(Check one box)** ( ) **ACCEPTS** ( ✓ **REJECTS** the Plan of Reorganization of the debtor.

Dated: _11-30-10_

Name of Creditor: _Henry M. Veal_

Creditor's Signature: _Hy m Veal_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _11,521.00_,

          **(Check one box)     ( ) ACCEPTS     (✓) REJECTS**     the Plan of Reorganization of the debtor.

Dated: _11-29-2010_

          Name of Creditor: _Jerry Neely_

          Creditor's Signature: _Jerry Neely_

          By: _____
                         (If Appropriate)

          As: _____
                         (If Appropriate)

          Address: _____

          _____

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____



FILED

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al.*     **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a CLASS ___✓___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _250_ ,

      **(Check one box)**  ( ) ACCEPTS  ( ✓ ) **REJECTS**  the Plan of Reorganization of the debtor.

Dated: _11/29/10_

    Name of Creditor: _Joanne Cain_

    Creditor's Signature: _Joanne Cain_

    By:_____
               (If Appropriate)

    As:_____
               (If Appropriate)

    Address: _208 Folkstone Circle_

            _Augusta, GA 30907_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

FILED

DEC 06 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.***    **Case Number: 6:10-bk-16177**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of ~~time share owner of~~ *sale of Sale – R Tate*

$ *secured investment 20K* _____

(Check one box)    ( ) ACCEPTS    ( X ) REJECTS    the Plan of Reorganization of the debtor.

Dated: *4/29/10*

Name of Creditor: *Donna Hubbard*

Creditor's Signature: *Donna Hubbard*

By: _____
    (If Appropriate)

As: _____
    (If Appropriate)

Address: *1835 McKinley Cove*
*Emeddaw Ky (US)*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.*    **Case Number: 6:10-bk-16177 KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____

(Check one box)    ( ) **ACCEPTS**    ( ) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor: _____

Creditor's Signature: _____

By: _____
                (If Appropriate)

As: _____
                (If Appropriate)

Address: _____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

—For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., *et al.***          **Case Number: 6:10-bk-16177-KSJ**

*FILED*
*DEC 05 2010*
*CLERK*
*U.S. BANKRUPTCY*
*ORLANDO DIVISION*

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __12 (a)__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ __691,56__ ,

(Check one box)    ( ) ACCEPTS    ⊠ REJECTS    the Plan of Reorganization of the debtor.

Dated: __11-30-2010__

Name of Creditor: __DARYL ZORNES__

Creditor's Signature: __(signature)__

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: __6611 CRULL ST__
__NEWTOWN, OH 45244-3415__

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

*FILED*
*DEC 06 2010*
*CLERK... BANKRUPTCY... DIVISION*

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

          **(Check one box)**   ( ) **ACCEPTS**   (✓) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: 11 \ 30 \ 2010

          Name of Creditor: KENNETH BROWN

          Creditor's Signature: _____

          By:_____
                         (If Appropriate)

          As:_____
                         (If Appropriate)

          Address:_____

          _____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____



**Debtor: ISLAND ONE, INC.,** *et al.*                    **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS __1__ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _8,000.00_ ,

    **(Check one box)** ( ) ACCEPTS   (✓) REJECTS   the Plan of Reorganization of the debtor.

Dated: _11/30/10_

    Name of Creditor: _Annette Bisanz_

    Creditor's Signature: _Annette Bisanz_

    By: _____
              (If Appropriate)

    As: _____
              (If Appropriate)

    Address: _26 Granto Lake Circle_
              _Sugar Land, TX. 77479_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

# FILED

## DEC 0 6 2010

### CLERK, U.S. BANKRUPTCY
### ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**          **Case Number: 6:10-bk-16177-KSJ**


## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of

$_____,

     **(Check one box)**   ( ) ACCEPTS  (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: _Dec 1 2010_

      Name of Creditor: _Robert L. Hall_

      Creditor's Signature: _Robert L. Hall_

      By:_____

                (If Appropriate)

      As:_____

                (If Appropriate)

      Address:_____

           _____


## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____



**Debtor: ISLAND ONE, INC.,** *et al.*    Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *150⁰⁰* ,

(Check one box)   (☒ **ACCEPTS**   ( ) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: *11-29-2010*

Name of Creditor: *DEANNE RANDALL*

Creditor's Signature *Deanne Randall*

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: *4392 KIVA HILL DRIVE*

*ST GEORGE, UTAH 84790*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*                                                        \*
\* Ballot No. _____ Creditor Class_____          \*
\*                                                        \*
\* Claim No._____ Claim $_____                \*
\*                                                        \*
\* Claim Amount per Schedule $_____                \*
\*                                                        \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**FILED**

**DEC 0 6 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____ ,

       **(Check one box)**   ( ) **ACCEPTS**   (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _/2 - / - /0_

Name of Creditor: _JEROME A PURCELL_

Creditor's Signature: _Jerome A Purcell_

By:_____
                    (If Appropriate)

As:_____
                    (If Appropriate)

Address: _103 UPPER Ridge Way_
        _Travelers Rest, SC 29690_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $_____

* Claim Amount per Schedule $_____

**FILED**

DEC 06 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor: **ISLAND ONE, INC.,** *et al.*     **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _unsecured_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _225.00_ ,

        (Check one box)   ( ) **ACCEPTS**    (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _11-30-2010_

        Name of Creditor: _Steven Warren + Connie Matthews_

        Creditor's Signature: _Steven Warren   Connie Matthews_

        By: _____
                        (If Appropriate)

        As: _____
                        (If Appropriate)

        Address: _10 Dickerson Lane_
                 _Napa California 94558_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $ _____

* Claim Amount per Schedule $_____

# FILED

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.* Case Number: **6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _3_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _Undetermine_

    **(Check one box)** ( ) ACCEPTS (X) REJECTS the Plan of Reorganization of the debtor.

Dated: _11-30-10_

    Name of Creditor: _Jose' & Maribe Diaz_

    Creditor's Signature: _, Maribel Diaz_

    By:_____
              (If Appropriate)

    As:_____
              (If Appropriate)

    Address: _413 Brailiff Ct_
           _Orlando, FL 32824_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
### ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**FILED**

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor: **ISLAND ONE, INC.**, *et al.* Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** *13* **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *18.64*

(Check one box) (X) ACCEPTS ( ) REJECTS the Plan of Reorganization of the debtor.

Dated: *12/1/10*

Name of Creditor: *GAS PRODUCTS & SERVICE, INC.*

Creditor's Signature: *Mary-Lynn McCourt*

By: _____
(If Appropriate)

As: *VICE-PRESIDENT*
(If Appropriate)

Address: *1105 S. DIVISION AVE*
*ORLANDO, FL 32805*

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
### ON OR BEFORE **WEDNESDAY, DECEMBER 8, 2010**<<

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $ _____

* Claim Amount per Schedule $_____

# FILED

## DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*            **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ | o 3 8 ,

**(Check one box)**    ( ) ACCEPTS    (X) REJECTS    the Plan of Reorganization of the debtor.

Dated: Dec 1 2010

Name of Creditor: NINA S FERRANTE

Creditor's Signature: Dr. Nina S. Ferrante

By: _____
                (If Appropriate)

As: _____
                (If Appropriate)

Address: 363 Lakeover Dr. W
                Columbus, MS 39102

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____



FILED

DEC 06 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*　　　　**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

　　　　(Check one box)　　( ) ACCEPTS　　(✓) REJECTS　　the Plan of Reorganization of the debtor.

Dated: *12-22-10*

　　　　　　Name of Creditor: *Don 9 Reasa Wright*

　　　　　　Creditor's Signature: *Don 9 Reasa Wright*

　　　　　　By:_____
　　　　　　　　　　　(If Appropriate)

　　　　　　As:_____
　　　　　　　　　　　(If Appropriate)

　　　　　　Address: *5006 Oak Pasture Ln*

　　　　　　　　　　*Charlotte N.C. 28265*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court .
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
••••••••••••••••••••••••••••••••••••••••••••••••••
*
* Ballot No. _____ Creditor Class _____
*
* Claim No._____ Claim $_____
*
* Claim Amount per Schedule $_____
*
••••••••••••••••••••••••••••••••••••••••••••••••••

FILED

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.* **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** ___13___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _7500_ .

(Check one box)   ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: _11/30/2010_

Name of Creditor: _ANGELO BUONCONSIGLIO_

Creditor's Signature: _____

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
••••••••••••••••••••••••••••••••••••••••••••••••••
* Ballot No. _____ Creditor Class_____
*
* Claim No._____ Claim $ _____
*
* Claim Amount per Schedule $_____
*
••••••••••••••••••••••••••••••••••••••••••••••••••

**FILED**

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** Case Number: 6:10-bk-16177-KSJ

<u>BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION</u>

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _3270.00____.

       **(Check one box)**   ( ) **ACCEPTS**   (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _12/3/10_____

       Name of Creditor: _____Osceola County_____

       Creditor's Signature: _____

       By: _____Sherry Hopkins, Assistant County Attorney_____
                       (If Appropriate)

       As: _____
                     (If Appropriate)

       Address: _1 Courthouse Square, Suite 4200_____

                Kissimmee, FL, 34741_____

**>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\* Ballot No. _____ Creditor Class_____ \*
\* \*
\* Claim No._____ Claim $_____ \*
\* \*
\* Claim Amount per Schedule $_____ \*
\* \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# FILED

## DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.* Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of $249.⁰⁰ (ld. $19? 04-09; to $50- 5/17/10 ?

(Check one box)   ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: 11-29-10

Name of Creditor: Loretta J. Parks

Creditor's Signature: Loretta J. Parks

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: 4754 Calle Mio
Farmington NM 87401 - 8611

Loretta J. Parks
4754 Calle Mio
Farmington, NM 87401

505-327-5571

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____

# FILED

## DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al.*  Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _0  0_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _500. 00_.

**(Check one box)**    ( ) **ACCEPTS**    (X) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor: _Dale I. Smith_

Creditor's Signature: _Dale I. Smith_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _178 Steven's Mills Slide_
_Richford, Vt. 05476_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**F⁵I L E D**

**DEC 0 6 2010**

**CLERK, U.S. BANKRUPTCY**
**ORLANDO DIVISION**

**Debtor: ISLAND ONE, INC.,** *et al.*                 **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** ___13___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 7,212.92                ,          Account: XXXXXXXXXXX1004

           **(Check one box)      ( ) ACCEPTS      (X) REJECTS**      the Plan of Reorganization of the debtor.

Dated: December 3, 2010

           Name of Creditor: American Express Travel Related Services Company, Inc

           Creditor's Signature: *Kenneth Kleppinger*

           By: Kenneth W. Kleppinger
                          (If Appropriate)

           As: Attorneys/Agent for creditor
                          (If Appropriate)

           Address: c/o Becket & Lee LLP, PO Box 3001

                     Malvern, PA 19355

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
### ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**FILED**

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al.*     **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _150.00_ ,

        (Check one box)    ( ) ACCEPTS    (✓REJECTS    the Plan of Reorganization of the debtor.

Dated: _12-1-10_

            Name of Creditor: _Tracey A Allen_

            Creditor's Signature: _Tracey A. Allen_

            By: _____
                        (If Appropriate)

            As: _____
                        (If Appropriate)

            Address: _4260 Bramwell Drive_

                    _Stone Mtn, GA 30083_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
••••••••••••••••••••••••••••••••••••••••••••••••••
*
* Ballot No. _____ Creditor Class _____
*
* Claim No. _____ Claim $ _____
*
* Claim Amount per Schedule $ _____
*
••••••••••••••••••••••••••••••••••••••••••••••••••

# F I L E D

## DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al.*  **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** ___13___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 150,910.15 _____,         Account: XXXXXXXXXXX1003

      **(Check one box)**  **( ) ACCEPTS**  **(ˣ) REJECTS**  the Plan of Reorganization of the debtor.

Dated: December 3, 2010 _____

       Name of Creditor:  American Express Travel Related Services Company, Inc

       Creditor's Signature: Kenneth W. Kleppinger

       By:___Kenneth W. Kleppinger_____
                   (If Appropriate)

       As: Attorneys/Agent for creditor _____
                (If Appropriate)

       Address: c/o Becket & Lee LLP, PO Box 3001

             Malvern, PA  19355

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

• Ballot No. _____ Creditor Class_____

• Claim No._____ Claim $_____

• Claim Amount per Schedule $_____

**FILED**

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor: **ISLAND ONE, INC.,** *et al.* Case Number: 6:10-bk-16177-KSJ

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __?__ CREDITOR of the above-named debtor in the unpaid principal amount of

$±300.00 - $600.00

(Check one box) ( ) ACCEPTS (X) REJECTS the Plan of Reorganization of the debtor.

Dated: __12/02/10__

Name of Creditor: __Cherie C. Walton__

Creditor's Signature: *Cherie C.Walton*

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: __817 Indian Cedar Drive__

__Chesapeake, VA  23320__

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

Ballot No. _____ Creditor Class_____
Claim No._____ Claim $_____
Claim Amount per Schedule $_____

# FILED

**Debtor: ISLAND ONE, INC., *et al.* DEC 0 6 2010 Case Number: 6:10-bk-16177-KSJ**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____ ,

(Check one box) ( ) **ACCEPTS** ( ) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _11/30/10_

Name of Creditor: _Edward Kelley_

Creditor's Signature: _Edward Kelley_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _32 Westlawn Ave_

_Jackson OH 45640_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

\* Ballot No. _____ Creditor Class_____

\* Claim No._____ Claim $_____

\* Claim Amount per Schedule $_____

# FILED

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.,*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _199_ ,

**(Check one box)**     (X) **ACCEPTS**     ( ) **REJECTS**     the Plan of Reorganization of the debtor.

Dated: _12-1-2010_

Name of Creditor: _Lowell Edwards_

Creditor's Signature _Lowell Edwards_

By: _____
            (If Appropriate)

As: _____
            (If Appropriate)

Address: _629 Harriswood Drive_

_Webster NY 14580_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
••••••••••••••••••••••••••••••••••••••••••••••••••••

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____

••••••••••••••••••••••••••••••••••••••••••••••••••••

**FILED**

**DEC 0 6 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al.*                    **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *1630.38*

  **(Check one box)    ( ) ACCEPTS    (X) REJECTS**    the Plan of Reorganization of the debtor.

Dated: *11-29-10*

Name of Creditor: *Deborah K. Parker*

Creditor's Signature: *Deborah K. Parker*

By:_____
                    (If Appropriate)

As:_____
                    (If Appropriate)

Address: *P.O. Box 723*

*Cumming, GA 30028*

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

**FILED**

**DEC 06 2010**

CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor: **ISLAND ONE, INC.,** **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of $ _199 0⁵_ .

(Check one box)  ( ) **ACCEPTS**  (X) **REJECTS**  the Plan of Reorganization of the debtor.

Dated: _12/2/10_

Name of Creditor: _FRANCISCO A. TOLENTINO_

Creditor's Signature: _Francisco A. Tolentino_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _____
_____

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

FILED

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.** **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of

$ 361.∞

(Check one box)  ( ) ACCEPTS  (✓) REJECTS  the Plan of Reorganization of the debtor.

Dated: _Dec 1, 2010_

Name of Creditor: _David Spencer_

Creditor's Signature: _David Spencer_

By: _____
                (If Appropriate)

As: _____
                (If Appropriate)

Address: _2117 Earls Bridge Rd._

_Easley, SC 29640_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

F I L E D

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.***          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *199.00*,

(Check one box)  ( ) ACCEPTS  (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: *11/30/2010*

Name of Creditor: *Cindy A. Davis*

Creditor's Signature: *Cindy A. Davis*

By:_____
               (If Appropriate)

As:_____
               (If Appropriate)

Address: *888 Caroline Rd.*
*Pleasant Hill, Ohio 45359*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
•••••••••••••••••••••••••••••••••••••••••

* Ballot No. _____  Creditor Class_____

* Claim No._____  Claim $_____

* Claim Amount per Schedule $_____
•••••••••••••••••••••••••••••••••••••••••

FILED

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**        **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _13_ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _380.00_ ,

**(Check one box)**   ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: _12 - 3 - 2010_

Name of Creditor: _Michael J Yapuncich_

Creditor's Signature: _Michael J Yapuncich_

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: _1116 Mill Creek Circle_
_St. Cloud MN 56363_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____



FILED

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of
$ *168.00* .

     (Check one box)     ( ) ACCEPTS     (X) REJECTS     the Plan of Reorganization of the debtor.

Dated: *12/3/2010*

                    Name of Creditor: *William H. Bickham*

                    Creditor's Signature: *William Bickham*

          By: _____
                         (If Appropriate)                                           *Primary Work Address*

          As: _____
                         (If Appropriate)                               *905 Dearborn Dr*

          Address: *6505 Saylor Street*                        *Columbus OH*

                       *Carol Winchester, OH*                                  *43085*
                                            *43110*

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC.,** *et al.*        **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ ___ *149 00* ___,

**(Check one box)**    ( ) ACCEPTS    (X) REJECTS    the Plan of Reorganization of the debtor.

Dated: _*11-29-10*_

Name of Creditor: _*Rosalie Fassl    Rosalie Fassl*_

Creditor's Signature: _*Rosalie Fassl*_

By: _____

(If Appropriate)

As: _____

(If Appropriate)

Address: _*107 Mang Ave*_
_*Kenmore NY 14217*_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., *et al.***   **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of
$ _2,995 + _8900_

(Check one box)   ( ) ACCEPTS   (✗) REJECTS   the Plan of Reorganization of the debtor.

Dated: _12/2/10_

Name of Creditor: _Vincent + Anna Dragone_

Creditor's Signature: _Vincent Drage   Anna Dragone_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _133 Aspen Street_

_Floral Park NY 11001_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

**FILED**

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _unsecured_ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _298 00/100_.

(Check one box)   ( ) ACCEPTS   (N) REJECTS   the Plan of Reorganization of the debtor.

Dated: _Nov 30, 2010_

Name of Creditor: _Gary K. Schwartz_

Creditor's Signature: _Gary K Schwartz_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _60454 Marmand Que._
_Springdale, AR 72762_

**>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<**

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**Debtor: ISLAND ONE, INC.,** *et al.*        **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __13__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _Unknown_ ,

(Check one box)    ( ) ACCEPTS    (✓) REJECTS    the Plan of Reorganization of the debtor.

Dated: _2 Dec 2010_

Name of Creditor: _Richard Scott_

Creditor's Signature: _[signature]_

By:_____
              (If Appropriate)

As:_____
              (If Appropriate)

Address:_____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

**FILED**

**DEC 0 6 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*    **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 15,149 _____,

**(Check one box)    ( ) ACCEPTS    (✓) REJECTS**    the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor:___DAVID C. EDDY_____
                      MARTHA A. EDDY

Creditor's Signature:___David C. Eddy_____
                        Martha A. Eddy

By:_____
                  (If Appropriate)

As:_____
                  (If Appropriate)

Address:_____322 PENWOOD ROAD_____

_____SILVER SPRING, MARYLAND    20901-2716___

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No._____ Claim $ _____

* Claim Amount per Schedule $ _____



**FILED**

**DEC 0 6 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _599.00_,

**(Check one box)** ( ) **ACCEPTS** (X) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _11-29-10_

Name of Creditor: _Carol A Sherman_

Creditor's Signature: _Carol A Sherman_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _112 Lynbrook DR. S_
_York, PA 17402_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
••••••••••••••••••••••••••••••••••••••••••••••••••

* Ballot No. _____ Creditor Class _____
*
* Claim No. _____ Claim $ _____
*
* Claim Amount per Schedule $_____
*
••••••••••••••••••••••••••••••••••••••••••••••••••

Debtor: **ISLAND ONE, INC.,** *et al.*        Case Number: **6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

    **(Check one box)**   ( ) ACCEPTS   ☒ REJECTS   the Plan of Reorganization of the debtor.

Dated: _12-2-10_

Name of Creditor: _Sandra L. Angeli_

Creditor's Signature: _Sandra L. Angeli_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _14 Maple Street_
_Teaneck, N. J. 07666_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., *et al.***

FILED

DEC 07 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _11,895.00_ ,

(Check one box)   ( ) **ACCEPTS**   (✓) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _12-6-2010_

Name of Creditor: _Ethe'Ann F. Gany_

Creditor's Signature: _Ettie'Ann F. Gany_

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: _403 Trotters Run_

_Woodstock, Ga 30188_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*                                                      \*
\* Ballot No. _____ Creditor Class_____         \*
\*                                                      \*
\* Claim No._____ Claim $_____                  \*
\*                                                      \*
\* Claim Amount per Schedule $_____                 \*
\*                                                      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor: ISLAND ONE, INC.,** *et al.*



**Case Number: 6:10-bk-16177-KSJ**

FILED
DEC 07 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *200.⁰⁰* ,

(Check one box)   ( ) ACCEPTS   (☒) REJECTS   the Plan of Reorganization of the debtor.

Dated: *12/2/2010*

Name of Creditor: *Kay Lightle*

Creditor's Signature: *Kay Lightle*

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: *3745 Keefer Ct.*

*Fairfax, VA 22033*

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., *et al.***  ...mber: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS  13  CREDITOR** of the above-named debtor in the unpaid principal amount of

$ 2443.44 ,

   (Check one box)   ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated:  12-6-10

Name of Creditor:  Mike Alderman

Creditor's Signature:  Mike Alderman

By:_____
                        (If Appropriate)

As:_____
                        (If Appropriate)

Address:  428 Ferguson Dr

   Orlando, FL 32805

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
* 
* Ballot No. _____ Creditor Class_____
*
* Claim No._____ Claim $_____
*
* Claim Amount per Schedule $_____
*
*************************************************

**Debtor: ISLAND ONE, INC.,** *et al.*     **FILED** DEC 07 2010 Case Number: 6:10-bk-16177-KSJ
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____ ,

(Check one box)   ( ) ACCEPTS    (✓) REJECTS    the Plan of Reorganization of the debtor.

Dated: _Nov 30, 2010_

Name of Creditor: _Ruben Garcia_

Creditor's Signature: _Ruben Garcia_

By: _____
         (If Appropriate)

As: _____
         (If Appropriate)

Address: _10807 Jersey Ave_

_Santa Fe Springs  CA  90670_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

**FILED**

Debtor: **ISLAND ONE, INC.,** *et al.*   DEC 07 2010 Case Number: **6:10-bk-16177-KSJ**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ __49.00__,

     **(Check one box)**   ( ) **ACCEPTS**   (✓)**REJECTS**   the Plan of Reorganization of the debtor.

Dated: __12/3/10__

          Name of Creditor: __LARRY W. GAMINO__

          Creditor's Signature: __Larry W. Gamino__

          By:_____
                  (If Appropriate)

          As:_____
                  (If Appropriate)

          Address: __21 WEST FIRST ST,__

                 __TRACY, CA 95376__

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

****************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
********************************************************
* 
* Ballot No. _____ Creditor Class _____
* 
* Claim No. _____ Claim $ _____
* 
* Claim Amount per Schedule $ _____
* 
********************************************************

**FILED**

**DEC 07 2010**

**CLERK, U.S. BANKRUPTCY.**
**ORLANDO DIVISION**

**Debtor: ISLAND ONE, INC.,** *et al.* Number: **6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____.

(Check one box)  ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: __11/29/10__

Name of Creditor: __Donald E. Weaver__

Creditor's Signature: __Donald E. Weaver__

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address:_____

_____

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**FILED**

**DEC 0 7 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.* Case Number: 6:10-bk-16177-KSJ

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _UNSecured_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _300_ ,

**(Check one box)**  ( ) **ACCEPTS**  ( ) **REJECTS**  the Plan of Reorganization of the debtor.

Dated: _12/03/10_

Name of Creditor: _Jennifer Tabola_

Creditor's Signature: _[signature]_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _311 Kent St_
_Falls Church VA 22046_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____

* Claim No. _____ Claim $_____

* Claim Amount per Schedule $_____



FILED

DEC 0 7 2010

CLERK, U.S. BANKRUPTCY.
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.* **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____,

     **(Check one box)**   ( ) **ACCEPTS**  ( ✓ **REJECTS**  the Plan of Reorganization of the debtor.

Dated: __12 - 2 - 10__

     Name of Creditor: __Moriane Sullivan__

     Creditor's Signature: __M Sullivan__

     By: _____
                    (If Appropriate)

     As: _____
                    (If Appropriate)

     Address: __106 S. Depot St.__
             __Greensburg. Ky 42743__

>>**ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010**<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Ballot No. _____ Creditor Class _____
\* Claim No. _____ Claim $ _____
\* Claim Amount per Schedule $ _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILED**

**DEC 07 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.* Case Number: **6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** ___1___ **CREDITOR** of the above-named debtor in the unpaid principal amount of $ __168⁰⁰__.

(Check one box)    ( ) ACCEPTS    (✓ REJECTS    the Plan of Reorganization of the debtor.

Dated: ___12/02/10___

Name of Creditor: ___Barbara R. Ehrhard___

Creditor's Signature: ___Barbara R Ehrhard___

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: ___152 E. Shore Culver Lk Rd___
___Branchville, NJ 07826___

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**FILED**

**DEC 0 7 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.** Case Number: **6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____,

(Check one box) ( ) ACCEPTS (X) REJECTS the Plan of Reorganization of the debtor.

Dated: 12/4/10 _____

Name of Creditor: Jackie Shatton (Jacqueline)

Creditor's Signature: Jackie J Shatton

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: 12746 10th Ave NE
Seattle, WA. 98125

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
* •
* Ballot No. _____ Creditor Class _____ •
* •
* Claim No. _____ Claim $ _____ •
* •
* Claim Amount per Schedule $ _____ •
* •
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

# FILED

## DEC 0 7 2010

CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.; Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __13__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _500_ ,

    (Check one box)  ( ) ACCEPTS  (X) REJECTS  the Plan of Reorganization of the debtor.

Dated: _11/30/2010_

Name of Creditor: _Harvey Kurzbard/Margaret Kurzbard_

Creditor's Signature: _Hzbkp_  _Margaret K._

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _581 Sandpiper Dr._
_Fairbanks, AK 99709_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____