# BALLOT COVER SHEET

PLEASE NOTE:  BALLOTS ARE ATTACHED AND APPEAR IN THE
ORDER IN WHICH THEY WERE FILED WITH THE COURT.

# FILED

## DEC 0 7 2010

### CLERK, U.S. BANKRUPTCY
### ORLANDO DIVISION



**Debtor: ISLAND ONE, INC., *et al.***

**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ __250.__,

**(Check one box)** ( ) **ACCEPTS**  ⊠ **REJECTS**   the Plan of Reorganization of the debtor.

Dated: Dec. 3, 2010

Name of Creditor: JoAnne Ross

Creditor's Signature: JoAnne C. Ross

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: 10095 Brighton Oaks Ct.

Elk Grove, CA 95624

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____



# FILED

## DEC 07 2010

### CLERK U.S. BANKRUPTCY,
### ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., _et al._**

**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _253,153.27_

**(Check one box)** ( ) ACCEPTS (X) REJECTS the Plan of Reorganization of the debtor.

Dated: _December 3, 2010_

Name of Creditor: _Robert M. Cornfeld_

Creditor's Signature: _Robert M. Cornfeld_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _3850 Hollywood Boulevard_
_Hollywood, Fla. 33021_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____


**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** \_\_\_\_\_ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

**(Check one box)**   ( ) **ACCEPTS**   (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: *12/06/10*

Name of Creditor: *Island one Inc.*

Creditor's Signature: _____

By: _____
(If Appropriate)

As: *JACQUELINE V. LOWRY*
(If Appropriate)

Address: *4609 HUNTING WOOD RD*

*CHESAPEAKE, VA 23321*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

* Ballot No. _____ Creditor Class_____
*
* Claim No._____ Claim $_____
*
* Claim Amount per Schedule $_____
*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •



**FILED**

**DEC 0 8 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.***          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ *598.00.*

**(Check one box)    ( ) ACCEPTS    (✓) REJECTS**    the Plan of Reorganization of the debtor.

Dated: *12/05/10*

Name of Creditor: *Grady F. Coleman Jr.*

Creditor's Signature: *Bradley F. Coleman fr.*

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: *1439 Wheeler Drive*
*Lawrenceville, GA 30045*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

\* Ballot No. _____ Creditor Class _____

\* Claim No._____ Claim $_____

\* Claim Amount per Schedule $_____



**DEC 0 8 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of
$ _/50.00 APPROX_

          **(Check one box)** (X) **ACCEPTS**     ( ) **REJECTS**     the Plan of Reorganization of the debtor.

Dated: _12/6/10_

          Name of Creditor: _JAMES HUNTER_

          Creditor's Signature: _(James Hunter)_

          By: _____
                    (If Appropriate)

          As: _____
                    (If Appropriate)

          Address: _P.O. Box 81_
                    _Webster NC 28788_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** 12, 13 **CREDITOR** of the above-named debtor in the unpaid principal amount of $ 1 million, personal injury.

   **(Check one box)**     ( ) **ACCEPTS**     (X) **REJECTS**     the Plan of Reorganization of the debtor.

Dated: 12 - 6 - 10

Name of Creditor: Louran Alkoka

Creditor's Signature: Louran Alkoka

By: _____
            (If Appropriate)

As: _____
            (If Appropriate)

Address: 8536 Summerville pl
            Orlando fl 32819

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
*                                               *
* Ballot No. _____ Creditor Class_____  *
*                                               *
* Claim No._____ Claim $_____           *
*                                               *
* Claim Amount per Schedule $_____        *
*                                               *
*************************************************


**Debtor: ISLAND ONE, INC.,** *et al.*

**Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____,

(Check one box)  ( ) ACCEPTS  (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _11-30-2010_

Name of Creditor: _Cora Green_

Creditor's Signature: _Cora Green_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

**F I L E D**

DEC 0 6 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., _et al._**                    **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of

$ _500.00_ , Purchased vacations 8/10/10, 10/22/09 + 11/12/08 (Never received)

(Check one box)     (✓) ACCEPTS     ( ) REJECTS     the Plan of Reorganization of the debtor.

Dated: _12 / 6 / 10_

Name of Creditor: _Ronald E. Gregory_

Creditor's Signature: _Ronald E. Gregory_

By: _____
          (If Appropriate)

As: _____
          (If Appropriate)

Address: _____

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

—For Ballot Tabulation Only—
************************************************
* Ballot No. _____ Creditor Class _____
*
* Claim No. _____ Claim $ _____
*
* Claim Amount per Schedule $ _____
************************************************

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

          **(Check one box)**   ( ) ACCEPTS   (✓) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: *12-6-2010*

Name of Creditor: *Gail Edrington*

Creditor's Signature: *Gail Edrington*

By:_____
          (If Appropriate)

As:_____
          (If Appropriate)

Address: *114 Bluefield Dr.*

*Chair, SC 29015*

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

**Debtor: ISLAND ONE, INC., *et al.***    **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** ___20___ **CREDITOR** of the above-named debtor in the unpaid principal amount of $ _111416.68_

**(Check one box)** ( ) ACCEPTS (X) REJECTS    the Plan of Reorganization of the debtor.

Dated: _DEC 8 10_

Name of Creditor: _VIRGIN ISLANDS DESIGN BUILD GROUP_

Creditor's Signature: _____

By: _PETER LOCKE_
   (If Appropriate)

As: _PRESIDENT_
   (If Appropriate)

Address: _5031 COTTON VALLEY SSH.C_
_CHRISTIANSTED VIRGIN ISLANDS._

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

# FILED

### DEC 0 8 2010

**CLERK, U.S. BANKRUPTCY**
**ORLANDO DIVISION**

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ __1477.82__

(Check one box)    ( ) ACCEPTS    (✓ REJECTS    the Plan of Reorganization of the debtor.

Dated: 12/6/10

Name of Creditor: _Irene Sue Streim_

Creditor's Signature: _Irene Sue Strim_

By: _____
                    (If Appropriate)

As: _____
                    (If Appropriate)

Address: _____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____



# FILED

## DEC 0 9 2010

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC., et al.,   Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _168.00_ ,

(Check one box)   ( ) ACCEPTS   (✓) REJECTS   the Plan of Reorganization of the debtor.

Dated: _7th December, 2010_

Name of Creditor: _CHRISTAL P. FRANCIS_

Creditor's Signature: _____

By: _Francis Butler_
(If Appropriate)

As: _BUTLER'S LAW CHAMBERS , ATTORNEY FOR CREDITOR_
(If Appropriate)

Address: _P.O. Box N-243_ _1_

_NASSAU, BAHAMAS_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

# F I L E D

## DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*                    **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____ ,

(Check one box)   ( ) ACCEPTS   (☒ REJECTS   the Plan of Reorganization of the debtor.

Dated: _11 - 29 - 10_

Name of Creditor: **ANA M. Buendia**

Creditor's Signature: _Ana m. Buendin_

By: _____
                        (If Appropriate)

As: _____
                        (If Appropriate)

Address: _1625 PRESIDENT st#1A_

_BROOKLYN N.Y. 11213._

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

***************************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____



**F I L E D**

**DEC 0 9 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$   200.00 ,

**(Check one box)   ( ) ACCEPTS   (X) REJECTS**   the Plan of Reorganization of the debtor.

Dated:  12-4-10

Name of Creditor:   Keisha R Meredith

Creditor's Signature:

By:_____
                (If Appropriate)

As:_____
                (If Appropriate)

Address:    8670 Walutes Circle

           Alex   VA  22309

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No._____ Claim $_____

* Claim Amount per Schedule $_____

**Debtor: ISLAND ONE, INC.,** *et al.*         **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _298.00_ ,

   **(Check one box)**   ( ) **ACCEPTS**   (✓ **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _12-3-2010_

Name of Creditor: _Laurie J Patterson_

Creditor's Signature _Laurie Patterson_

By: _____
          (If Appropriate)

As: _____
          (If Appropriate)

Address: _740 East Main Street_
         _Spartansburg PA 16434_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

# FILED

## DEC 09 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**  **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS _____ CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

(Check one box) ( ) **ACCEPTS** (x) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _12/4/2010_

Name of Creditor: _GARY S CHAREN_

Creditor's Signature: _____

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _1193 HERON RD., CHERRY HILL, NJ 08003_

_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**F I L E D**

**DEC 0 9 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*　Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS ___✓___ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _= 500ºº_.

　　　　**(Check one box)**　　( ) ACCEPTS　　(✗REJECTS　　the Plan of Reorganization of the debtor.

Dated: _12/5/10_

　　　　　　　Name of Creditor: _Candace Thurman_

　　　　　　　Creditor's Signature: _Candace Thurman_

　　　By: _____
　　　　　　　　　(If Appropriate)

　　　As: _____
　　　　　　　　　(If Appropriate)

　　　Address: _11323 Commonwealth Drive #102_

　　　　　　_North Bethesda MD 20852_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
••••••••••••••••••••••••••••••••••••••••••••••••••••
* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____
••••••••••••••••••••••••••••••••••••••••••••••••••••

**F I L E D**

DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**   Case Number: 6:10-bk-16177-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _249 oo_

(**Check one box**)   ( ) ACCEPTS   (X) REJECTS   the Plan of Reorganization of the debtor.

Dated: _Dec 4, 2010_

Name of Creditor: _Jerald Nelson_

Creditor's Signature: _Jerald Nel_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _P.O. Box 5005_

_Vacaville, CA 95696_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

—For Ballot Tabulation Only—

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

# F I L E D

## DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**     **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _199.00_ ,

**(Check one box)**    ( ) ACCEPTS    ( ) REJECTS    the Plan of Reorganization of the debtor.

Dated: _December 4, 2010_

Name of Creditor: _MARCIA L. MILLER_

Creditor's Signature: _Marcia L. Miller_

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: _25300 Lake Mist Square #301_
_South Riding, VA 20152_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

# F I L E D

## DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*                    **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** unsecured **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

(**Check one box**)   ( ) **ACCEPTS**   (X) **REJECTS**   the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor: _Kathleen M Andrle_

Creditor's Signature: _Kathleen Mandrle_

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: _PO BOX 1124; 20 Oberdorf St,_

_MOULTONBOROUGH, NH 03254_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**Debtor: ISLAND ONE, INC., *et al.***          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

          **(Check one box)**   ( ) ACCEPTS   (X REJECTS)   the Plan of Reorganization of the debtor.

Dated: __12 · 1 · 10_____

Name of Creditor: _Allan E. Minnich Sr. Christina Minnich_

Creditor's Signature: _Allan E Minnich    Christina Minwch_

By: _____
                        (If Appropriate)

As: _____
                        (If Appropriate)

Address: _1031 Friar Run_____

_Hanover PA 17331_____

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
•••••••••••••••••••••••••••••••••••••••••••••
*
* Ballot No. _____ Creditor Class _____
*
* Claim No. _____ Claim $ _____
*
* Claim Amount per Schedule $ _____
*
•••••••••••••••••••••••••••••••••••••••••••••

**F I L E D**

**DEC 0 9 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor: **ISLAND ONE, INC.,** *et al.*        Case Number: **6:10-bk-16177-KSJ**


## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of *← we have pd full principal*

$_____,

**(Check one box)**    ( ) **ACCEPTS**    (X) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: 12/6/2010

Name of Creditor: *Dorothy Soukup Bender and Daniel Bender*

Creditor's Signature: *Dorothy Soukup Bender*

By: _____
                    (If Appropriate)

As: _____
                    (If Appropriate)

Address: *2101 Cypress Road*
            *St. Cloud, MN 56301*

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**F I L E D**

**DEC 0 9 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC., et al.**          **Case Number: 6:10-bk-16177-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS _____ CREDITOR of the above-named debtor in the unpaid principal amount of

$_____ ,

    (Check one box)    ( ) ACCEPTS    (✓) REJECTS    the Plan of Reorganization of the debtor.

Dated: _____

Name of Creditor: _Barbara Murphy_

Creditor's Signature: _Barbara Murphy_

By:_____
                    (If Appropriate)

As:_____
                    (If Appropriate)

Address: _3011 Staks st_
_Ossineke Mi 49766_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
## ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

# F I L E D

## DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC.,** *et al.*          **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

          **(Check one box)** ( ) ACCEPTS   ( ✓REJECTS   the Plan of Reorganization of the debtor.

Dated: _12/2/10_____

          Name of Creditor: _Joseph L. & ANNA S Taylor Jr_

          Creditor's Signature: _Joseph P. & anna S. Taylor._

          By:_____
                              (If Appropriate)

          As:____ _____
                              (If Appropriate)

          Address: _2222 Harford Ct._
                    _Waldorf MD. 20602_

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

# FILED

## DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., et al.**       **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

(Check one box)   ( ) ACCEPTS   (✓REJECTS)   the Plan of Reorganization of the debtor.

Dated: _12/5/10_____

Name of Creditor: _Doris Harman_____

Creditor's Signature: _Doris Harman_____

By:_____
                  (If Appropriate)

As:_____
                  (If Appropriate)

Address:_311 Maple St._____
_Henderson, IA 51541_____

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class_____
* Claim No._____ Claim $_____
* Claim Amount per Schedule $_____

**F I L E D**

**DEC 0 9 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.***   **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __13__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ ____ #12,000 ____ (loan is paid in full since ~ 2006 / we are owners of our unit)

(Check one box)  ☒ ACCEPTS  ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: __4 Dec 10__

Name of Creditor: __KL Uzzell-Baggett   KL UZZELL-BAGGETT__

Creditor's Signature: __KL Uzzell-Baggett__

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: __1212 Rockeford Dr__

__Nashville TN 37221__

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

# F I L E D

## DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor: ISLAND ONE, INC., *et al.***                    **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ _____

(Check one box)     ( ✓ )ACCEPTS     ( ) REJECTS     the Plan of Reorganization of the debtor.

Dated: *12-5-10*

Name of Creditor: *Patricia Melton*

Creditor's Signature: *Patricia Melton*

By:_____
(If Appropriate)

As:_____
(If Appropriate)

Address: *140 Taylors Rd*
*Byrdstown, TN. 38549*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, DECEMBER 8, 2010<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____

* Claim No. _____ Claim $ _____

* Claim Amount per Schedule $ _____

# F I L E D

## DEC 0 9 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtor:  ISLAND ONE, INC.,** *et al.*     **Case Number: 6:10-bk-16177-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _____ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____,

     **(Check one box)**    ( ) **ACCEPTS**    (✓) **REJECTS**    the Plan of Reorganization of the debtor.

Dated: *Dec 1, 2010*

    Name of Creditor: *Robert P. Wood*

    Creditor's Signature: *Robert P. Wood*

    By:_____
                  (If Appropriate)

    As:_____
                  (If Appropriate)

    Address: *931 Amar Dr.*
          *Ft. Washington, Md. 20744*

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

\* Ballot No. _____ Creditor Class_____

\* Claim No._____ Claim $_____

\* Claim Amount per Schedule $_____

**FILED**

**DEC 0 9 2010**

**Debtor: ISLAND ONE, INC.** CLERK, U.S. BANKRUPTCY **Case Number: 6:10-bk-16177-KSJ**
ORLANDO DIVISION

<u>**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**</u>

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS \_\_\_\_\_ CREDITOR** of the above-named debtor in the unpaid principal amount of

$_____ ,

**(Check one box)** ( ) **ACCEPTS** (✓) **REJECTS** the Plan of Reorganization of the debtor.

Dated: _Dec. 2, 2010_

Name of Creditor: _Robert P. Wood_

Creditor's Signature: _Robert P. Wood_

By:_____
   (If Appropriate)

As:_____
   (If Appropriate)

Address: _931 Amer Drive_
_Ft. Washington, D.C. 20744_

**>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE <u>WEDNESDAY, DECEMBER 8, 2010</u><<**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\* Ballot No. _____  Creditor Class _____  \*
\*                                                     \*
\* Claim No. _____   Claim $_____       \*
\*                                                     \*
\* Claim Amount per Schedule $_____           \*
\*                                                     \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*