# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  CASE NO. 6:10-bk-16177-KSJ

ISLAND ONE, INC., et al.,  CHAPTER 11

Jointly Administered with Case Nos.
6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ,
6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ,
Debtors.  6:10-bk-16189-KSJ

_____/

## ORDER GRANTING CONTINUANCE OF HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION, FIXING DEADLINES AND VACATING THE ORDER CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT

This case came on for hearing on December 1, 2010 at 10:15 a.m. upon the Expedited Motion to Continue Hearing on Confirmation of Plan of Reorganization, Final Approval of Disclosure Statement and Extend all Associated Deadlines ("Continuation Motion") filed by BB&T Acquired Asset Group on November 23, 2010 (Doc No. 190).

The Court orders:

The Continuation Motion is granted. Debtor will file an Amended Plan and Disclosure Statement on or before January 18, 2011. If timely filed, the hearing on confirmation of the reorganization plan and disclosure statement is rescheduled for February 16, 2011 at 10:15 a.m..

Together with the Amended Plan and Disclosure Statement to be filed, debtor will submit new ballots to all creditors.

**CREDITORS ARE INSTRUCTED TO DISCARD ANY BALLOTS RECEIVED AS OF THIS DATE, AND ARE HEREBY NOTIFIED THAT THE BALLOTS SERVED WITH THE SOLICITATION PACKAGE SERVED ON OCTOBER 5, 2010, WILL NOT**

**BE COUNTED. CREDITORS SHALL CAST THEIR VOTE ON THE NEW BALLOTS TO BE PROVIDED BY DEBTOR ON OR ABOUT JANUARY 18, 2011.**

The Court further orders:

The Order Conditionally Approving Disclosure Statement, Scheduling Confirmation Hearing and Fixing Deadlines filed and entered on November 12, 2010, is hereby vacated and set aside.

DONE AND ORDERED on December 9, 2010.

Karen S. Jennemann
United States Bankruptcy Judge

Copies furnished to:

Debtor: Island One, Inc., et al., 8680 Commodity Circle, Orlando, FL 32819;

Debtor's Counsel: Elizabeth A. Green, Esq., Baker & Hostetler LLP, 200 S. Orange Ave., SunTrust Center, Suite 2300, Orlando, FL 32801-3432;

Attorney for Textron Financial Corporation: Steven Fox, Esq., Epstein, Becker & Green, 250 Park Ave., New York, NY 10177;

Attorney for Liberty Bank: R. Jeffrey Smith, Esq. and Jonathan Alter, Esq., Bingham McCutchen LLP, 1 State Street, Hartford, CT 06103;

Attorney for BB&T: Frank P. Terzo, Esq., GrayRobinson, P.A., 1221 Brickell Ave., Suite 1650, Miami, FL 33131;

Counsel for Committee of Unsecured Creditors: Adam Lawton Alpert, Esq. and H. Bradley Staggs, Esq., Bush Ross, P.A., Post Office Box 3913, Tampa, Florida 33601-3913;

Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114;

The Securities and Exchange, Commission, Branch of Reorganization, 175 West Jackson Street, Suite 900, Chicago, Illinois 60604-2601;

United States Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and

All creditors and Parties-In-Interest