UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Chapter 11

ISLAND ONE, INC., *et al.*,  Case No.: 6:10-bk-16177-KSJ

Debtors.  **Jointly Administered with Case Nos.:
6:10-bk-16179-KSJ; 6:10-bk-16180-KSJ;
6:10-bk-16182-KSJ; 6:10-bk-16183-KSJ;
_____/  and 6:10-bk-16189-KSJ**

NOTICE OF FILING STIPULATION TO
SECOND EXTENSION OF TIME PERIOD FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO CHALLENGE
LIENS OF TEXTRON FINANCIAL CORPORATION AND LIBERTY BANK, N.A.

The Official Committee of Unsecured Creditors, by and through the undersigned counsel, hereby gives notice of filing the attached Stipulation to Second Extension of Time Period for the Official Committee of Unsecured Creditors to Challenge Liens of Textron Financial Corporation and Liberty Bank, N.A.

Dated: January 27, 2011

                                                                          BUSH ROSS, P. A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Counsel for the Official Committee of Unsecured Creditors

By:    /s/ H. Bradley Staggs
       H. Bradley Staggs
       Florida Bar No. 980773
       bstaggs@bushross.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2011, I electronically filed a true and correct copy of the foregoing Notice of Filing Stipulation to Second Extension of Time Period for the Official Committee of Unsecured Creditors to Challenge Liens of Textron Financial Corporation and Liberty Bank, N.A., with attachment, with the Clerk of the United States Bankruptcy Court for the Middle District of Florida using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

                                                /s/ H. Bradley Staggs
                                                          ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

| | |
|---|---|
| Kenneth E. Aaron, Esq. | Kevin E. Mangum, Esq. |
| Assistant United States Trustee | Kathleen S. McLeroy, Esq. |
| Stewart Cohen, Esq. | Jimmy D. Parrish, Esq. |
| Denise D. Dell-Powell, Esq. | Tiffany D. Payne, Esq. |
| Daniel M. Eliades, Esq. | Jason A. Rosenthal, Esq. |
| Steven E. Fox, Esq. | R. Scott Shuker, Esq. |
| Elizabeth A. Green, Esq. | Steven J. Solomon, Esq. |
| Mark D. Hildreth, Esq. | Frank P. Terzo, Esq. |
| Roger A. Kelly, Esq. | Melinda S. Thornton, Esq. |
| Lawrence M. Kosto, Esq. | United States Trustee |
| Mindy Y. Kubs, Esq. | Diane Noller Wells, Esq. |
| Andrew W. Lennox, Esq. | Edmund S. Whitson, Esq. |

**Via first class United States Mail, postage prepaid, to:**

All parties listed on the attached 1007-2 Parties in Interest Lists

887910.2

```
Label Matrix for local noticing          AMERICAN EXPRESS,INC.                    (c)AUTOMATED MERCHANT SYSTEMS, INC.
113A-6                                   PO BOX 360001                            C/O KEVIN E. MANGUM, ESQ.
Case 6:10-bk-16177-KSJ                   FT LAUDERDALE, FL 03333-6001             101 SUNNYTOWN RD STE 300
Middle District of Florida                                                        CASSELBERRY FL  32707-3862
Orlando
Wed Jan 26 11:40:17 EST 2011

CIT TECHNOLOGY FIN SERV, INC.            CIT Vendor Finance                       Campbell, Ken
21719 NETWORK PLACE                      c/o Diane Noller Wells, Esq.             8400 Darlene Drive
CHICAGO, IL 60673-0001                   Devine Goodman Rasco & Wells, P.A.       Orlando, FL 32836-5902
                                         777 Brickell Ave., Suite 850
                                         Miami, FL 33131-2811

Comfeld, Robert                          DEX IMAGING INC                          E-TECHSERVICES.COM, INC.
3850 Hollywood Blvd.                     5109 W. LEMON STREET                     5220 SW 91ST TERRACE
Suite 1400                               TAMPA, FL 33609-1102                     GAINESVILLE, FL 32608-7124
Hollywood, FL 33021-6748


FLORIDA POWER CORP.                      Fey, Larry                               Gibellina, Ronald
DBA PROGRESS ENERGY FLORIDA              Kolodziej Eisen and Fey                  4513 Grove
PO BOX 33199                             10061 West Lincoln Highway               Brookfield, IL 60513-2556
ST PETERSBURG, FL 33733-8199             Farnfort IL 60423-1272


Elizabeth A Green                        INTERVAL INTERNATIONAL INC               Island One, Inc.
Baker & Hostetler LLP                    ATTN: ACCOUNTING DEPARTMENT              8680 Commodity Circle
200 S Orange Ave                         6262 SUNSET DRIVE                        Orlando, FL 32819-9000
Suntrust Center, Suite 2300              MIAMI, FL 33143-4843
Orlando, FL 32801-3410

Jaguar Credit                            John J Rapisardi                         KIRBY OIL CO., INC.
c/o Roger A. Kelly                       One World Financial Center               P O BOX 567
PO Box 3146                              New York NY 10281-1003                   LAKE CITY, FL 32056-0567
Orlando, FL 32802-3146


Stephen D. Korshak                       Liberty Bank                             Liberty Bank, N.A.
Korshak & Associates                     c/o R. Jeffrey Smith                     c/o Kathleen S. McLeroy
8680 Commodity Circle                    Bingham McCutchen, LLP                   Carlton Fields, P.A.
Suite 200B                               One State Street, Suite 1400             P.O. Box 3239
Orlando, FL 32819-9000                   Hartford, CT 06103-3100                  Tampa, FL  33601-3239

MAGIC MEDIA                              Miami-Dade County Tax Collector          Miami-Dade County Tax Collector
C/O BORDEN,JONES & MITCHELL,LC           Miami Dade Bankruptcy Unit               c/o Melinda S. Thornton, Esq.
P.O. BOX 544                             140 West Flagler Street,Suite 1403       Stephen P. Clark Center
CARROLLTON, GA 30112-0010                Miami, FL 33130-1561                     111 N. W. 1st Street, Suite 2810
                                                                                  Miami, FL 33128-1930

Old Florida National Bank                Old Florida National Bank                PAETEC
60 North Court Avenue                    c/o Jason A. Rosenthal                   PO BOX 1283
Orlando, FL 32801-2409                   4798 New Broad Street, Suite 310         BUFFALO, NY 14240-1283
                                         Orlando, FL 32814-6436


PENINSULA RESORT MANAGEMENT              PMAT BELLAIR, LLC                        PMAT Bellair, L.L.C.
LLC                                      C/O PROPERTY ONE, INC.                   c/o Andrew W. Lennox
2424 N. ATLANTIC AVE.                    4141 VETERANS BLVD, STE 300              Hill, Ward & Henderson, P.A.
DAYTONA BEACH, FL 32118-3245             METAIRIE, LA 70002                       P.O. Box 2231
                                                                                  Tampa, FL 33601-2231
```

| | | |
|---|---|---|
| Jimmy D Parrish<br>Baker & Hostetler  LLP<br>200 S Orange Avenue<br>SunTrust Center - Suite 2300<br>Orlando, FL 32801-3410 | Tiffany D Payne<br>Baker Hostetler<br>PO Box 112<br>Orlando, FL 32802-0112 | Quentin Walsh<br>10 Francis Road<br>Wellesley MA 02482-4703 |
| RIVERPOINT SOLUTIONS GROUP,LLC<br>2200 E DEVON AVE, STE 385<br>DES PLAINS, IL 60018-4590 | SURVEY SERVICES CO., LLC<br>27-28 KING CROSS ST<br>CHRISTIANSTED, VI 00820 | Sysco Central Florida Inc f/k/a Sysco Food S<br>c/o Stewart Cohen, Esq.<br>1510 E. Colonial Drive, Suite 305<br>Orlando, FL 32803-4734 |
| THE SCOTT PARTNERSHIP<br>ARCHITECTURE, INC.<br>429 S.KELLER RD.SUITE 200<br>ORLANDO, FL 32810-7187 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | VIRGIN ISLANDS DESIGN BUILD GROUP, LLC<br>5031 COTTON VALLEY 55 H&C<br>CHRISTIANSTED, ST.CROIX, VI 00820 |
| WESTERN RESERVE PARTNERS, LLC<br>200 PUBLIC SQUARE, STE 3750<br>CLEVELAND, OH 44114-2321 | Zachary H Smith<br>One World Financial Center<br>New York NY 10281-1003 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Automated Merchant Systems, Inc.<br>c/o Kevin E. Mangum, Esq.<br>5100 Hwy 17-92, Suite 300<br>Casselberry, FL 32707 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 |

Label Matrix for local noticing
113A-6
Case 6:10-bk-16179-KSJ
Middle District of Florida
Orlando
Wed Jan 26 11:41:12 EST 2011

Crescent One, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Textron Financial Corporation
c/o Steven E. Fox
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211

The New York Law Publishing
Company Daily Business Rev.
P.O. Box 862882
Orlando, FL 32886-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5

```
Label Matrix for local noticing         ANTILLES GAS CORPORATION                BELLOWS INTERNATIONAL
113A-6                                  PO BOX 5435                             PO BOX 302695
Case 6:10-bk-16180-KSJ                  SUNNY ISLE, ST. CROIX    00823-5435     ST. THOMAS, VI 00803-2695
Middle District of Florida
Orlando
Wed Jan 26 11:41:28 EST 2011

(c)CARIBBEAN INDUSTRIAL PRODUCTS        FEDERAL EXPRESS                         FIRST NATIONAL BANK OF OMAHA
2187 COMPANY ST                         P.O. BOX 94515                          P.O. BOX 2818
CHRISTIANSTED VI  00820-4952            PALATINE, IL 60094-4515                 OMAHA, NE 68103-2818


Elizabeth A Green                       HENNEMANN ICE PLANT COMPANY             MARIO'S VIRGIN CRYSTAL,LLC
Baker & Hostetler LLP                   PO BOX 1429                             P.O. BOX 25775
200 S Orange Ave                        254 RICHMOND                            CHRISTIANSTED, VI 00824-1775
Suntrust Center, Suite 2300             CHRISTIANSTED, VI 00821-1429
Orlando, FL 32801-3410

MERCHANTS MARKET- ST. CROIX             NEVCO MARKETING ENTERPRISES             NICHOLS NEWMAN LOGAN & GREY PC
4000 ESTATE DIAMONE                     PO BOX 6351                             1131 KING STREET,SUITE 204
ST CROIX, VI 00820-5215                 CHRISTIANSTED, VI 00823-6351            CHRISTIANSTED, VI 00820-4974


PREMIER WINES & SPIRITS LTD.            QUALITY FOODS                           SURVEY SERVICES CO., LLC
132 SUNDIAL PARK                        96-97 CASTLE COAKLEY                    27-28 KING CROSS ST
PO BOX 922                              CHRISTIANSTED, VI 00820                 CHRISTIANSTED, VI 00820
ST CROIX,, VI 00821-0922


St. Croix One, LLC                      THE SCOTT PARTNERSHIP                   TRAVELCLICK
5000 Estate Chenay Bay                  ARCHITECTURE, INC.                      2193 PAYSPHERE CIRCLE
Route 82, East End Quarter              429 S.KELLER RD.SUITE 200               CHICAGO, IL 60674-0001
Christiansted, VI 00820-4512            ORLANDO, FL 32810-7187


Textron Financial Corporation           United States Trustee - ORL             VIRGIN ISLANDS DESIGN BUILD GROUP, LLC
c/o Steven E. Fox                       135 W. Central Blvd., Suite 620         5031 COTTON VALLEY 55 H&C
Epstein Becker & Green, P.C.            Orlando, FL 32801-2440                  CHRISTIANSTED, ST.CROIX, VI 00820
250 Park Avenue
New York, NY 10177-1211

WEST INDIES CORPORATION
PO BOX 250
ST. THOMAS, VI 00804-0250
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
CARIBBEAN INDUSTRIAL PRODUCTS           End of Label Matrix
27 PRINCE STREET                        Mailable recipients    21
CHRISTIANSTED, VI 00820                 Bypassed recipients     0
                                        Total                  21
```

```
Label Matrix for local noticing          AGR FABRICATORS, INC                    ALWAYS MOBILE GOLF CARS
113A-6                                    4879 CLYDO RD. S.                       4998 E. HINSON AVENUE
Case 6:10-bk-16182-KSJ                    JACKSONVILLE, FL 32207-1708             HAINES CITY, FL 33844-9153
Middle District of Florida
Orlando
Wed Jan 26 11:41:45 EST 2011

CINTAS FIRST AID AND SAFETY               COMMERCIAL LAWN EQUIPMENT               DADE PAPER
LOCATION F48                              SALES & SERVICE INC                     P.O. BOX 593829
P.O. BOX 2409                             781 E CARROLL STREET                    ORLANDO, FL 32859-3829
BRANDON, FL 33509-2409                    KISSIMMEE, FL 34744-1467


DAVID A. WILSON                           DEX                                     FLORIDA POWER CORP.
SERVICE FIRST UNIFORM SALES               PO BOX 660834                           DBA PROGRESS ENERGY FLORIDA
4518 CURRY FORD RD.                       DALLAS, TX 75266-0834                   PO BOX 33199
ORLANDO, FLORIDA 32812-2711                                                       ST PETERSBURG, FL 33733-8199


GALAXY AVIATION OF ORLANDO,INC            Elizabeth A Green                       Island One Resorts Management Corporation
9245 TRADEPORT DRIVE                      Baker & Hostetler LLP                   8680 Commodity Circle
ORLANDO, FL 32827-5305                    200 S Orange Ave                        Orlando, FL 32819-9000
                                          Suntrust Center, Suite 2300
                                          Orlando, FL 32801-3410


JEFF ELLIS & ASSOCIATES, INC.             PEOPLE MISTERS INT'L, LLC               RDS OF FLORIDA
508 GOLDENMOSS LOOP                       3603 NORTH PALAFOX STREET               DBA DATA SYSTEM INC.
OCOEE, FL 34761-4783                      PENSACOLA, FL 32505-5234                13170 92nd Street  Suite 303
                                                                                  LARGO,, FL 33773-1319


ROBERT'S POOL SERVICE                     S & S WORLDWIDE, INC.                   SPIES POOL, INC.
19315 LAKE PICKETT ROAD                   ACCOUNTS RECEIVABLE                     801 SAWDUST TRAIL
ORLANDO, FL 32820-1608                    PO BOX 210                              KISSIMMEE, FL 34744-1417
                                          HARTFORD, CT 06141-0210


STAPLES ADVANTAGE                         SUN LOVERS OF AMERICA                   THE ORLANDO SENTINEL
STAPLES CONTRACT & COMMERCIAL             P.O. BOX 593801                         P.O. BOX 100608
PO BOX 95708                              ORLANDO, FL 32859-3801                  ATLANTA, GA 30384-0608
CHICAGO, IL 60694-5708


Textron Financial Corporation             United States Trustee - ORL             WILLIAMS SCOTSMAN,INC.
c/o Steven E. Fox                         135 W. Central Blvd., Suite 620         PO BOX 91975
Epstein Becker & Green, P.C.              Orlando, FL 32801-2440                  CHICAGO, IL 60693-1975
250 Park Avenue
New York, NY 10177-1211


YELLOW BOOK USA                           End of Label Matrix
P.O. BOX 3162                             Mailable recipients    24
CEDAR RAPIDS, IA 52406-3162               Bypassed recipients     0
                                          Total                  24
```

```
Label Matrix for local noticing      Abbott Printing                  Elizabeth A Green
113A-6                               110 Atlantic Drive               Baker & Hostetler LLP
Case 6:10-bk-16183-KSJ               Suite 110                        200 S Orange Ave
Middle District of Florida           Maitland, FL 32751-3300          Suntrust Center, Suite 2300
Orlando                                                               Orlando, FL 32801-3410
Wed Jan 26 11:41:59 EST 2011

INTERVAL INTERNATIONAL INC           Navigo Vacation Club, Inc.       Textron Financial Corporation
ATTN: ACCOUNTING DEPARTMENT          8680 Commodity Circle            c/o Steven E. Fox
6262 SUNSET DRIVE                    Orlando, FL 32819-9000           Epstein Becker & Green, P.C.
MIAMI, FL 33143-4843                                                  250 Park Avenue
                                                                      New York, NY 10177-1211


United States Trustee - ORL          End of Label Matrix
135 W. Central Blvd., Suite 620      Mailable recipients    6
Orlando, FL 32801-2440               Bypassed recipients    0
                                     Total                  6
```

| Label Matrix for local noticing | Elizabeth A Green | IOI Funding I, LLC |
| --- | --- | --- |
| 113A-6 | Baker & Hostetler LLP | 8680 Commodity Circle |
| Case 6:10-bk-16189-KSJ | 200 S Orange Ave | Orlando, FL 32819-9000 |
| Middle District of Florida | Suntrust Center, Suite 2300 | |
| Orlando | Orlando, FL 32801-3410 | |
| Wed Jan 26 11:42:14 EST 2011 | | |
| Textron Financial Corp. | Textron Financial Corporation | United States Trustee - ORL |
| c/o Steven E. Fox | c/o Steven E. Fox | 135 W. Central Blvd., Suite 620 |
| EpsteinBeckerGreen | Epstein Becker & Green, P.C. | Orlando, FL 32801-2440 |
| 250 Park Avenue | 250 Park Avenue | |
| New York, NY 10177-1211 | New York, NY 10177-1211 | |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ISLAND ONE, INC, *et al.* | Case No.: 6:10-bk-16177-KSJ |
| Debtors. | **Jointly Administered with Case Nos.:** **6:10-bk-16179-KSJ; 6:10-bk-16180-KSJ** **6:10-bk-16182-KSJ; 6:10-bk-16183-KSJ** **and 6:10-bk-16189-KSJ** |

## STIPULATION TO SECOND EXTENSION OF TIME PERIOD FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CHALLENGE LIENS OF TEXTRON FINANCIAL CORPORATION AND LIBERTY BANK, N.A.

The Official Committee of Unsecured Creditors (the "**Committee**"), Textron Financial Corporation ("**Textron**"), and Liberty Bank, N.A. ("**Liberty**" and, together with Textron, the "**Secured Creditors**"), by and through their undersigned counsel, hereby file this Stipulation to Second Extension of Time Period for the Official Committee of Unsecured Creditors to Challenge Liens of Textron Financial Corporation and Liberty Bank, N.A. (the "**Stipulation**") and stipulate and agree as follows:

1. The Court previously entered an Interim Order Granting Debtors' Emergency Motion For Use Of Cash Collateral Continued Hearing To Be Held On October 8, 2010 @ 2:00 P.M. (Doc. No. 35) and a Second Interim Order Granting Debtors' Emergency Motion For Use Of Cash Collateral Continued Hearing To Be Held On November 17, 2010 @ 9:30 A.M. (Doc. No. 103), both of which required the Committee to "challenge the validity, priority or extent of

the Secured Creditors' Claims and/or the Secured Creditors' interests in the Secured Creditors' Collateral . . . , whether under §§ 544, 547, 548, 549, 550, or 553 of the Bankruptcy Code, or otherwise seeking to avoid or recover any transfers received by one or more of the Secured Creditors with respect to the Secured Creditors' Claims and/or the Secured Creditors' Collateral" on or before sixty (60) days after the appointment of the Committee" (the "**Challenge Period**").

2. On September 30, 2010, the United States Trustee for Region 21 appointed the members of the Committee. (Doc. No. 63.) Thus, the Challenge Period initially was to expire on November 29, 2010.

3. However, on November 30, 2010, the Court entered an Amended Final Order Granting Debtors' Emergency Motion For Use Of Cash Collateral (the "**Final Cash Collateral Order**") (Doc. No. 205) which, among other things, extended the Challenge Period through December 31, 2010.

4. Under the terms of the Final Cash Collateral Order, "[t]he Challenge Period may only be extended with the written consent of the Secured Creditors, or by order of the Court."

5. Since its formation, the Committee has been analyzing and investigating the claims and liens of the Secured Creditors. The Committee and the Secured Creditors previously extended the Challenge Period through January 31, 2011 (Doc. No. 268). The Committee and the Secured Creditors now wish to further extend the Challenge Period through March 31, 2011 to permit the Committee to continue its analysis and investigation of the Secured Creditors' claims and liens.

6. Accordingly, the Secured Creditors and the Committee hereby stipulate to the extension of the Challenge Period until March 31, 2011.

Dated: January 27, 2011

| EPSTEIN, BECKER & GREEN, P.C. | BINGHAM MCCUTCHEN LLP |
|---|---|
| 250 Park Avenue | One State Street |
| New York, New York  10177-1211 | Hartford, CT 06103 |
| (212) 351-4500 | (860) 240-2969 (telephone) |
| Counsel for Textron Financial Corporation | Counsel for Liberty Bank, N.A. |

By:_____  By:_____
    Steven E. Fox (SF 5432)     Jonathan B. Alter
    Wendy G. Marcari (WM 8494)     *Jonathan.alter@bingham.com*

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Counsel for the Official Committee of
Unsecured Creditors

By:   /s/ H. Bradley Staggs
    H. Bradley Staggs
    Florida Bar No. 980773
    *bstaggs@bushross.com*

887292.2

6. Accordingly, the Secured Creditors and the Committee hereby stipulate to the extension of the Challenge Period until March 31, 2011.

Dated: January 26, 2011

EPSTEIN, BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Counsel for Textron Financial Corporation

By:_____
    Steven E. Fox (SF 5432)
    Wendy G. Marcari (WM 8494)

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Counsel for the Official Committee of
Unsecured Creditors

By:_____
    H. Bradley Staggs
    Florida Bar No. 980773
    bstaggs@bushross.com

BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2969 (telephone)
Counsel for Liberty Bank, N.A.

By:_____
    Jonathan B. Alter
    *Jonathan.alter@bingham.com*

6. Accordingly, the Secured Creditors and the Committee hereby stipulate to the extension of the Challenge Period until March 31, 2011.

Dated: January 26, 2011

| | |
|---|---|
| EPSTEIN, BECKER & GREEN, P.C.<br>250 Park Avenue<br>New York, New York 10177-1211<br>(212) 351-4500<br>Counsel for Textron Financial Corporation<br><br>By:_____<br>    Steven E. Fox (SF 5432)<br>    Wendy G. Marcari (WM 8494)<br><br>BUSH ROSS, P.A.<br>Post Office Box 3913<br>Tampa, Florida 33601-3913<br>(813) 224-9255 (telephone)<br>(813) 223-9620 (telecopy)<br>Counsel for the Official Committee of<br>Unsecured Creditors<br><br>By:_____<br>    H. Bradley Staggs<br>    Florida Bar No. 980773<br>    *bstaggs@bushross.com* | BINGHAM MCCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103<br>(860) 240-2969 (telephone)<br>Counsel for Liberty Bank, N.A.<br><br>By: /s/ Jonathan B. Alter<br>    Jonathan B. Alter<br>    *Jonathan.alter@bingham.com* |