# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| ISLAND ONE, INC. , *et al.* | CASE NO.: 6:10-bk-16177-KSJ |
| Debtors. | Jointly Administered with Case Nos.: 6:10-bk-16179-KSJ; 6:10-bk-16180-KSJ; 6:10-bk-16182-KSJ; 6:10-bk-16183-KSJ and 6:10-bk-16189-KSJ |
| _____/ | |

**ORDER GRANTING DEBTORS' MOTION TO MODIFY THE BID PROCEDURES ORDER TO (A) EXTEND THE SALE/AUCTION DATE, (B) RESCHEDULE THE CONFIRMATION HEARING ON DEBTORS' PROPOSED AMENDED PLAN OF REORGANIZATION, (C) RESET CERTAIN RELATED DATES AND DEADLINES, AND (D) EXTEND EXCLUSIVITY PERIODS TO FILE A PLAN OF REORGANIZATION AND TO OBTAIN ACCEPTANCES**

THIS CASE came on for hearing on February 16, 2011, upon the motion (the "Motion") (Doc. No. 285) of ISLAND ONE, INC., et al. (the "Debtors"), to Modify the Bid Procedures Order (Doc. No. 256) to (A) Extend the Sale/Auction Date, (B) Reschedule the Confirmation Hearing on Debtors' Proposed Amended Plan of Reorganization, (C) Reset Certain Related Dates and Deadlines, and (D) Extend Exclusivity Periods to File a Plan of Reorganization and to Obtain Acceptances. Upon consideration of the Motion, the position and agreements of the parties presented at the hearing and being otherwise fully advised in the premises, it is

ORDERED:

1. The Motion (Doc. No. 285) is granted.

2. The hearing on the Disclosure Statement and Confirmation of the Debtors' Reorganization Plan is continued to **April 20, 2011 at 10:15a.m.**

3. The Bid Procedures Order (Doc. No. 256) and timeline for events and exclusivity is as follows:

| EVENT | AGREED DATE |
|---|---|
| Letter of Interest[1] Deadline | **February 24, 2011** |
| Bid Deadline[2] | **March 4, 2011** |
| Evaluation of Qualifying Bids[3] Deadline | **March 8, 2011** |
| Debtors conduct and complete the Auction[4] | **March 10, 2011** |
| Deadline for the prevailing bidder (and back-up bidder) to complete and execute the necessary documents to consummate the transaction | **March 14, 2011** |
| i) Exclusivity Deadline for Debtors to file amended joint plan and disclosure statement<br><br>(ii) Deadline for return of deposits to bidders who are not selected as either the prevailing or back-up bidder | **March 17, 2011** |
| Deadline of Debtors' Exclusivity for Acceptance | **April 20, 2011 at 10:15 a.m.** |
| Sale/Confirmation Hearing[5] | **April 20, 2011 at 10:15 a.m.** |

4. Otherwise, all terms of the Bid Procedure Order (Doc. No. 256) remain in full force and effect.

DONE AND ORDERED in Orlando, Florida, on February 23, 2011.

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

---

[1] As such is defined in the Bid Procedures Order (Doc. No. 256, p. 3, ¶6).
[2] As such is defined in the Bid Procedures Order (Doc. No. 256, p. 3, ¶7).
[3] As such is defined in the Bid Procedures Order (Doc. No. 256, p. 6, ¶10).
[4] As such is explained in the Bid Procedures Order (Doc. No. 256, p. 7, ¶13).
[5] As such is defined and explained in the Bid Procedures Order (Doc. No. 256, p. 10, ¶15).

*Copies furnished to:*

Debtors: Island One, Inc., attn: Deborah L. Linden, 8680 Commodity Circle, Orlando, FL 32819;

Counsel for the Debtors: Elizabeth Green, Esq. and Jimmy D. Parrish, Esq., Baker Hostetler P.O. Box 112, Orlando, FL 32802-0112;

Counsel for Textron Financial: Steven Fox, Esq., Epstein, Becker & Green, 250 Park Ave., New York, NY 10177 and Denise D. Dell-Powell, Burr & Forman, LLP, 450 South Orange Avenue, Suite 200, Orlando, Floirda 32801

Counsel for BB&T Acquired Asset Group: Frank P. Terzo and Steven J. Solomon, Gray Robinson, P.A., 1221 Brickell Avenue, #1600, Miami, FL 33131;

Counsel for Liberty Bank: Jonathan B. Alter and R. Jeffrey Smith, Bingham McCutchen, LLP, One State Street, Suite 1400, Hartford, CT 06103 and Kathleen S. McLeroy, Carlton Fields, .A., P.O. Box 3239, Tampa, FL 33601-3239;

Counsel for Old Florida National Bank: Jason A. Rosenthal, 4798 New Broad Street, Suite 310, Orlando, FL 32814-6436;

Official Committee of Unsecured Creditors of Island One, Inc., et al., c/o Bush Ross, P.A. Attn: H. Bradley Staggs, Esq./Adam Alpert, Esq,., P.O. Box 3913, Tampa, FL 33601-3913;

Kevin Mangum, Esq. 5100 Hwy 17-92, Suite 300, Casselberry, FL 32707;

H.J.C. Floridian Corp., 8911 Charles E. Limpus Road, Olrando, FL 32836

U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801; and

All Creditors and Parties-In-Interest.