# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 6:10-bk-16177-KSJ** |
| **ISLAND ONE, INC.,** *et al.,* | **CHAPTER 11** |

**Jointly Administered with Case Nos.
6: 10-bk-16179-KSJ, 6: 10-bk-16180-KSJ,
6: 10-bk-16182-KSJ, 6: 10-bk-16183-KSJ,
6: 10-bk-16189-KSJ**

**Confirmation hearing to be held on
Wednesday, April 20, 2011, at 10:15 a.m.**

_____/

## BALLOT TABULATION

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 1. | **TEXTRON FINANCIAL CORP.**<br>(Island One/TFC Receivables Loan Obligations) | **YES** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$67,469,397.29** |
| | Dollar Amount of Votes Accepting: | **$67,469,397.29** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 2. | **TEXTRON FINANCIAL CORP.**<br>(Liberty Receivables Loan Obligations) | **YES** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$7,954,072.46** |

| Dollar Amount of Votes Accepting: | $7,954,072.46 |
|---|---|
| % of Votes Accepting: | 100% |
| % of Dollar Amounts Accepting: | 100% |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 3. | **TEXTRON FINANCIAL CORP.**<br>(Cove Inventory Loan Obligations) | **YES** |

| | | |
|---|---|---|
| Number of Votes: | 1 |
| Number of Votes Accepting: | 1 |
| Dollar Amount of Votes: | $3,704,550.00 |
| Dollar Amount of Votes Accepting: | $3,704,550.00 |
| % of Votes Accepting: | 100% |
| % of Dollar Amounts Accepting: | 100% |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 4. | **BB&T**<br>(Consolidated Inventory Loan Obligations) | **NO VOTE** |

| | | |
|---|---|---|
| Number of Votes: | 0 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | 0 |
| Dollar Amount of Votes Accepting: | 0 |
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 5. | **BB&T**<br>(LTV III Land Loan Obligations) | **NO VOTE** |

| Number of Votes: | 0 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | 0 |
| Dollar Amount of Votes Accepting: | 0 |
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR | VOTE |
|---|---|---|
| | **Amount Per Ballot** | |

| 6. | **BB&T** | NO VOTE |
| | (LTV III Out Parcel Obligations) | |

| Number of Votes: | 0 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | 0 |
| Dollar Amount of Votes Accepting: | 0 |
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR | VOTE |
|---|---|---|
| | **Amount Per Ballot** | |

| 7. | **BB&T** | NO VOTE |
| | (Sales Center Loan Obligations) | |

| Number of Votes: | 0 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | 0 |
| Dollar Amount of Votes Accepting: | 0 |
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR | VOTE |
|---|---|---|
| | **Amount Per Ballot** | |

| | | |
|---|---|---|
| 8. | **BB&T**<br>(Barefoot'n Loan Obligations) | **NO VOTE** |

Number of Votes: **0**
Number of Votes Accepting: **0**
Dollar Amount of Votes: **0**
Dollar Amount of Votes Accepting: **0**
% of Votes Accepting: **0**
% of Dollar Amounts Accepting: **0**
Impaired Class: **YES**
Requisite Vote: **YES**

| **CLASS** | **CREDITOR**<br>**Amount Per Ballot** | **VOTE** |
|---|---|---|
| 9. | **BB&T**<br>(Equipment Loan Obligations) | **NO VOTE** |

Number of Votes: **0**
Number of Votes Accepting: **0**
Dollar Amount of Votes: **0**
Dollar Amount of Votes Accepting: **0**
% of Votes Accepting: **0**
% of Dollar Amounts Accepting: **0**
Impaired Class: **YES**
Requisite Vote: **YES**

| **CLASS** | **CREDITOR**<br>**Amount Per Ballot** | **VOTE** |
|---|---|---|
| 10. | **BB&T**<br>(2008 Dodge Ram Loan Obligations) | **NO VOTE** |

Number of Votes: **0**
Number of Votes Accepting: **0**
Dollar Amount of Votes: **0**
Dollar Amount of Votes Accepting: **0**
% of Votes Accepting: **0**
% of Dollar Amounts Accepting: **0**
Impaired Class: **YES**
Requisite Vote: **YES**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 11. | **H.J.C. FLORIDIAN**<br>(Ormond Beach Loan Obligations) | **NO VOTE** |
| | Number of Votes:<br>Number of Votes Accepting:<br>Dollar Amount of Votes:<br>Dollar Amount of Votes Accepting:<br>% of Votes Accepting:<br>% of Dollar Amounts Accepting:<br>Impaired Class:<br>Requisite Vote: | **0**<br>**0**<br>**0**<br>**0**<br>**0**<br>**0**<br>**YES**<br>**YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 12. | **ISLAND ONE NOTE HOLDERS** | **YES** |
| | Number of Votes:<br>Number of Votes Accepting:<br>Dollar Amount of Votes:<br>Dollar Amount of Votes Accepting:<br>% of Votes Accepting:<br>% of Dollar Amounts Accepting:<br>Impaired Class:<br>Requisite Vote: | **2**<br>**2**<br>**$144,747.03**<br>**$144,747.03**<br>**100%**<br>**100%**<br>**YES**<br>**YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 13. | **ISLAND ONE GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | **NO** |
| | Number of Votes:<br>Number of Votes Accepting:<br>Dollar Amount of Votes:<br>Dollar Amount of Votes Accepting:<br>% of Votes Accepting: | **75**<br>**13**<br>**$53,824,759.65**<br>**$53,761,410.58**<br>**17.3%** |

| % of Dollar Amounts Accepting: | 99.88% |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>**Amount Per Ballot** | VOTE |
|---|---|---|
| 14. | **TEXTRON FINANCIAL CORP.**<br>(IOI Funding Loan Obligations) | **YES** |

| | | |
|---|---|---|
| Number of Votes: | 1 |
| Number of Votes Accepting: | 1 |
| Dollar Amount of Votes: | $3,560,705.98 |
| Dollar Amount of Votes Accepting: | $3,560,705.98 |
| % of Votes Accepting: | 100% |
| % of Dollar Amounts Accepting: | 100% |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>**Amount Per Ballot** | VOTE |
|---|---|---|
| 15. | **IOI FUNDING GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | **NO VOTE** |

| | |
|---|---|
| Number of Votes: | 0 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | 0 |
| Dollar Amount of Votes Accepting: | 0 |
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 16. | **TEXTRON FINANCIAL CORP.**<br>(Crescent Inventory Loan Obligations) | **YES** |

| | | |
|---|---|---|
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$4,901,264.12** |
| | Dollar Amount of Votes Accepting: | **$4,901,264.12** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 17. | **TEXTRON FINANCIAL CORP.**<br>(Crescent Receivables Loan Obligations) | **YES** |

| | | |
|---|---|---|
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$6,511,263.25** |
| | Dollar Amount of Votes Accepting: | **$6,511,263.25** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 18. | **CRESCENT GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | **YES** |

| | | |
|---|---|---|
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$9,756,099.00** |
| | Dollar Amount of Votes Accepting: | **$9,756,099.00** |

| | | |
|---|---|---|
| % of Votes Accepting: | | **100%** |
| % of Dollar Amounts Accepting: | | **100%** |
| Impaired Class: | | **YES** |
| Requisite Vote: | | **YES** |

| **CLASS** | **CREDITOR** | **VOTE** |
|---|---|---|
| | **Amount Per Ballot** | |

| 19. | **TEXTRON FINANCIAL CORP.** | **YES** |
|---|---|---|
| | (IORMC Loan Obligations) | |

| | | |
|---|---|---|
| Number of Votes: | | **1** |
| Number of Votes Accepting: | | **1** |
| Dollar Amount of Votes: | | **$8,732,518.34** |
| Dollar Amount of Votes Accepting: | | **$8,732,518.34** |
| % of Votes Accepting: | | **100%** |
| % of Dollar Amounts Accepting: | | **100%** |
| Impaired Class: | | **YES** |
| Requisite Vote: | | **YES** |

| **CLASS** | **CREDITOR** | **VOTE** |
|---|---|---|
| | **Amount Per Ballot** | |

| 20. | **OLD FLORIDA** | **YES** |
|---|---|---|
| | (Warehouse Loan Obligations) | |

| | | |
|---|---|---|
| Number of Votes: | | **1** |
| Number of Votes Accepting: | | **1** |
| Dollar Amount of Votes: | | **$741,313.34** |
| Dollar Amount of Votes Accepting: | | **$741,313.34** |
| % of Votes Accepting: | | **100%** |
| % of Dollar Amounts Accepting: | | **100%** |
| Impaired Class: | | **YES** |
| Requisite Vote: | | **YES** |

| **CLASS** | **CREDITOR** | **VOTE** |
|---|---|---|
| | **Amount Per Ballot** | |

| 21. | **IORMC GENERAL UNSECURED CLAIMS** | **NO** |
|---|---|---|
| | (Trade Claims) | |

| | | |
|---|---|---|
| Number of Votes: | | **3** |

| | | |
|---|---|---|
| Number of Votes Accepting: | | **1** |
| Dollar Amount of Votes: | | **$5,202,919.03** |
| Dollar Amount of Votes Accepting: | | **$5,046,634.00** |
| % of Votes Accepting: | | **33%** |
| % of Dollar Amounts Accepting: | | **96.99%** |
| Impaired Class: | | **YES** |
| Requisite Vote: | | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 22. | **BB&T**<br>(St. Croix Acquisition Loan Obligations) | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 23. | **BB&T**<br>(2007 Dodge Ram Loan Obligations) | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 24. | **BB&T**<br>(2008 Jeep Patriot Loan Obligations) | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 25. | **VIRGIN ISLAND DESIGN**<br>(St. Croix Acquisition Loan Obligations) | **NO** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **$812,500.00** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 26. | **MAPLE LEAF, LLC**<br>(Acquisition Loan Obligations) | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |

|  | % of Votes Accepting: | 0 |
|  | % of Dollar Amounts Accepting: | 0 |
|  | Impaired Class: | YES |
|  | Requisite Vote: | YES |

| CLASS | CREDITOR | VOTE |
|-------|----------|------|
|  | Amount Per Ballot | |

| 27. | ST. CROIX ONE GENERAL UNSECURED CLAIMS<br>(Trade Claims) | NO |

|  | Number of Votes: | 2 |
|  | Number of Votes Accepting: | 1 |
|  | Dollar Amount of Votes: | $241,816.68 |
|  | Dollar Amount of Votes Accepting: | $400.00 |
|  | % of Votes Accepting: | 50% |
|  | % of Dollar Amounts Accepting: | 0.16% |
|  | Impaired Class: | YES |
|  | Requisite Vote: | YES |

| CLASS | CREDITOR | VOTE |
|-------|----------|------|
|  | Amount Per Ballot | |

| 28. | ISLAND ONE EQUITY INTERESTS | NO VOTE |

|  | Number of Votes: | 0 |
|  | Number of Votes Accepting: | 0 |
|  | Dollar Amount of Votes: | 0 |
|  | Dollar Amount of Votes Accepting: | 0 |
|  | % of Votes Accepting: | 0 |
|  | % of Dollar Amounts Accepting: | 0 |
|  | Impaired Class: | YES |
|  | Requisite Vote: | YES |

| CLASS | CREDITOR | VOTE |
|-------|----------|------|
|  | Amount Per Ballot | |

| 29. | IOI FUNDING EQUITY INTERESTS | NO VOTE |

|  | Number of Votes: | 0 |
|  | Number of Votes Accepting: | 0 |
|  | Dollar Amount of Votes: | 0 |

| | | |
|---|---|---|
| Dollar Amount of Votes Accepting: | | **0** |
| % of Votes Accepting: | | **0** |
| % of Dollar Amounts Accepting: | | **0** |
| Impaired Class: | | **YES** |
| Requisite Vote: | | **YES** |

| CLASS | CREDITOR<br>**Amount Per Ballot** | VOTE |
|---|---|---|
| 30. | **CRESCENT ONE EQUITY INTERESTS** | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>**Amount Per Ballot** | VOTE |
|---|---|---|
| 31. | **IORMC EQUITY INTERESTS** | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>**Amount Per Ballot** | VOTE |
|---|---|---|
| 32. | **ST. CROIX EQUITY INTERESTS** | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |

| Dollar Amount of Votes Accepting: | 0 |
|---|---|
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 33. | NAVIGO GENERAL UNSECURED CLAIMS | NO VOTE |

| Number of Votes: | 0 |
|---|---|
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | 0 |
| Dollar Amount of Votes Accepting: | 0 |
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 34. | NAVIGO EQUITY INTERESTS | NO VOTE |

| Number of Votes: | 0 |
|---|---|
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | 0 |
| Dollar Amount of Votes Accepting: | 0 |
| % of Votes Accepting: | 0 |
| % of Dollar Amounts Accepting: | 0 |
| Impaired Class: | YES |
| Requisite Vote: | YES |

The exact vote, by creditor, is attached to this Tabulation as **Exhibit A.**

**DATED** this 15th day of April, 2011.

### Certificate of Service

I HEREBY CERTIFY that a true copy of Ballot Tabulation, together with all exhibits, has been furnished via electronic transmission and/or U.S. Mail, Postage Prepaid to the following: Deborah Linden, Island One, Inc. 8680 Commodity Circle, Orlando, FL 32819; the

Local Rule 1007-2 Parties-in-Interest Matrix; the Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 15th day of April 2011.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire
Florida Bar No. 0600547
**BAKER & HOSTETLER LLP**

200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Tel: 407-649-4000
Fax: 407-841-0168
Attorneys for Debtor

103787169

**ISLAND ONE, INC., et al.**
**CASE NO. 6:10-bk-16177-KSJ**

**EXHIBIT A – BALLOT TABULATION**

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 1 | **TEXTRON FINANCIAL CORP.** (Island One/TFC Receivables Loan Obligations) | YES | $67,469,397.29 | |
| TOTAL | | | $67,469,397.29 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 2 | **TEXTRON FINANCIAL CORP./LIBERTY BANK** (Liberty Receivables Loan Obligations) | YES | $7,954,072.46 | |
| TOTAL | | | $7,954,072.46 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 3 | **TEXTRON FINANCIAL CORP.** (Cove Inventory Loan Obligations) | YES | $3,704,550.00 | |
| TOTAL | | | $3,704,550.00 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 4 | **BB&T** (Consolidated Inventory Loan Obligations) | | | Period to file ballot extended to 4/18/2011 |

1

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|-------|----------|------|--------------|----------|
| 5 | **BB&T**<br>(LTV III Land Loan Obligations) | | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|-------|----------|------|--------------|----------|
| 6 | **BB&T**<br>(LTV III Out Parcel Obligations) | | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|-------|----------|------|--------------|----------|
| 7 | **BB&T**<br>(Sales Center Loan Obligations) | | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|-------|----------|------|--------------|----------|
| 8 | **BB&T**<br>(Barefoot'n Loan Obligations) | | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|-------|----------|------|--------------|----------|
| 9 | **BB&T**<br>(Equipment Loan Obligations) | | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 10 | **BB&T** (2008 Dodge Ram Loan Obligations) | | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 11 | **H.J.C. FLORIDIAN** (Ormond Beach Loan Obligations) | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 12 | **ISLAND ONE NOTEHOLDERS** | YES | | |
| a. | Larry Fey | NOT COUNTED | 0 | Claim Objection filed |
| b. | Roberta Springer | YES | $56,552.33 | |
| c. | Nicholas Stimac | NOT COUNTED | 0 | Claim Objection filed |
| d. | Rosalie Stimac | NOT COUNTED | 0 | Claim Objection filed |
| e. | John Springer, Jr. | YES | $88,194.70 | |
| TOTAL | | | $144,747.03 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 13 | **ISLAND ONE GENERAL UNSECURED CLAIMS** (Trade Claims) | NO | | |

3

| | | | | |
|---|---|---|---|---|
| a. | Milan W. Knowles, Sr. | NO VOTE | $0.00 | did not accept or reject; no amount given |
| b. | The Scott Partnership Architecture, Inc. | YES | $17,043.80 | |
| c. | Michael Alderman Service Center | NO | $2,443.44 | |
| d. | Advantage Travel, LLC | YES | $76,290.80 | |
| e. | Advantage Travel, LLC | YES | $63,753.63 | |
| f. | Cleaburne H. and Jolene C. Fritz | NO VOTE | $0.00 | ballot indicates $10,000.00 but schedules indicate $139.00 |
| g. | Rebeca L. Caravajal | NO | $50.00 | no amount on ballot; amount taken from IOI Schedule E |
| h. | Robert Griffin | NO | $11,650.00 | |
| i. | Sheri A. Mitchell | NO | $220.00 | |
| j. | Vincent T. Dragone | YES | $8,500.00 | |
| k. | Francis J. Coppola | NO | $11,092.25 | |
| l. | Linda P. Coppola | NOT COUNTED | $0.00 | Duplicate |
| m. | Patricia and Richard Marrah | NO | $448.00 | on IOI Schedule E |
| n. | Automated Merchant Systems, Inc. | NOT COUNTED | 0 | claim objection has been filed; Proof of Claim filed for $4,900,540.32 |
| o. | Peninsula Resort Management | NO | $17,000.00 | Proof of claim filed. Amount on ballot is $19,334.55 |
| p. | Pete Creighton | YES | $129.00 | filed IOI Proof of Claim |
| q. | Phyllis A. Hodge | NO | $168.00 | filed IOI Proof of Claim |
| r. | Shelly Wallace | NO | $298.00 | filed Proof of Claim |

4

| | | NOT COUNTED | | |
|---|---|---|---|---|
| s. | Louran Alkoka | 0 | no amount on ballot; filed Proof of Claim for $1,000,000.00; claim objection has been filed | |
| t. | LCG Capital Group, LLC | YES | $3,000.00 | on IOI Schedule F |
| u. | Automated Mechanical Services, Inc. | YES | $2,699.63 | on IOI Schedule F |
| v. | Maria Sobczak | NO | $50.00 | no amount on ballot; on IOI Schedule E |
| w. | Deborah Parker | NO | $1,630.38 | filed Proof of Claim |
| x. | Nancy Lathbury | NO | $149.00 | no amount on ballot; on IOI Schedule E |
| y. | Grand Seas Resort Partners | YES | $745,716.25 | filed IOI Proof of Claim |
| z. | Sherry A. Martin Price | NO | $168.00 | on IOI Schedule E |
| aa. | Edward C. Holley | NO | $298.00 | on IOI Schedule E |
| bb. | Mary S. Wilson | NO | $168.00 | incorrectly selected Class I; listed on IOI Schedule E |
| cc. | Cheryl Turner | NO | $298.00 | on IOI Schedule E |
| dd. | Marge Gruel | NO | $249.00 | incorrectly selected Class 1;on IOI Schedule E |
| ee. | Cynthia Reed | NO | $99.00 | incorrectly selected Class 2; on IOI schedule E as $99.00; ballot amount $105.00 |
| ff. | Robert M. Toyota | NO | $250.00 | incorrectly selected class 19; on IOI Schedule E as $250.00; ballot amount is $7419 |
| gg. | Frances D. Hill | NO | $249.00 | incorrectly selected class 34; on IOI Schedule E as $249.00; ballot indicates $375.00 |

| | | | |
|---|---|---|---|
| hh. | Sharene Wilson | NO | on IOI Schedule E as $199.00; no class or amount on ballot |
| ii. | Philip H. Puddington | NO | on IOI Schedule E |
| jj. | Ann and Harry Cook | NO | on IOI Schedule E as $199.00 and $456.00 |
| kk. | Robert and Carolyn Murillo | NO | no class selected; on IOI Schedule E as $225.00;; ballot amount $250.00 |
| mm. | Ronald E. Bell | NO | no class selected; on IOI Schedule E; no amount on ballot |
| nn. | Judith Williams | YES | incorrectly selected class 12; on IOI Schedule F |
| oo. | Marcella Kahn | NO | on IOI Schedule E |
| pp. | Loretta Parks | NO VOTE | on IOI Schedule E |
| qq. | Joanne Cain | YES | on IOI Schedule E |
| rr. | Danielle Sayer | NO | on IOI Schedule E |
| ss. | Rose Townsend | NO | on IOI Schedule E |
| tt. | John Patterson | NO | on IOI Schedule E |
| uu. | Nina Ferrante | NO | on IOI Schedule E as $179.00; ballot amount is $1,038.00 |
| vv. | Stella Seagle | NO | on IOI Schedule E as $199.00; ballot amount is blank |
| ww. | Steven M. Johnson | NO | on IOI Schedule E as $199.00; ballot amount is $200.00 |
| xx. | Jack B. Vance | NO | on IOI Schedule E |

| | | | |
|---|---|---|---|
| yy. | Michelle Rotellini | NO | $168.00 | on IOI Schedule E |
| zz. | Velma Robinson | NO | $199.00 | on IOI Schedule E as $199.00; ballot amount is $323.00 |
| aaa. | Patty Melton | NO | $199.00 | on IOI Schedule E; ballot amount is blank |
| bbb. | Shawn Doyle | NO | $470.00 | on IOI Schedule E; ballot amount is $5,696.27 |
| ccc. | Sukrahm Narine | NO | $149.00 | on IOI Schedule E; ballot amount is blank |
| ddd. | Marilou Joyce | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| eee. | Sharon J. Olson | NO | $298.00 | on IOI Schedule E; ballot amount is $300.00 |
| fff. | Nancy Fallon | NO | $149.00 | on IOI Schedule E; ballot amount is $198.00 |
| ggg. | Heidi K. Dullanty | NO | $149.00 | on IOI Schedule E; ballot amount is blank |
| hhh. | Henry M. Veal, Jr. | NO | $7,600.00 | on IOI Schedule E; ballot amount is listed as unknown |
| iii. | Cynthia Gardner | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| jjj. | Gordon M. Schaaf | NO | $249.00 | on IOI Schedule E; ballot amount is $5,500.00 |
| kkk. | Charles W. Woodard | NO | $50.00 | on IOI Schedule E; ballot amount is $0 |
| lll. | Michael A. LeCompte | NO | $50.00 | on IOI Schedule E; ballot amount is $500.00 |
| mmm. | Barbara Ehrhard | NO | $168.00 | on IOI Schedule E |
| nnn. | D. Dennis Nerstad | NO | $149.00 | on IOI Schedule E; ballot amount is blank |

| | | | | |
|---|---|---|---|---|
| ooo. | Patricia A. Knight | NO | $129.00 | on IOI Schedule E; ballot amount is $150.00 |
| ppp. | Phillip N. Sprain | NO | $199.00 | on IOI Schedule E; ballot amount is unknown |
| qqq. | Johanna M. Coleman | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| rrr. | Garth Hunter | NO | $249.00 | on IOI Schedule E; ballot amount is $3,450.00 |
| sss. | Robert S. Taylor | YES | $299.00 | incorrectly selected Class 33; on IOI Schedule E; ballot amount is $225.00 |
| ttt. | Maria C. Kaiser | NO | $298.00 | incorrectly selected Class 33; on IOI Schedule E |
| uuu. | Kristie Nyul | NO | $199.00 | incorrectly selected Class 33; ; on IOI Schedule E; ballot amount is $200.00 |
| vvv. | Liberty Bank, as agent | YES | $5,295,183.00 | |
| www. | Textron Financial Corp. | YES | $47,529,813.00 | |
| xxx. | Leon Jordan | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| yyy. | Barry Goldman | NO | $199.00 | on IOI Schedule E; ballot amount is blank |
| zzz. | Betty Erickson | NO | $199.00 | on IOI Schedule E |
| aaaa. | Larry Gamino | NO | $149.00 | on IOI Schedule E; ballot amount is blank |
| bbbb. | Lois Rouse | NO VOTE | $0.00 | |
| cccc. | Lonny Pana | NO | $356.00 | on IOI Schedule E; ballot amount is blank |

|  | | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| dddd. | Gary A. and Lucille R. Turner | NO | $556.00 | on IOI Schedule E as $556.00; ballot amount is $40,000.00 |
| eeee | Karen S. Powell | NO | $249.00 | on IOI Schedule E; ballot amount is blank |
| TOTAL | | | $53,824,759.65 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 14 | TEXTRON FINANCIAL CORP. (IOI Funding Loan Obligations) | YES | $3,560,705.98 | |
| TOTAL | | | $3,560,705.98 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 15 | IOI FUNDING GENERAL UNSECURED CLAIMS (Trade Claims) | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 16 | TEXTRON FINANCIAL CORP. (Crescent Inventory Loan Obligations) | YES | $4,901,264.12 | |
| TOTAL | | | $4,901,264.12 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 17 | **TEXTRON FINANCIAL CORP.** (Crescent Receivables Loan Obligations) | YES | $6,511,263.25 | |
| **TOTAL** | | | **$6,511,263.25** | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 18 | **CRESCENT GENERAL UNSECURED CLAIMS** (Trade Claims) | YES | | |
| a. | Automated Merchant Systems, Inc. | NOT COUNTED | 0 | claim objection has been filed |
| b. | Textron Financial Corp | YES | $9,756,099.00 | |
| **TOTAL** | | | **$9,756,099.00** | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 19 | **TEXTRON FINANCIAL CORP.** (IORMC Loan Obligations) | YES | $8,732,518.34 | |
| **TOTAL** | | | **$8,732,518.34** | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 20 | **OLD FLORIDA** (Warehouse Loan Obligations) | YES | $741,313.34 | |
| **TOTAL** | | | **$741,313.34** | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 21 | **IORMC GENERAL UNSECURED CLAIMS** (Trade Claims) | NO | | |
| a. | Automated Merchant Systems, Inc. | NOT COUNTED | $0 | objection to claim filed |
| b. | American Express Travel Related Services Company, Inc. | NO | $5,374.88 | |
| c. | American Express Travel Related Services Company, Inc. | NO | $150,910.15 | |
| d. | Textron Financial Corp. | YES | $5,046,634.00 | |
| TOTAL | | | **$5,202,919.03** | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 22 | **BB&T** (St. Croix Acquisition Loan Obligations) | NO VOTE | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 23 | **BB&T** (2007 Dodge Ram Loan Obligations) | NO VOTE | | Period to file ballot extended to 4/18/2011 |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 24 | **BB&T** (2008 Jeep Patriot Loan Obligations) | NO VOTE | | Period to file ballot extended to 4/18/2011 |

11

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 25 | **VIRGIN ISLAND DESIGN**<br>(St. Croix Acquisition Loan Obligations) | NO | $812,500.00 | incorrectly voted also in class 13 |
| TOTAL | | | **$812,500.00** | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 26 | **MAPLE LEAF, LLC**<br>(Acquisition Loan Obligations) | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 27 | **ST. CROIX ONE GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | NO | | |
| a. | Virgin Island Design Build Group, LLC | NO | $241,416.68 | |
| b. | Chicken Charlie's Roadhouse – Jack M. Hamilton | YES | $400.00 | incorrectly selected Class 12; listed on St. Croix Schedule F |
| TOTAL | | | **$241,816.68** | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 28 | **ISLAND ONE EQUITY INTERESTS** | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 29 | IOI FUNDING EQUITY INTERESTS | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 30 | CRESCENT ONE EQUITY INTERESTS | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 31 | IORMC EQUITY INTERESTS | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 32 | ST. CROIX ONE EQUITY INTERESTS | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 33 | NAVIGO GENERAL UNSECURED CLAIMS | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 34 | NAVIGO EQUITY INTERESTS | NO VOTE | | |

Label Matrix for local noticing
113A-6
Case 6:10-bk-16177-KSJ
Middle District of Florida
Orlando
Fri Apr 15 15:02:00 EDT 2011

AMERICAN EXPRESS,INC.
PO BOX 360001
FT LAUDERDALE, FL 33336-0001

Kenneth E Aaron
Weir & Partners LLP
The Widener Building - Suite 500
1339 Chestnut Street
Philadelphia, PA 19107-3519 [ECF]

Adam L Alpert
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913 [ECF]

(c)AUTOMATED MERCHANT SYSTEMS, INC.
C/O KEVIN E. MANGUM, ESQ.
101 SUNNYTOWN RD STE 300
CASSELBERRY FL 32707-3862 [ECF]

CIT TECHNOLOGY FIN SERV, INC.
21719 NETWORK PLACE
CHICAGO, IL 60673-1217

CIT Vendor Finance
c/o Diane Noller Wells, Esq.
Devine Goodman Rasco & Wells, P.A.
777 Brickell Ave., Suite 850
Miami, FL 33131-2811 [ECF]

Campbell, Ken
8400 Darlene Drive
Orlando, FL 32836-5902

Stewart Cohen
Stewart Cohen PA
1510 East Colonial Drive
Suite 305
Orlando, FL 32803-4790 [ECF]

Comfeld, Robert
3850 Hollywood Blvd.
Suite 1400
Hollywood, FL 33021-6748

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

Deborah Linden
c/o Peter N. Hill, Esq.
Wolff, Hill, McFarlin & Herron, PA
1851 W Colonial Dr.
Orlando, FL 32804-7013 [ECF]

Denise D Dell-Powell
Burr & Forman LLP
450 S Orange Avenue
Suite 200
Orlando, FL 32801-3385 [ECF]

E-TECHSERVICES.COM, INC.
5220 SW 91ST TERRACE
GAINESVILLE, FL 32608-7124

Daniel M Eliades
Forman, Holt, Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661 [ECF]

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

Fey, Larry
Kolodziej Eisen and Fey
10061 West Lincoln Highway
Farnfort IL 60423-1272

Steven E Fox
Epstein Becker & Green PC
250 Park Avenue
New York, NY 10177-1211 [ECF]

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Gibellina, Ronald
4513 Grove
Brookfield, IL 60513-2556

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410 [ECF]

Mark D. Hildreth
Shumaker, Loop & Kendrick, LLP
P. O. Box 49948
Sarasota, FL 34230-6948 [ECF]

Peter N Hill
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804-7013 [ECF]

Robert S Hoofman
Rush Marshall Jones & Kelly PA
Post Office Box 3146
Orlando, FL 32802-3146 [ECF]

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Island One, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

Jaguar Credit
c/o Roger A. Kelly
PO Box 3146
Orlando, FL 32802-3146[ECF]

John J Rapisardi
One World Financial Center
New York NY 10281-1003 [DUP]

KIRBY OIL CO., INC.
P O BOX 567
LAKE CITY, FL 32056-0567

Roger A Kelly
Rush, Marshall, Jones & Kelly, P.A.
Post Office Box 3146
Orlando, FL 32802-3146 [DUP/ECF]

Stephen D. Korshak
Korshak & Associates
8680 Commodity Circle
Suite 200B
Orlando, FL 32819-9000

Lawrence M Kosto
Kosto & Rotella PA
Post Office Box 113
Orlando, FL 32802-0113 [ECF]

Mindy Y Kubs
Maynard Cooper & Gale
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203 [ECF]

Andrew W Lennox
Hill Ward Henderson
3700 Bank of America Plaza
101 E. Kennedy Blvd.
Tampa, FL 33602-5179 [ECF]

Liberty Bank
c/o R. Jeffrey Smith
Bingham McCutchen, LLP
One State Street, Suite 1400
Hartford, CT 06103-3100

Liberty Bank, N.A.
c/o Kathleen S. McLeroy
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239 [ECF]

MAGIC MEDIA
C/O BORDEN,JONES & MITCHELL,LC
P.O. BOX 544
CARROLLTON, GA 30112-0010

(c)KEVIN E MANGUM
MANGUM & ASSOCIATES PA
101 SUNNYTOWN RD STE 300
CASSELBERRY FL 32707-3862 [ECF]

Frank F McGinn
Bartlett Hackett Feinberg PC
155 Federal Street
9th Floor
Boston, MA 02110-1610 [ECF]

Kathleen McLeroy
Carlton Fields
4221 West Boy Scout Boulevard Suite 1000
Tampa, FL 33607-5780 [ECF]

Kathleen S. McLeroy
Carlton Fields PA
PO Box 3239
Tampa, FL 33601-3239 [ECF]

Miami-Dade County Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1561

Miami-Dade County Tax Collector
c/o Melinda S. Thornton, Esq.
Stephen P. Clark Center
111 N. W. 1st Street, Suite 2810
Miami, FL 33128-1930 [ECF]

Old Florida National Bank
60 North Court Avenue
Orlando, FL 32801-2409

Old Florida National Bank
c/o Jason A. Rosenthal
4798 New Broad Street, Suite 310
Orlando, FL 32814-6436 [ECF]

PAETEC
PO BOX 1283
BUFFALO, NY 14240-1283

PENINSULA RESORT MANAGEMENT
LLC
2424 N. ATLANTIC AVE.
DAYTONA BEACH, FL 32118-3245

PMAT BELLAIR, LLC
C/O PROPERTY ONE, INC.
4141 VETERANS BLVD, STE 300
METAIRIE, LA 70002

PMAT Bellair, L.L.C.
c/o Andrew W. Lennox
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, FL 33601-2231 [ECF]

Jimmy D Parrish
Baker & Hostetler  LLP
200 S Orange Avenue
SunTrust Center - Suite 2300
Orlando, FL 32801-3410 [ECF]

Tiffany D Payne
Baker Hostetler
PO Box 112  [ECF]
Orlando, FL 32802-0112

Geoffrey J Peters
Weltman Weinberg & Reis Co LPA
175 South Third Street
Suite 900
Columbus, OH 43215-5177 [ECF]

Quentin Walsh
10 Francis Road
Wellesley MA 02482-4703

RIVERPOINT SOLUTIONS GROUP,LLC
2200 E DEVON AVE, STE 385
DES PLAINS, IL 60018-4590

John J Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281-1003

Jason A Rosenthal
The Rosenthal Law Firm PA
212 Pasadena Place
Suite A
Orlando, FL 32803-3862 [ECF]

SURVEY SERVICES CO., LLC
27-28 KING CROSS ST
CHRISTIANSTED, VI 00820

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353 [ECF]

Zachary H Smith
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281-1003

Steven J Solomon
GrayRobinson
1221 Brickell Avenue, 16th Floor
Miami, FL 33131-3224 [ECF]

H. Bradley Staggs
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913 **[ECF]**

Miriam G Suarez
United States Trustee
135 West Central Blvd  Suite 620
Orlando, FL 32801-2440 **[ECF]**

Sysco Central Florida Inc f/k/a Sysco Food S
c/o Stewart Cohen, Esq.
1510 E. Colonial Drive, Suite 305
Orlando, FL 32803-4734 **[ECF]**

THE SCOTT PARTNERSHIP
ARCHITECTURE, INC.
429 S.KELLER RD.SUITE 200
ORLANDO, FL 32810-7187

Frank P Terzo
GrayRobinson
1221 Brickell Avenue
Suite 1650
Miami, FL 33131-3259 **[ECF]**

Melinda S Thornton
Miami-Dade County Attorney's Office
Stephen P Clark Center
111 Northwest 1st Street - Suite 2810
Miami, FL 33128-1930 **[ECF]**

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440 **[ECF]**

VIRGIN ISLANDS DESIGN BUILD GROUP, LLC
5031 COTTON VALLEY 55 H&C
CHRISTIANSTED, ST.CROIX, VI 00820

WESTERN RESERVE PARTNERS, LLC
200 PUBLIC SQUARE, STE 3750
CLEVELAND, OH 44114-2321

Diane Noller Wells
Devine Goodman Rasco & Wells PA
777 Brickell Avenue
Suite 850
Miami, FL 33131-2811 **[ECF]**

Zachary H Smith
One World Financial Center
New York NY 10281-1003 **[DUP]**

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Automated Merchant Systems, Inc.
c/o Kevin E. Mangum, Esq.
5100 Hwy 17-92, Suite 300
Casselberry, FL 32707

Kevin E Mangum
Mangum & Associates PA
5100 Highway 17-92
Suite 300
Casselberry, FL 32707

End of Label Matrix
Mailable recipients    70
Bypassed recipients     0
Total                  70