# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 6:10-bk-16177-KSJ** |
| **ISLAND ONE, INC., et al.,** | **CHAPTER 11** |
| | **Jointly Administered with Case Nos. 6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ, 6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ,** |
| **Debtor.** | **6:10-bk-16189-KSJ** |
| _____/ | ***EMERGENCY RELIEF REQUESTED*** |

## *CORRECTIVE*[1] EMERGENCY MOTION TO CONTINUE COMBINED HEARING ON DEBTORS' DISCLOSURE STATEMENT AND CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN

## AND

## CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY CONSIDERATION

ISLAND ONE, INC. ("IOI"), and its affiliates as debtors and debtors-in-possession (collectively "Debtors"), through their undersigned counsel, request that the combined hearing on Debtor's First Amended Joint Plan (Doc. No. 366) (the "Plan") and First Amended Joint Disclosure Statement (Doc. No. 367) (the "Disclosure Statement") be continued to May 25, 2011. Textron Financial Corporation ("Textron"), Liberty Bank ("Liberty"), and Branch

---

[1] The Emergency Motion is only being re-filed for purposes of correcting the proper attorney signature affliation with the actual ECF filing. Doc. No. 429 was inadvertently efiled using the incorrect attorney ECF login and password for lead counsel for Debtors as opposed to using the proper ECF login and password for the actual attorney submitting the Emergency Motion.

Banking and Trust Company Acquired Asset Group, LLC ("BB&T") have consented to Debtors' request for continuance. In support of the relief requested, Debtors state as follows:

JURISDICTION

1. On September 10, 2010 (the "Petition Date") the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The cases are being jointly administered.

2. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under 11 U.S.C §§ 1107 and 1108.

3. The Court has jurisdiction of this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

EVENTS NECESSITATING CONTINUANCE

4. Approximately 20 matters, including the hearing on the Debtors' Plan and Disclosure Statement, are scheduled for hearing on April 20, 2011 at 10:15am. Forty-five [45] minutes are allocated for these matters prior to the next scheduled hearing.

5. For months, the Debtors have worked diligently with multiple parties[2] in order to resolve issues necessary to consensually confirm their Chapter 11 plan.

6. Very recently, on April 13, 2011, the Creditors' Committee filed an approximately fifty [50] page objection to confirmation (Doc. No. 402) (the "Committee's Objection").

7. Debtors do not anticipate being able to address the myriad issues in the Committee's Objection in only a forty-five [45] minute period of time.

---

[2] Debtors and BB&T are in the final stages of reaching agreements which would result in confirmation with the support of BB&T. As such, BB&T's time period in which to object to confirmation and to vote has been extended until the date of the confirmation hearing.

WHEREFORE, the Debtors respectfully request that this Court enter an order continuing the hearing on the Debtors' First Amended Joint Plan (Doc. No. 366) and (Disclosure Statement (Doc. No. 367) and grant any such further relief as is appropriate.

RESPECTFULLY SUBMITTED this <u>19th</u> day of April, 2011.

<u>/s/ Tiffany D. Payne</u>
Tiffany D. Payne, Esq.
Florida Bar No.: 042144
tpayne@bakerlaw.com
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:10-bk-16177-KSJ |
| ISLAND ONE, INC., et al., | CHAPTER 11 |
| | Jointly Administered with Case Nos. 6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ, 6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ, 6:10-bk-16189-KSJ |
| Debtors. | |

_____/

## CERTIFICATION OF NECESSITY
## OF REQUEST FOR EMERGENCY CONSIDERATION

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

I CERTIFY FURTHER that there is a true necessity for expedited consideration, specifically because there is insufficient time in which to address all issues related to confirmation prior to the beginning of the next scheduled hearing. Therefore, the undersigned filed this request seeking expedited consideration to assure the request could be considered by the Court at the confirmation hearing currently scheduled for April 20, 2011 at 10:15am.

I CERTIFY FURTHER that the necessity of this expedited consideration request has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of Federal Rule of Bankruptcy Procedure 9011 and the consequences of noncompliance with same.

DATED this 19th day of April, 2011.

/s/ Tiffany D. Payne
Tiffany D. Payne, Esquire
407-649-4079

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:10-bk-16177-KSJ |
| ISLAND ONE, INC., et al., | CHAPTER 11 |
| | Jointly Administered with Case Nos. 6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ, 6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ, |
| Debtor. | 6:10-bk-16189-KSJ |
| _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2011, a true and correct copy of the foregoing ***CORRECTIVE*** **DEBTORS' EMERGENCY MOTION TO CONTINUE CONFIRMATION HEARING AND CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY CONSIDERATION** was filed with the Court and furnished via electronic noticing via the CM/ECF system to all counsel or parties requesting such notice, and more specifically to the following: Island One, Inc., et al. (Debtor); Attn: Deborah Linden, 8680 Commodity Circle, Orlando, FL 32819; the Official Committee of Unsecured Creditors of Island One, Inc., et al., c/o Bush Ross, P.A., Attn: H. Bradley Staggs, Esq./Adam Alpert, Esq.., P.O. Box 3913, Tampa, FL 33601-3913; and the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801 on this 19th day of April, 2011.

/s/ Tiffany D. Payne
Tiffany D. Payne, Esq.