# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                    **CASE NO. 6:10-bk-16177-KSJ**

**ISLAND ONE, INC.,** *et al.,*           **CHAPTER 11**

                                          **Jointly Administered with Case Nos.
                                          6: 10-bk-16179-KSJ, 6: 10-bk-16180-KSJ,
                                          6: 10-bk-16182-KSJ, 6: 10-bk-16183-KSJ,
                                          6: 10-bk-16189-KSJ**

                                          **Confirmation hearing to be held on
                                          Wednesday, May 4, 2011, at 9:00 a.m.**

_____/

## AMENDED BALLOT TABULATION

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|-------------------------------|------|
| 1. | **TEXTRON FINANCIAL CORP.**<br>(Island One/TFC Receivables Loan Obligations) | **ACCEPT** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$67,469,397.29** |
| | Dollar Amount of Votes Accepting: | **$67,469,397.29** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|-------------------------------|------|
| 2. | **TEXTRON FINANCIAL CORP.**<br>(Liberty Receivables Loan Obligations) | **ACCEPT** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$7,954,072.46** |
| | Dollar Amount of Votes Accepting: | **$7,954,072.46** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR Amount Per Ballot | VOTE |
|---|---|---|
| 3. | **TEXTRON FINANCIAL CORP.** (Cove Inventory Loan Obligations) | **ACCEPT** |

| | | |
|---|---|---|
| Number of Votes: | | 1 |
| Number of Votes Accepting: | | 1 |
| Dollar Amount of Votes: | | $3,704,550.00 |
| Dollar Amount of Votes Accepting: | | $3,704,550.00 |
| % of Votes Accepting: | | 100% |
| % of Dollar Amounts Accepting: | | 100% |
| Impaired Class: | | YES |
| Requisite Vote: | | YES |

| CLASS | CREDITOR Amount Per Ballot | VOTE |
|---|---|---|
| 4. | **BB&T** (Consolidated Inventory Loan Obligations) | **ACCEPT** |

| | | |
|---|---|---|
| Number of Votes: | | 1 |
| Number of Votes Accepting: | | 1 |
| Dollar Amount of Votes: | | 0 |
| Dollar Amount of Votes Accepting: | | 0 |
| % of Votes Accepting: | | 100% |
| % of Dollar Amounts Accepting: | | 100% |
| Impaired Class: | | YES |
| Requisite Vote: | | YES |

| CLASS | CREDITOR Amount Per Ballot | VOTE |
|---|---|---|
| 5. | **BB&T** (LTV III Land Loan Obligations) | **ACCEPT** |

| | | |
|---|---|---|
| Number of Votes: | | 1 |
| Number of Votes Accepting: | | 1 |
| Dollar Amount of Votes: | | 0 |
| Dollar Amount of Votes Accepting: | | 0 |
| % of Votes Accepting: | | 100% |
| % of Dollar Amounts Accepting: | | 100% |
| Impaired Class: | | YES |
| Requisite Vote: | | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 6. | BB&T<br>(LTV III Out Parcel Obligations) | ACCEPT |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 1 |
| | Dollar Amount of Votes: | 0 |
| | Dollar Amount of Votes Accepting: | 0 |
| | % of Votes Accepting: | 100% |
| | % of Dollar Amounts Accepting: | 100% |
| | Impaired Class: | YES |
| | Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 7. | BB&T<br>(Sales Center Loan Obligations) | ACCEPT |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 1 |
| | Dollar Amount of Votes: | 0 |
| | Dollar Amount of Votes Accepting: | 0 |
| | % of Votes Accepting: | 100% |
| | % of Dollar Amounts Accepting: | 100% |
| | Impaired Class: | YES |
| | Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 8. | BB&T<br>(Barefoot'n Loan Obligations) | ACCEPT |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 1 |
| | Dollar Amount of Votes: | 0 |
| | Dollar Amount of Votes Accepting: | 0 |
| | % of Votes Accepting: | 100% |
| | % of Dollar Amounts Accepting: | 100% |
| | Impaired Class: | YES |
| | Requisite Vote: | YES |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 9. | **BB&T**<br>(Equipment Loan Obligations) | **ACCEPT** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 10. | **BB&T**<br>(2008 Dodge Ram Loan Obligations) | **ACCEPT** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 11. | **H.J.C. FLORIDIAN**<br>(Ormond Beach Loan Obligations) | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **NO VOTE** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 12. | **ISLAND ONE NOTE HOLDERS** | **ACCEPT** |

| | | |
|---|---|---|
| | Number of Votes: | **2** |
| | Number of Votes Accepting: | **2** |
| | Dollar Amount of Votes: | **$144,747.03** |
| | Dollar Amount of Votes Accepting: | **$144,747.03** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 13. | **ISLAND ONE GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | **REJECTS** |

| | | |
|---|---|---|
| | Number of Votes: | **75** |
| | Number of Votes Accepting: | **13** |
| | Dollar Amount of Votes: | **$53,824,759.65** |
| | Dollar Amount of Votes Accepting: | **$53,761,410.58** |
| | % of Votes Accepting: | **17.3%** |
| | % of Dollar Amounts Accepting: | **99.88%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **NO** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 14. | **TEXTRON FINANCIAL CORP.**<br>(IOI Funding Loan Obligations) | **ACCEPT** |

| | | |
|---|---|---|
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$3,560,705.98** |
| | Dollar Amount of Votes Accepting: | **$3,560,705.98** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|-------------------------------|------|
| 15. | **IOI FUNDING GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | **NO VOTE** |
| | Number of Votes: | **0** |
| | Number of Votes Accepting: | **0** |
| | Dollar Amount of Votes: | **0** |
| | Dollar Amount of Votes Accepting: | **0** |
| | % of Votes Accepting: | **0** |
| | % of Dollar Amounts Accepting: | **0** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **NO VOTE** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|-------------------------------|------|
| 16. | **TEXTRON FINANCIAL CORP.**<br>(Crescent Inventory Loan Obligations) | **ACCEPT** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$4,901,264.12** |
| | Dollar Amount of Votes Accepting: | **$4,901,264.12** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|-------------------------------|------|
| 17. | **TEXTRON FINANCIAL CORP.**<br>(Crescent Receivables Loan Obligations) | **ACCEPT** |
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$6,511,263.25** |
| | Dollar Amount of Votes Accepting: | **$6,511,263.25** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 18. | **CRESCENT GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | **ACCEPT** |

Number of Votes: **1**
Number of Votes Accepting: **1**
Dollar Amount of Votes: **$9,756,099.00**
Dollar Amount of Votes Accepting: **$9,756,099.00**
% of Votes Accepting: **100%**
% of Dollar Amounts Accepting: **100%**
Impaired Class: **YES**
Requisite Vote: **YES**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 19. | **TEXTRON FINANCIAL CORP.**<br>(IORMC Loan Obligations) | **ACCEPT** |

Number of Votes: **1**
Number of Votes Accepting: **1**
Dollar Amount of Votes: **$8,732,518.34**
Dollar Amount of Votes Accepting: **$8,732,518.34**
% of Votes Accepting: **100%**
% of Dollar Amounts Accepting: **100%**
Impaired Class: **YES**
Requisite Vote: **YES**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 20. | **OLD FLORIDA**<br>(Warehouse Loan Obligations) | **ACCEPT** |

Number of Votes: **1**
Number of Votes Accepting: **1**
Dollar Amount of Votes: **$741,313.34**
Dollar Amount of Votes Accepting: **$741,313.34**
% of Votes Accepting: **100%**
% of Dollar Amounts Accepting: **100%**
Impaired Class: **YES**
Requisite Vote: **YES**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 21. | **IORMC GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | **REJECTS** |

|  |  |
|--|--|
| Number of Votes: | **3** |
| Number of Votes Accepting: | **1** |
| Dollar Amount of Votes: | **$5,202,919.03** |
| Dollar Amount of Votes Accepting: | **$5,046,634.00** |
| % of Votes Accepting: | **33%** |
| % of Dollar Amounts Accepting: | **96.99%** |
| Impaired Class: | **YES** |
| Requisite Vote: | **NO** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 22. | **BB&T**<br>(St. Croix Acquisition Loan Obligations) | **ACCEPT** |

|  |  |
|--|--|
| Number of Votes: | **1** |
| Number of Votes Accepting: | **1** |
| Dollar Amount of Votes: | **0** |
| Dollar Amount of Votes Accepting: | **0** |
| % of Votes Accepting: | **100%** |
| % of Dollar Amounts Accepting: | **100%** |
| Impaired Class: | **YES** |
| Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 23. | **BB&T**<br>(2007 Dodge Ram Loan Obligations) | **ACCEPT** |

|  |  |
|--|--|
| Number of Votes: | **1** |
| Number of Votes Accepting: | **1** |
| Dollar Amount of Votes: | **0** |
| Dollar Amount of Votes Accepting: | **0** |
| % of Votes Accepting: | **100%** |
| % of Dollar Amounts Accepting: | **100%** |
| Impaired Class: | **YES** |
| Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 24. | **BB&T**<br>(2008 Jeep Patriot Loan Obligations) | **ACCEPT** |
|  | Number of Votes:<br>Number of Votes Accepting:<br>Dollar Amount of Votes:<br>Dollar Amount of Votes Accepting:<br>% of Votes Accepting:<br>% of Dollar Amounts Accepting:<br>Impaired Class:<br>Requisite Vote: | **1**<br>**1**<br>**0**<br>**0**<br>**100%**<br>**100%**<br>**YES**<br>**YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 25. | **VIRGIN ISLAND DESIGN**<br>(St. Croix Acquisition Loan Obligations) | **REJECT** |
|  | Number of Votes:<br>Number of Votes Accepting:<br>Dollar Amount of Votes:<br>Dollar Amount of Votes Accepting:<br>% of Votes Accepting:<br>% of Dollar Amounts Accepting:<br>Impaired Class:<br>Requisite Vote: | **1**<br>**0**<br>**$812,500.00**<br>**0**<br>**0**<br>**0**<br>**YES**<br>**NO** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 26. | **MAPLE LEAF, LLC**<br>(Acquisition Loan Obligations) | **NO VOTE** |
|  | Number of Votes:<br>Number of Votes Accepting:<br>Dollar Amount of Votes:<br>Dollar Amount of Votes Accepting:<br>% of Votes Accepting:<br>% of Dollar Amounts Accepting:<br>Impaired Class:<br>Requisite Vote: | **0**<br>**0**<br>**0**<br>**0**<br>**0**<br>**0**<br>**YES**<br>**NO VOTE** |

| CLASS | CREDITOR Amount Per Ballot | VOTE |
|---|---|---|
| 27. | **ST. CROIX ONE GENERAL UNSECURED CLAIMS** (Trade Claims) | **REJECT** |

| | | |
|---|---|---|
| | Number of Votes: | **2** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **$241,816.68** |
| | Dollar Amount of Votes Accepting: | **$400.00** |
| | % of Votes Accepting: | **50%** |
| | % of Dollar Amounts Accepting: | **0.16%** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **NO** |

| CLASS | CREDITOR Amount Per Ballot | VOTE |
|---|---|---|
| 28. | **ISLAND ONE EQUITY INTERESTS** | **Accept** |

| | | |
|---|---|---|
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **N/A** |
| | Dollar Amount of Votes Accepting: | **N/A** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **75.434% of Equity** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **NO** |

| CLASS | CREDITOR Amount Per Ballot | VOTE |
|---|---|---|
| 29. | **IOI FUNDING EQUITY INTERESTS** | **ACCEPT** |

| | | |
|---|---|---|
| | Number of Votes: | **1** |
| | Number of Votes Accepting: | **1** |
| | Dollar Amount of Votes: | **N/A** |
| | Dollar Amount of Votes Accepting: | **N/A** |
| | % of Votes Accepting: | **100%** |
| | % of Dollar Amounts Accepting: | **100% of Equity** |
| | Impaired Class: | **YES** |
| | Requisite Vote: | **YES** |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 30. | **CRESCENT ONE EQUITY INTERESTS** | **ACCEPT** |

Number of Votes: **1**
Number of Votes Accepting: **1**
Dollar Amount of Votes: **N/A**
Dollar Amount of Votes Accepting: **N/A**
% of Votes Accepting: **100%**
% of Dollar Amounts Accepting: **75.5% of Equity**
Impaired Class: **YES**
Requisite Vote: **NO**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 31. | **IORMC EQUITY INTERESTS** | **ACCEPT** |

Number of Votes: **1**
Number of Votes Accepting: **1**
Dollar Amount of Votes: **N/A**
Dollar Amount of Votes Accepting: **N/A**
% of Votes Accepting: **100%**
% of Dollar Amounts Accepting: **100% of Equity**
Impaired Class: **YES**
Requisite Vote: **YES**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 32. | **ST. CROIX EQUITY INTERESTS** | **ACCEPT** |

Number of Votes: **1**
Number of Votes Accepting: **1**
Dollar Amount of Votes: **N/A**
Dollar Amount of Votes Accepting: **N/A**
% of Votes Accepting: **100%**
% of Dollar Amounts Accepting: **100% of Equity**
Impaired Class: **YES**
Requisite Vote: **YES**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 33. | NAVIGO GENERAL UNSECURED CLAIMS | NO VOTE |
| | Number of Votes: | 0 |
| | Number of Votes Accepting: | 0 |
| | Dollar Amount of Votes: | 0 |
| | Dollar Amount of Votes Accepting: | 0 |
| | % of Votes Accepting: | 0 |
| | % of Dollar Amounts Accepting: | 0 |
| | Impaired Class: | YES |
| | Requisite Vote: | NO VOTE |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 34. | NAVIGO EQUITY INTERESTS | ACCEPT |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 1 |
| | Dollar Amount of Votes: | N/A |
| | Dollar Amount of Votes Accepting: | N/A |
| | % of Votes Accepting: | 100% |
| | % of Dollar Amounts Accepting: | 100% of Equity |
| | Impaired Class: | YES |
| | Requisite Vote: | YES |

The exact vote, by creditor, is attached to this Tabulation as **Exhibit A.**

**DATED** this 3rd day of May, 2011.

### Certificate of Service

I HEREBY CERTIFY that a true copy of Amended Ballot Tabulation, together with all exhibits, has been furnished via electronic transmission and/or U.S. Mail, Postage Prepaid to the following: Deborah Linden, Island One, Inc. 8680 Commodity Circle, Orlando, FL 32819; and to the Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 3rd day of May, 2011.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire
Florida Bar No. 0600547
**BAKER & HOSTETLER LLP**
200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Tel: 407-649-4000
Fax: 407-841-0168
Attorneys for Debtors

ISLAND ONE, INC., et al.
CASE NO. 6:10-bk-16177-KSJ

EXHIBIT A – BALLOT TABULATION

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 1 | **TEXTRON FINANCIAL CORP.**<br>(Island One/TFC Receivables Loan Obligations) | ACCEPT | $67,469,397.29 | |
| TOTAL | | | $67,469,397.29 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 2 | **TEXTRON FINANCIAL CORP./LIBERTY BANK**<br>(Liberty Receivables Loan Obligations) | ACCEPT | $7,954,072.46 | |
| TOTAL | | | $7,954,072.46 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 3 | **TEXTRON FINANCIAL CORP.**<br>(Cove Inventory Loan Obligations) | ACCEPT | $3,704,550.00 | |
| TOTAL | | | $3,704,550.00 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 4 | **BB&T**<br>(Consolidated Inventory Loan Obligations) | ACCEPT | | |

1

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 5 | **BB&T**<br>(LTV III Land Loan Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 6 | **BB&T**<br>(LTV III Out Parcel Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 7 | **BB&T**<br>(Sales Center Loan Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 8 | **BB&T**<br>(Barefoot'n Loan Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 9 | **BB&T**<br>(Equipment Loan Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 10 | **BB&T**<br>(2008 Dodge Ram Loan Obligations) | ACCEPT | | |

2

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 11 | **H.J.C. FLORIDIAN**<br>(Ormond Beach Loan Obligations) | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 12 | **ISLAND ONE NOTEHOLDERS** | ACCEPT | | |
| a. | Larry Fey | NOT COUNTED | $0.00 | Claim Objection Filed |
| b. | Roberta Springer | YES | $56,552.33 | |
| c. | Nicholas Stimac | NOT COUNTED | $0.00 | Claim Objection Filed |
| d. | Rosalie Stimac | NOT COUNTED | $0.00 | Claim Objection Filed |
| e. | John Springer, Jr. | YES | $88,194.70 | |
| TOTAL | | | $144,747.03 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 13 | **ISLAND ONE GENERAL UNSECURED CLAIMS**<br>(Trade Claims) | REJECT | | |
| a. | Milan W. Knowles, Sr. | NO VOTE | $0.00 | did not accept or reject; no amount given |
| b. | The Scott Partnership Architecture, Inc. | YES | $17,043.80 | |
| c. | Michael Alderman Service Center | NO | $2,443.44 | |
| d. | Advantage Travel, LLC | YES | $76,290.80 | |
| e. | Advantage Travel, LLC | YES | $63,753.63 | |
| f. | Cleaburne H. and Jolene C. Fritz | NO VOTE | $0.00 | ballot indicates $10,000.00 but schedules indicate $139.00 |

3

| | Name | Amount | Vote | Notes |
|---|---|---|---|---|
| g. | Rebeca L. Caravajal | $50.00 | NO | no amount on ballot; amount taken from IOI Schedule E |
| h. | Robert Griffin | $11,650.00 | NO | |
| i. | Sheri A. Mitchell | $220.00 | NO | |
| j. | Vincent T. Dragone | $8,500.00 | YES | |
| k. | Francis J. Coppola | $11,092.25 | NO | |
| l. | Linda P. Coppola | $0.00 | NOT COUNTED | Duplicate |
| m. | Patricia and Richard Marrah | $448.00 | NO | on IOI Schedule E |
| n. | Automated Merchant Systems, Inc. | $0.00 | NOT COUNTED | claim objection has been filed; Proof of Claim filed for $4,900,540.32 |
| o. | Peninsula Resort Management | $17,000.00 | NO | Proof of claim filed. Amount on ballot is $19,334.55 |
| p. | Pete Creighton | $129.00 | YES | filed IOI Proof of Claim |
| q. | Phyllis A. Hodge | $168.00 | NO | filed IOI Proof of Claim |
| r. | Shelly Wallace | $298.00 | NO | filed Proof of Claim |
| s. | Louran Alkoka | $0.00 | NOT COUNTED | no amount on ballot; filed Proof of Claim for $1,000,000.00; claim objection has been filed |
| t. | LCG Capital Group, LLC | $3,000.00 | YES | on IOI Schedule F |
| u. | Automated Mechanical Services, Inc. | $2,699.63 | YES | on IOI Schedule F |
| v. | Maria Sobczak | $50.00 | NO | no amount on ballot; on IOI Schedule E |
| w. | Deborah Parker | $1,630.38 | NO | filed Proof of Claim |
| x. | Nancy Lathbury | $149.00 | NO | no amount on ballot; on IOI Schedule E |
| y. | Grand Seas Resort Partners | $745,716.25 | YES | filed IOI Proof of Claim |
| z. | Sherry A. Martin Price | $168.00 | NO | on IOI Schedule E |
| aa. | Edward C. Holley | $298.00 | NO | on IOI Schedule E |
| bb. | Mary S. Wilson | $168.00 | NO | incorrectly selected Class I; listed on IOI Schedule E |

4

| | | | |
|---|---|---|---|
| cc. | Cheryl Turner | NO | $298.00 | on IOI Schedule E |
| dd. | Marge Gruel | NO | $249.00 | incorrectly selected Class 1;on IOI Schedule E |
| ee. | Cynthia Reed | NO | $99.00 | incorrectly selected Class 2; on IOI schedule E as $99.00; ballot amount $105.00 |
| ff. | Robert M. Toyota | NO | $250.00 | incorrectly selected class 19; on IOI Schedule E as $250.00; ballot amount is $7419 |
| gg. | Frances D. Hill | NO | $249.00 | incorrectly selected class 34; on IOI Schedule E as $249.00; ballot indicates $375.00 |
| hh. | Sharene Wilson | NO | $199.00 | on IOI Schedule E as $199.00; no class or amount on ballot |
| ii. | Philip H. Puddington | NO | $199.00 | on IOI Schedule E |
| jj. | Ann and Harry Cook | NO | $655.00 | on IOI Schedule E as $199.00 and $456.00 |
| kk. | Robert and Carolyn Murillo | NO | $225.00 | no class selected; on IOI Schedule E as $225.00;; ballot amount $250.00 |
| mm. | Ronald E. Bell | NO | $149.00 | no class selected; on IOI Schedule E; no amount on ballot |
| nn. | Judith Williams | YES | $18,682.47 | incorrectly selected class 12; on IOI Schedule F |
| oo. | Marcella Kahn | NO | $249.00 | on IOI Schedule E |
| pp. | Loretta Parks | NO VOTE | $0.00 | on IOI Schedule E |
| qq. | Joanne Cain | YES | $300.00 | on IOI Schedule E |
| rr. | Danielle Sayer | NO | $200.00 | on IOI Schedule E |
| ss. | Rose Townsend | NO | $199.00 | on IOI Schedule E |
| tt. | John Patterson | NO | $225.00 | on IOI Schedule E |
| uu. | Nina Ferrante | NO | $179.00 | on IOI Schedule E as |

5

| | Name | | Amount | Note |
|---|---|---|---|---|
| | | | $199.00 | $179.00; ballot amount is $1,038.00 |
| vv. | Stella Seagle | NO | $199.00 | on IOI Schedule E as $199.00; ballot amount is blank |
| ww. | Steven M. Johnson | NO | $199.00 | on IOI Schedule E as $199.00; ballot amount is $200.00 |
| xx. | Jack B. Vance | NO | $149.00 | on IOI Schedule E |
| yy. | Michelle Rotellini | NO | $168.00 | on IOI Schedule E |
| zz. | Velma Robinson | NO | $199.00 | on IOI Schedule E as $199.00; ballot amount is $323.00 |
| aaa. | Patty Melton | NO | $199.00 | on IOI Schedule E; ballot amount is blank |
| bbb. | Shawn Doyle | NO | $470.00 | on IOI Schedule E; ballot amount is $5,696.27 |
| ccc. | Sukrahm Narine | NO | $149.00 | on IOI Schedule E; ballot amount is blank |
| ddd. | Marilou Joyce | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| eee. | Sharon J. Olson | NO | $298.00 | on IOI Schedule E; ballot amount is $300.00 |
| fff. | Nancy Fallon | NO | $149.00 | on IOI Schedule E; ballot amount is $198.00 |
| ggg. | Heidi K. Dullanty | NO | $149.00 | on IOI Schedule E; ballot amount is blank |
| hhh. | Henry M. Veal, Jr. | NO | $7,600.00 | on IOI Schedule E; ballot amount is listed as unknown |
| iii. | Cynthia Gardner | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| jjj. | Gordon M. Schaaf | NO | $249.00 | on IOI Schedule E; ballot amount is $5,500.00 |
| kkk. | Charles W. Woodard | NO | $50.00 | on IOI Schedule E; ballot amount is $0 |
| lll. | Michael A. LeCompte | NO | $50.00 | on IOI Schedule E; ballot amount is $500.00 |
| mmm. | Barbara Ehrhard | NO | $168.00 | on IOI Schedule E |

| | | | |
|---|---|---|---|
| nnn. | D. Dennis Nerstad | NO | $149.00 | on IOI Schedule E; ballot amount is blank |
| ooo. | Patricia A. Knight | NO | $129.00 | on IOI Schedule E; ballot amount is $150.00 |
| ppp. | Phillip N. Sprain | NO | $199.00 | on IOI Schedule E; ballot amount is unknown |
| qqq. | Johanna M. Coleman | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| rrr. | Garth Hunter | NO | $249.00 | on IOI Schedule E; ballot amount is $3,450.00 |
| sss. | Robert S. Taylor | YES | $299.00 | incorrectly selected Class 33; on IOI Schedule E; ballot amount is $225.00 |
| ttt. | Maria C. Kaiser | NO | $298.00 | incorrectly selected Class 33; on IOI Schedule E |
| uuu. | Kristie Nyul | NO | $199.00 | incorrectly selected Class 33; ; on IOI Schedule E; ballot amount is $200.00 |
| vvv. | Liberty Bank, as agent | YES | $5,295,183.00 | |
| www. | Textron Financial Corp. | YES | $47,529,813.00 | |
| xxx. | Leon Jordan | NO | $129.00 | on IOI Schedule E; ballot amount is blank |
| yyy. | Barry Goldman | NO | $199.00 | on IOI Schedule E; ballot amount is blank |
| zzz. | Betty Erickson | NO | $199.00 | on IOI Schedule E |
| aaaa. | Larry Gamino | NO | $149.00 | on IOI Schedule E; ballot amount is blank |
| bbbb. | Lois Rouse | NO VOTE | $0.00 | |
| cccc. | Lonny Pana | NO | $356.00 | on IOI Schedule E; ballot amount is blank |
| dddd. | Gary A. and Lucille R. Turner | NO | $556.00 | on IOI Schedule E as $556.00; ballot amount is $40,000.00 |
| eeee | Karen S. Powell | NO | $249.00 | on IOI Schedule E; ballot amount is blank |
| **TOTAL** | | | $53,824,759.65 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| | | | | |
| 14 | **TEXTRON FINANCIAL CORP.** (IOI Funding Loan Obligations) | ACCEPT | $3,560,705.98 | |
| TOTAL | | | $3,560,705.98 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| | | | | |
| 15 | **IOI FUNDING GENERAL UNSECURED CLAIMS** (Trade Claims) | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| | | | | |
| 16 | **TEXTRON FINANCIAL CORP.** (Crescent Inventory Loan Obligations) | ACCEPT | $4,901,264.12 | |
| TOTAL | | | $4,901,264.12 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| | | | | |
| 17 | **TEXTRON FINANCIAL CORP.** (Crescent Receivables Loan Obligations) | ACCEPT | $6,511,263.25 | |
| TOTAL | | | $6,511,263.25 | |

8

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 18 | **CRESCENT GENERAL UNSECURED CLAIMS** (Trade Claims) | ACCEPT | | |
| a. | Automated Merchant Systems, Inc. | NOT COUNTED | | Claim Objection has been filed |
| b. | Textron Financial Corp | YES | $9,756,099.00 | |
| TOTAL | | | $9,756,099.00 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 19 | **TEXTRON FINANCIAL CORP.** (IORMC Loan Obligations) | ACCEPT | $8,732,518.34 | |
| TOTAL | | | $8,732,518.34 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 20 | **OLD FLORIDA** (Warehouse Loan Obligations) | ACCEPT | $741,313.34 | |
| TOTAL | | | $741,313.34 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 21 | **IORMC GENERAL UNSECURED CLAIMS** (Trade Claims) | REJECT | | |
| a. | Automated Merchant Systems, Inc. | NOT COUNTED | | Claim Objection has been filed |
| b. | American Express Travel Related Services Company, Inc. | NO | $5,374.88 | |
| c. | American Express Travel Related Services Company, Inc. | NO | $150,910.15 | |
| d. | Textron Financial Corp. | YES | $5,046,634.00 | |

9

| TOTAL | $5,202,919.03 |
|---|---|

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 22 | BB&T (St. Croix Acquisition Loan Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 23 | BB&T (2007 Dodge Ram Loan Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 24 | BB&T (2008 Jeep Patriot Loan Obligations) | ACCEPT | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 25 | VIRGIN ISLAND DESIGN (St. Croix Acquisition Loan Obligations) | REJECT | $812,500.00 | incorrectly voted also in class 13 |
| TOTAL | | | $812,500.00 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 26 | MAPLE LEAF, LLC (Acquisition Loan Obligations) | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 27 | **ST. CROIX ONE GENERAL UNSECURED CLAIMS** (Trade Claims) | REJECT | | |
| a. | Virgin Island Design Build Group, LLC | NO | $241,416.68 | |
| b. | Chicken Charlie's Roadhouse – Jack M. Hamilton | YES | $400.00 | incorrectly selected Class 12; listed on St. Croix Schedule F |
| TOTAL | | | $241,816.68 | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 28 | **ISLAND ONE EQUITY INTERESTS** | | | |
| a. | Deborah Linden | ACCEPT | 75.434 % Equity Interest | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 29 | **IOI FUNDING EQUITY INTERESTS** | ACCEPT | | |
| a. | Island One, Inc. | ACCEPT | 100% Equity Interest | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 30 | **CRESCENT ONE EQUITY INTERESTS** | | | |
| a. | Deborah Linden | ACCEPT | 75.5% Equity Interest | |

11

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 31 | **IORMC EQUITY INTERESTS** | ACCEPT | | |
| a. | Island One, Inc. | ACCEPT | 100% Equity Interest | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 32 | **ST. CROIX ONE EQUITY INTERESTS** | ACCEPT | | |
| a. | Island One, Inc. | ACCEPT | 100% Equity Interest | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 33 | **NAVIGO GENERAL UNSECURED CLAIMS** | NO VOTE | | |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|
| 34 | **NAVIGO EQUITY INTERESTS** | ACCEPT | | |
| a. | Island One, Inc. | ACCEPT | 100% Equity Interest | |