**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 6:10-bk-16177-KSJ** |
| **ISLAND ONE, INC., et al.,** | **CHAPTER 11** |
| | **Jointly Administered with Case Nos. 6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ, 6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ,** |
| **Debtor.** | **6:10-bk-16189-KSJ** |

_____/

## NOTICE OF EFFECTIVE DATE

ISLAND ONE, INC., CRESCENT ONE, LLC, ST. CROIX ONE, LLC, ISLAND ONE RESORTS MANAGEMENT CORPORATION, NAVIGO VACATION CLUB, INC., and IOI FUNDING I, LLC (collectively the "Debtors"), hereby give notice of the occurrence of the "Effective Date" of Debtors' First Amended Joint Plan of Reorganization, dated March 22, 2011 (as modified, the "Plan"); and, in support thereof, state as follows:

1. On May 26, 2011, the Court entered that certain Order Confirming Debtors' Amended Joint Plan of Reorganization, as Modified, Submitted by Island One, Inc., et al. (the "Confirmation Order") (D.R. No. 521).

2. In accordance with Section 9.02 of the Plan and Confirmation Order, all conditions to the occurrence of the "Effective Date" (as defined in the Plan) have either been satisfied and/or waived.

3. In accordance with the terms of the Plan and the Confirmation Order, the Plan became effective on May 27, 2011 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to May 27, 2011.

RESPECTFULLY SUBMITTED this 27th day of May 2011.

s/ Elizabeth A. Green _____
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                  CASE NO. 6:10-bk-16177-KSJ

**ISLAND ONE, INC., et al.,**         CHAPTER 11

                                         Jointly Administered with Case Nos.
                                         6:10-bk-16179-KSJ, 6:10-bk-16180-KSJ,
                                         6:10-bk-16182-KSJ, 6:10-bk-16183-KSJ,
                  **Debtor.**            6:10-bk-16189-KSJ

_____/

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that the Debtors' **NOTICE OF EFFECTIVE DATE** was filed with the Court and furnished via electronic noticing via the CM/ECF system to all counsel or parties requesting such notice as shown and designated on the matrix attached to this Notice, and more specifically to the following: Island One, Inc., et al. (Debtor); Attn: Deborah Linden, 8680 Commodity Circle, Orlando, FL 32819; the Official Committee of Unsecured Creditors of Island One, Inc., et al. c/o Bush Ross, P.A., Attn: H. Bradley Stags, Esq./Adam Alpert, Esq., P.O. Box 3913, Tampa, Florida 33601-3913; the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801 and all creditors and parties-in-interest requesting such notice as shown as shown and designated on the matrix attached to the original Notice filed with the Court on this 27th day of May, 2011.

                                                      /s/ Elizabeth A. Green _____
                                                      Elizabeth A. Green, Esq.
                                                      Florida Bar No.: 0600547
                                                      egreen@bakerlaw.com
                                                      **BAKER & HOSTETLER LLP**
                                                      200 South Orange Ave.
                                                      SunTrust Center, Suite 2300
                                                      Post Office Box 112 (32802-0112)
                                                      Orlando, Florida 32801-3432
                                                      Telephone: (407) 649-4000
                                                      Fax: (407) 841-0168
                                                      *Attorneys for Debtors*